# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-963-226

**Effective Date of Registration:**
April 15, 2021
**Registration Decision Date:**
May 18, 2021

---

## Title

**Title of Work:** NICHE Unit 7H: QR Assessment Plan/Instrument

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** March 22, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Esther Wilder
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Esther Wilder
8 Grove Street, Pleasantville, NY, 10570, United States

## Certification

**Name:** Janet Linn
**Date:** April 15, 2021
**Applicant's Tracking Number:** 87505-2