# Exhibit 4

| Excerpts from Infringing Text | Excerpts from Copyrighted Text |
|---|---|
| *Slide 9*<br><br>**QR Assessment Instrument**<br><br>Please restate your revised QR learning goals that you developed in this blog along with your QR assessment instrument. We ask that your QR assessment be simple and consist of 3 questions (e.g., multiple choice questions or problems with accompanying scoring rubrics similar to the CAT) that directly correspond to the 3 learning goals you have articulated (if you are undertaking a pre-test/post-test design, you may want to develop two versions of the instrument, although we recognize that given where we are in the semester you may be unable to administer a pretest assessment at this point in time).<br><br>PLEASE KEEP YOUR ASSESSMENT INSTRUMENT SIMPLE and include only 3 questions/problems with scoring rubrics, etc.!<br><br>You assessment instrument should be designed to measure whether or not (or the extent to which) your QR lesson/assignment succeeded in teaching students the 3 learning goals you put forward. The assessment should be designed to give feedback to you as an instructor! Please indicate when and how you plan to administer your assessment instrument in your blog post! | QR Assessment Instrument<br><br>Please restate your revised QR learning goals that you developed in this blog along with your QR assessment instrument. We ask that your QR assessment be simple and consist of 3 questions (or scoring rubrics) that directly correspond to the 3 learning goals you have articulated (if you are undertaking a pre-test/post-test design, you may want to develop two versions of the instrument). PLEASE KEEP YOUR ASSESSMENT INSTRUMENT SIMPLE and include only 3 questions/scoring rubrics, etc.!<br><br>You assessment instrument should be designed to measure whether or not (or the extent to which) your QR lesson/assignment succeeded in teaching students the 3 learning goals you put forward. The assessment should be designed to give feedback to you as an instructor! Please indicate when and how you plan to administer your assessment instrument. |
| *Slide 10*<br><br>**QR Assessment Instrument**<br><br>Please note that there are examples of course-specific assessment instruments on our instructional materials from NICHE/NICE webpage.<br><br>Assessments can take a huge variety of forms and we encourage you to assess in a way that makes sense for your course and for your learning objectives. However, we also strongly encourage you to assess narrowly, specifically focusing on your QR learning goals, rather than the course as a whole or the college experience as a whole.<br><br>Since you have articulated 3 learning goals [in each of three areas, e.g., (a) knowledge and conceptual understanding; (b) thinking and other skills; and (c) attitudes, values, dispositions and habits of mind], we ask you to develop a simple 3-question assessment instrument that corresponds to those 3 learning goals. | QR Assessment Instrument …<br><br>Please note that there are examples of course-specific assessment instruments on our instructional materials from NICHE webpage.<br><br>Assessments can take a huge variety of forms and we encourage you to assess in a way that makes sense for your course and for your learning objectives. However, we also strongly encourage you to assess narrowly, specifically focusing on your QR lesson/assignment, rather than the course as a whole or the college experience as a whole.<br><br>…Since you have articulated 3 learning goals [in each of three areas, e.g., (a) Knowledge and conceptual understanding; (b) thinking and other skills; and (c) attitudes, values, dispositions and habits of mind], we ask you to develop a simple 3-question assessment instrument that gets at these 3 learning goals. … |

| Excerpts from Infringing Text | Excerpts from Copyrighted Text |
|---|---|
| *Slide 11*<br><br>**Guidelines for Developing and Providing Feedback on QR Assessment Instrument**<br><br>(1) Does the assessment instrument (or instruments if there are two versions) include 3 questions (or scoring rubrics, etc.) that are clear and straightforward?<br><br>(2) Can (and how will) the results of the assessment plan and instrument be used to evaluate whether the instructor effectively taught specific QR skills and/or achieved his or her QR learning goals? How do the skills assessed in the instrument correspond to the QR learning goals articulated by the instructor as well as those taught in the QR lesson plan in terms of (a) knowledge and conceptual understanding; (b) thinking and other skills; and (c) attitudes, values, dispositions and habits of mind? | Guidelines for Developing and Providing Feedback on QR Assessment Instrument<br><br>(1) Does the assessment instrument (or instruments if there are two versions) include 3 questions (or scoring rubrics, etc.) that are clear and straightforward?<br><br>(2) Can (and how will) the results of the assessment plan and instrument be used to evaluate whether the instructor effectively taught specific QR skills and/or achieved his or her QR learning goals? How do the skills assessed in the instrument correspond to the QR learning goals articulated by the instructor as well as those taught in the QR lesson plan in terms of (a) knowledge and conceptual understanding; (b) thinking and other skills; and (c) attitudes, values, dispositions and habits of mind? |

| **Excerpts from Infringing Text** | **Excerpts from Copyrighted Text** |
|---|---|
| *Slide 12*<br><br>**Guidelines for Developing and Providing Feedback on QR Assessment Instrument**<br><br>(3) What are the strengths and weaknesses of the QR assessment plan and instrument? Please indicate at least one way in which the assessment instrument could be improved. In responding to this question, please consider the following:<br><br>(a) Can the assessment be used to evaluate the effectiveness of the QR lesson plan (including assignments, readings, etc.)? For example, does the instructor plan to use a pre-test/post-test design, is there a comparison group, etc.<br><br>(b) Does the QR assessment instrument extend beyond just being a math skills test and emphasize *the ability to reason with quantitative information?*<br><br>(c) Is the assessment instrument valid (i.e., does it get at what the instructor is trying to measure)?<br><br>(d) Is the instrument sound? For example, if the instrument relies on multiple choice questions, are the response options mutually exclusive and is the correct answer clearly identifiable? If the assessment instrument (or a specific question) relies on a rubric, do the scoring criteria make sense and will the exercise authoritatively assess a QR skill (or skills)? | Guidelines for Developing and Providing Feedback on QR Assessment Instrument …<br><br>(3) What are the strengths and weaknesses of the QR assessment plan and instrument? Please indicate at least one way in which the assessment instrument could be improved. In responding to this question, please consider the following:<br><br>(a) Will the assessment plan be able to evaluate the effectiveness of the QR lesson plan (including assignments, readings, etc.)? For example, does the instructor plan to use a pre-test/post-test design, is there a comparison group, etc.<br><br>(b) Does the QR assessment instrument extend beyond just being a math skills test and emphasize the ability to reason with quantitative information?<br><br>(c) Is the assessment instrument valid (i.e., does it get at what the instructor is trying to measure)?<br><br>(d) Is the instrument sound? For example, if the instrument relies on multiple choice questions, are the response options mutually exclusive and is the correct answer clearly identifiable? If the assessment instrument (or a specific question) relies on a rubric, do the scoring criteria make sense and will the exercise authoritatively assess a QR skill (or skills)? |
| *Slide 13*<br><br>**Guidelines for Developing and Providing Feedback on QR Assessment Instrument**<br><br>(4) Is the assessment instrument **independent** of the course QR lesson(s)/assignment(s)? In other words, can it be used to evaluate the effectiveness of the QR lesson(s)/assignment(s)? | Guidelines for Developing and Providing Feedback on QR Assessment Instrument …<br><br>(4) Is the assessment instrument independent of the course QR assignment(s) … ? In other words, can it be used to evaluate the effectiveness of the QR assignment(s) … ? |