CLOSED,ACO,TransferredOutCase−DoNotDocket

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:22−cv−00721−ARR−JRC

Wilder v. Hoiland
Assigned to: Judge Allyne R. Ross
Referred to: Magistrate Judge James R. Cho
Cause: 17:101 Copyright Infringement

Date Filed: 02/09/2022
Date Terminated: 02/14/2022
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Esther Wilder**

represented by **Janet Beth Linn**
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
White Plains, NY 10606
914−949−2909
Fax: 914−949−5424
Email: jlinn@tarterkrinsky.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sarah Hoiland**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2022 | 1 | COMPLAINT against Sarah Hoiland filing fee $ 402, receipt number ANYEDC−15273643, filed by Esther Wilder. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4) (Linn, Janet) (Entered: 02/09/2022) |
| 02/09/2022 | | Case Assigned to Judge Allyne R. Ross and Magistrate Judge James R. Cho. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 02/09/2022) |
| 02/09/2022 | 2 | Summons Issued as to Sarah Hoiland. (Bowens, Priscilla) (Entered: 02/09/2022) |
| 02/09/2022 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. Do NOT return or file the consent unless all parties have signed the consent. (Bowens, Priscilla) (Entered: 02/09/2022) |
| 02/09/2022 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 02/09/2022) |
| 02/11/2022 | 5 | |

| | | |
|---|---|---|
| | | MOTION to Change Venue *Stipulation to Transfer to the United States District Court for the Southern District of New York* by Esther Wilder. (Linn, Janet) (Entered: 02/11/2022) |
| 02/14/2022 | Ī6 | ORDER re: 5 Motion to Change Venue; Case transferred to District of Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** ( Ordered by Judge Allyne R. Ross on 2/11/2022 ) (Guzzi, Roseann) (Entered: 02/14/2022) |