UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Esther Wilder
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Sarah Hoiland
_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

1:22  Civ. 01254  (PKC) (___)

**ANSWER**

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. Admit (sentence 1). Deny (sentences 2-4).

2. Admit.

3. Deny/ address is: 79 Hamilton Place #10, New York, NY 10031.

4. Admit.

5. Deny/ address has been corrected and the jurisdiction changed to reflect Defendent's current address.

6. Deny/ venue has been changed.

7. Not sufficient information to admit or deny.

8. Admit.

9. Not sufficient information to admit or deny (sentences 1-2). Admit (sentence 3).

10. Not sufficient information to admit or deny. Originality of the material and copyrightability is not certain.

*Rev. 05/2007*

1

## II
## DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

**FIRST DEFENSE:**
Ownership of a Valid Copyright (see attachment)

**SECOND DEFENSE:**
Implied License (see attachment)

**THIRD DEFENSE:**
Fair Use (see attachment)

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of April, 2022.

Signature of Defendant _[signed]_

Address  79 Hamilton Place #10
         New York, NY 10031

Telephone Number  646-912-3995

Fax Number (if you have one) _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Esther Wilder
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

1:22   Civ. 01254   (PKC) (___)

- against -

NOTICE OF APPEARANCE

Sarah Hoiland
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, Sarah Hoiland _____, a defendant in
                                         *(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  New York      , NY
        *(town/city)*   *(state)*

        April     10 , 2022

*[Signature]*
Signature of Defendant

79 Hamilton Place #10
*Address*

New York, NY 10031
*City, State & Zip Code*

646-912-3995
*Telephone Number*

_____
*Fax Number (if you have one)*

Rev. 05/2007                                3