IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esther Wilder,<br><br>            Plaintiff,<br><br>v.<br><br>Sarah Hoiland,<br><br>            Defendant. | Civ. Action No. 1:22-cv-01254-PKC |

**PLAINTIFF'S NOTICE OF MOTION AND**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

      PLEASE TAKE NOTICE that, upon this Notice of Motion, the accompanying Memorandum of Law, Local Rule 56.1 Statement of Material Facts, Declaration of Esther Wilder, Declaration of Janet B. Linn and attached exhibits, and all of the prior pleadings and proceedings in this Action, Plaintiff Esther Wilder ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Plaintiff with respect to its claim against Defendant Sarah Hoiland for copyright infringement, and granting Plaintiff such other and further relief as the Court may deem just and proper.

Dated: March 28, 2023            By: *s/ Janet B. Linn*
                                                        Janet B. Linn
                                                        Sandra A. Hudak
                                                        TARTER KRINSKY & DROGIN LLP
                                                        1350 Broadway
                                                        New York, NY 10018
                                                        Tel.:    (212) 216-8000
                                                        Fax:    (212) 216-8001
                                                        E-mail: jlinn@tarterkrinsky.com
                                                                     shudak@tarterkrinsky.com

                                                     ***Attorneys for Plaintiff Esther Wilder***