# Exhibit 7

 **The City University of New York**  Institutional Review Board for the Protection of Human Subjects

| **Institutional Contacts:** If you have questions about your rights as a research participant, or you have comments or concerns that you would like to discuss with someone other than the researchers, please call the CUNY Research Compliance Administrator at 646-664-8918 or email HRPP@cuny.edu. Alternately, you can write to:<br><br>CUNY Office of the Vice Chancellor for Research<br>Attn: Research Compliance Administrator<br>205 East 42nd Street<br>New York, NY 10017 |
|---|

| Principal Investigator:<br>Sarah Hoiland<br>Assistant Professor<br>Department of Behavioral and Social Science<br>Room B-346<br>Hostos Community College, CUNY<br>500 Grand Concourse,<br>Bronx, New York 10451<br>shoiland@hostos.cuny.edu<br>718-518-6874 | Principal Investigator:<br>Esther Isabelle Wilder<br>Professor<br>Department of Sociology<br>Room B-61<br>Lehman College, CUNY<br>250 Bedford Park Boulevard West<br>Bronx, NY 10468<br>esther.wilder@lehman.cuny.edu<br>718-960-1128 |
|---|---|

## Faculty Consent Form

**TITLE OF PROJECT: Numeracy Infusion for College Educators (NICE)**

### PURPOSE OF THE STUDY
The purpose of this study is to train faculty in best practices for Quantitative Reasoning (QR) instruction and to strengthen the Quantitative Reasoning (QR) skills of undergraduate students. As part of this project, faculty from across the disciplines are participating in a faculty development program to receive training in best practices for QR instruction and infusing Quantitative Reasoning (QR) content into their teaching. This faculty development program is referred to as Numeracy Infusion for College Educators (NICE).

### DESCRIPTION OF THE RESEARCH
The NICE faculty development program is designed and taught using the same progressive teaching methods that have proven effective in undergraduate QR instruction (e.g., active and collaborative learning using real-world data).

We will evaluate the effectiveness of our project by (a) administering attitudinal and QR skills assessments, (b) thematically reviewing online discussions that occur in the course; (c) holding focus groups at our capstone conference, and (d) assessing faculty work (e.g., QR plans of action, assignments and assessment materials developed/adapted by faculty) using peer review, external evaluators and rubrics. This latter group of materials will become a part of our permanent collection of QR teaching resources housed at our project web site. In addition, we will also collect assessment data/results (from classroom instruction). We will also post the results from these assessments on our project website.

NICE involves a 2-day in person introductory session as well as 8 online instructional units. In addition, there are pre-NICE and post-NICE questionnaires and assessments materials. We will hold a one-day capstone conference in the summer of 2018. Each unit should take you approximately 6-8 hours to complete, and our direct assessment

activities (teaching questionnaires, QR skills tests) should take no more than 3 hours. The focus groups may take anywhere from 1-2 hours.

You qualify for this study because you are a faculty member who has chosen to enroll in the NICE Program. Faculty involved in the NICE training program will not be researchers in this project, rather, they (and their students) will be research participants in this study so that we can evaluate the effectiveness of the NICE intervention.

### POTENTIAL RISKS OR DISCOMFORTS
You may encounter some discomfort participating in the QR assessment activities or the focus groups, but the risks are minimal. If you are uncomfortable answering any specific questions, you may refrain from doing so.

### POTENTIAL BENEFITS
The information gathered from this research will be valuable for equipping faculty with the tools needed to effectively teach QR to students. Ultimately, the resources developed as a result of this project will be useful for developing strategies and designing academic programs that improve the Quantitative Reasoning (QR) skills of undergraduate students.

### CONFIDENTIALITY
All data gathered from our QR skills and attitudinal assessments will be downloaded from Blackboard and stored on the PIs password-protected computers. Transcripts from the focus groups will also be stored electronically on the PIs password-protected computers. All data from these NICE assessment activities will be treated confidentially in any presentation and/or publication that results from this project. The only exception applies to the instructional materials you develop and use (e.g., QR plans of action, assignments, assessment instruments, assessment results, etc.) for which you have the option of indicating if you want your identity to be used. If not, they also will be treated confidentially. We cannot guarantee that faculty in the focus groups will maintain the confidentiality of faculty research participants in this study.

### VOLUNTARY PARTICIPATION
Your decision of whether or not you want to participate in the NICE project is strictly voluntary. Meanwhile, participation in this research is a requirement of your participation in NICE. If you consent now, you are free to withdraw consent and discontinue from NICE as well as from using materials for research purposes at any time over the course of this study. If you choose not to participate in the NICE project, you will not receive compensation for specific activities tied to this project (see list below). Compensation for your work will be provided annually at the end of each summer.

### COMPENSATION
Compensation for your work will be provided annually at the end of each summer.

(a) Successful and timely completion of all the materials in our QR faculty development program ($1,500).
(b) Report summarizing assessment results and how they inform instruction, as well as presentation at summer (2018) capstone conference ($500).

### CONTACT PERSON(S)
If you have any questions or concerns about this study or your rights as a participant please contact the Principal Investigator (PI)/co-Principal Investigators (co-PIs) or the institutional contact person at the addresses and telephone numbers listed on the reverse side.

## Material for Consent

I would like my identity to be used on the NICE web site for any specific materials (e.g., QR plans of action, assignments, assessment instruments, assessment data/results, etc.) I produce as a result of my involvement in the NICE project.

☒ Yes     ☐ No     ☐ Don't Care

I have read this consent form and I understand the procedure to be used in this study. I freely and voluntarily choose to participate. I understand that I may discontinue participation at any time.

Name (printed): Crystal Rodriguez

Signature: _____     Date: 8·23·17