# Exhibit 11

☰

# CAP 200 Bronx Beautiful

## Dr. Sarah L. Hoiland

- Home
- CAP 200 Syllabus
- Course Schedule
- Resources
- Posts
- SL Projects
- Experiential Learning Opportunities (ELOs)

css.php

## CAP 200 Syllabus

**Bronx Beautiful / CAP 200**

**Section and Course Number:  CAP 201A**

**Professor:**  Sarah L. Hoiland, Ph.D.
**Contact info.:**  shoiland@hostos.cuny.edu

**Modality:  HYBRD** with 75-minute in-person classes held on campus every Monday. The other 50% of class time will be spent doing work online and submitting it to Blackboard.

<u>Course Description</u>:  This liberal arts capstone course will engage students in an in-depth study of the Bronx and challenge students to question and re-evaluate their perceptions of the borough. The course will explore questions such as: What reputation does the Bronx have? How did it get this reputation, and is the reputation grounded in reality? Are the needs of the people of the Bronx, in terms of the environment, health, infrastructure and education, met by the resources of the borough? In what ways can we see the Bronx as a beautiful and culturally rich borough? How can we contribute to the shaping of the future of the Bronx? Studying the Bronx from various disciplinary perspectives will enable students to understand how their education can help them become more aware, educated, and involved members of their communities, and therefore empower them to become agents of change.

<u>Instructor's Note</u>:   This is a *designated **service-learning** course*. According to Campus Compact, "Service Learning is a method of teaching and learning that enriches academic life and life-long learning by engaging students in meaningful hands-on service to the community while gaining valuable knowledge and skills that integrate with course objectives. Service learning focuses on critical reflective thinking and experiential learning that address local needs and foster civic responsibility." Students will see this designation on your official transcript and like other specialized designations (Honors, Writing Intensive, etc.), it will be recognized by four-year CUNY institutions as well as other institutions.

**Service-learning** is identified as one of the American Association of Colleges and Universities (AAC&U) "High Impact Practices," in addition to **capstone courses and projects**. A high impact practice has demonstrated "significant impact" on student success, which means retention (course completion and/or college completion) and student engagement (level of interest, passion, willingness to grapple with the course material).

A *capstone service-learning course* brings together major aspects of the academic discipline(s) and practices to provide liberal arts students with an interdisciplinary educational experience that enables them to demonstrate and exercise their mastery of general education skills. It will also help students explore particular career fields and meet some of the **National Association of Colleges and Employers (NACE) Competencies**. This course will marry a variety of learning objectives including course-level, Gen. Ed., liberal arts, service learning, and NACE.

**Capstone Learning Objectives**:  This course will include learning units and the learning outcomes for each unit appear below. Through this work, students will arrive at a deeper understanding of the forces and factors that have shaped our perceptions of the Bronx.

- To give students an introduction to the philosophy of concept of beauty. This will then promote a discussion of students' perceptions of the Bronx. Students will investigate and discover how these perceptions are shaped, and begin to think about how they can contribute to changing these perceptions.
- To introduce students to the cultural assets of the Bronx by looking at the historical trajectory from Salsa/Mambo Music and Hip-Hop, and Bronx artists.
- To expand students' personal views of their communities and natural environments. This wider perspective will help students to understand what it takes to live healthy lives in harmony with the environment. The unit will help student to understand how knowledge of nature and their local environment influences decisions regarding their personal lives and well-being.
- To introduce students to strategies for assessing access to health care through the use of statistical data. In conjunction with the previous unit student will use the gained knowledge to do a quantitative analysis on sample districts from the "Beautiful Bronx". This overview will help student to understand what is happening in their communities and answer questions like, how healthy is my community? Do we have sufficient access to health care, and if not, why not and what can be done about it.
- To introduce students to and develop their understanding of the planning and development of the Bronx's infrastructure. This unit is aimed at helping students understand what is necessary to the creation of a community, and how those decisions shape their neighborhoods and personal lives.
- To understand the importance of education, and master the basic research tools to find statistical data relating to education issues on the Internet, and be able to conduct research about educational opportunities in the Bronx and beyond.

**Course Text and Materials:**  All required readings and assigned videos will be provided via the CUNY Academic Commons. This is a designated Open Educational Resources (OER) class.

**Grade Configuration**:

- Capstone Service-Learning Project: 50%
    - Proposal (5%)
    - Results Part I (5%)
    - Results Part II (5%)
    - Rough Draft (10%)
    - Final Draft (20%)
    - Final Presentation (5%)
- In-Class Seminars:  20%
- Reading Notes:  20%
- Experiential Learning Opportunity: 10%

**Capstone Service-Learning Projects (50%)**:  Several options are available to students for the CAP SL Project. A project of this magnitude (50% of the course grade) will require time and dedication. It is designed to help students delve more deeply into an issue that might be connected to themselves, their community, and/or the Bronx. Service learning can take several forms 1) direct service, 2) indirect service, and 3) advocacy.

The **project proposal** provides an outline of the proposed plan for the CAP SL Project through a structured proposal template. Students must submit a project proposal before beginning the service-learning project and

P000295

will receive detailed feedback from the professor before they commence their project.

**Results** will vary in each project. For some students, **results** might include tracking service hours and writing in a service journal about work performed and reflecting on the service. For others, **results** will be transcribed interviews and/or numerical data from questionnaires. All students will be collecting data in one way or another.

**Rough drafts** will be written as academic papers with the following sections: introduction, methodology, results, discussion, and conclusion. The professor will provide detailed feedback in addition to a scored rubric. Students will be expected to revise and to utilize the Hostos Writing Center during a revision process.

**Final drafts** are expected to be polished college-level capstone project papers that meet the stated course learning objectives, specifically related to critical thinking and problem solving.

**Final presentations** will take place during the final exam period of the course. Students will record a 3-4 minute presentation of their capstone project.

NOTE:  Each component of the SL CAP Project is required and must be submitted sequentially. All students must submit a Proposal, Data/ Results, Rough Draft, and Final Draft and cannot submit other elements of the SL Project without having submitted what came before. For example, Data/ Results will not be graded if a Project Proposal was not submitted. Each part of the project builds upon the previous part. Please check Course Schedule and/or Blackboard for due dates.

**Reading Blogs (20%):**  Reading Blogs are designed to provide students a space to demonstrate understanding of assigned materials as well as to ask any questions. This is a direct dialogue with the professor and will be facilitated through Blackboard Blogs. There will be ten (10) Reading Blogs.

**In-Class Seminars (20%):**  Students will participate in weekly in-class activities. The capstone class will function with seminar leaders and all students will be expected to come to class prepared. A rubric and participant rubric will be provided and utilized during each class session. There will be ten (10) In-Class Seminars. Other classes will be utilized as workshops for the SL CAP Projects.

**Experiential Learning Opportunity (10%):**  Students will select one activity from a list provided by the instructor. To ensure students' safety, activities will be virtual and available on Zoom. The "experience" of attending the activity will be documented in a 2-page memo with three sections: summary, analysis, and reflection. Additional details are provided in the ELO tab of the Bronx Beautiful course shell and in Blackboard.

**Attendance:**  Hostos Community College policy states that students are expected to attend all sessions. If a student misses more than 15% of scheduled in-person classes, that is considered excessively absent, and may negatively affect a student's grade.

**Late Work:**  Each student will be given 1 "Late Pass" that allows them to submit an assignment ***up to a week after the due date*** for full credit with no questions asked.  The Late Pass can be applied to anything–SL CAP Project (proposal, data/ results, rough draft, final draft), Reading Blogs, or an in-class activity. In order to **invoke the Late Pass**, it must be done BEFORE the due date or the scheduled class via email.

Feel free to copy and paste the sample email below and edit to include the correct information.

Subject:  CAP 200 Late Pass

Date: _____ 2021

Dear Professor,

I am writing to invoke my late pass for the _____[name of assignment], which is due _____[due date]. I will submit it by _____[one week after the due date].

Sincerely,

[your name]


**Statement on Academic Integrity:** Academic dishonesty is prohibited in the City University of New York and is punishable by penalties including failing grades, suspension, and expulsion, as detailed in the Hostos Course Catalog.

Plagiarism is also prohibited as part of the college Academic Integrity Policy, spelled out in the course catalog. Plagiarism is the act of presenting another person's ideas, research or writings as your own. Internet plagiarism is covered by this definition; examples include submitting downloaded term papers or parts of term papers, paraphrasing or copying information from the internet without citing the source, and cutting and pasting from various sources without proper attribution.

A faculty member who suspects that a student has committed a violation of the CUNY or the college Academic Integrity Policy, shall review with the student the facts and circumstances of the suspected violation whenever possible. The decision whether to seek an academic sanction only, rather than a disciplinary sanction or both types of sanctions, will rest with the faculty member in the first instance, but the college retains the right to bring disciplinary charges against the student. Among the factors the college should consider in determining whether to seek a disciplinary sanction are whether the student has committed one or more prior violations of the Academic Integrity Policy and mitigating circumstances if any.

**Academic Honesty Statement:** Cheating is the unauthorized use or attempted use of material, information, notes, study aids, devices or communication during an academic exercise.

Plagiarism is the act of presenting another person's ideas, research or writings as your own. The following are some examples of plagiarism, but by no means is it an exhaustive list:

- Copying another person's actual words without the use of quotation marks and footnotes attributing the words to their source.
- Presenting another person's ideas or theories in your own words without acknowledging the source.
- Using information that is not common knowledge without acknowledging the source.
- Failing to acknowledge collaborators on homework and laboratory assignments.

Internet Plagiarism includes submitting downloaded term papers or parts of term papers, "cutting & pasting," paraphrasing or copying information from the internet without citing the source(s).

Cheating/plagiarism will not be tolerated, and will result, at the least, in a failure of the assignment, reporting to the department's Academic Integrity Committee and may jeopardize your standing in the course and college.

**Accessibility Resource Center (ARC):** If you are registered with the ARC and have a letter from them verifying that you are a qualified student with a disability, please present the letter to the instructor as soon as possible and/or check with ARC to make sure they notified your professors. Remember, instructors don't "know" who has accommodations (or "why"!), so it is really important to make sure we have the information so that we can best serve you and your learning needs.

**Hostos Academic Learning Center:** The Hostos Academic Learning Center (HALC), offers students one-on-one and small-group tutoring as well as in-center workshops and online writing resources. For the most up-to-date information, please click on the the hyperlink and go to the HALC website.

**Hostos Writing Center:** All students are strongly encouraged to utilize the Hostos Writing Center before submitting the Capstone Rough Draft and Capstone Final Draft. Students can make appointments by clicking the link and detailed instructions are provided. Countless CAP students have benefitted from Hostos Writing Tutors!

**Carlos E. González Counseling Center:** from the website–"The Carlos L. González Counseling Center is offering remote services only at this time until further notice.  We will continue providing clinical services and academic counseling.  Our services are confidential and free of charge.  To schedule an initial screening or appointment, please call us at 718-518-4461 or email us at infocounseling@hostos.cuny.edu. If you are already receiving counseling services at our Center, please contact your counselor directly to coordinate your upcoming appointments. If you are experiencing a mental health emergency during our non-business hours, please contact NYC Well (1-888-692-9355) or go to your local hospital emergency room. We are here to support you!"

 Attribution-NonCommercial-ShareAlike 4.0 International

This entry is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 4.0 International license.

Search for: [    ] [Search]

## Recent Posts

- Welcome

## Recent Comments

Sixteen Theme by InkHive



Help | Contact Us | Privacy Policy | Terms of Service | Image Credits

Built with WordPress | Protected by Akismet | Powered by CUNY

Creative Commons (CC) license unless otherwise noted

P000298