# Exhibit 13

## RE: Presentation at the Community College Learning Assessment Conference

Crystal Rodriguez [Crystal.Rodriguez03@bcc.cuny.edu]
**Sent:** Tuesday, September 10, 2019 2:49 PM
**To:** ESTHER.WILDER
**Attachments:** intellectual property.pdf (52 KB) ; CCRodriguezHeadShot.jpg (33 KB)

Hi Esther,

I hope this email finds you well. Thank you for reaching out and notifying me of this. I really appreciate your honesty, mentorship, and leadership in this matter.

I have not been notified by Sarah about any presentations or use of my work in general.

I do completely agree with you about giving credit to the work we have all done. I think it is appropriate to name us as co-author/co-presenter for the conference.

I have attached the signed letter and a photo.

Bio: Crystal C. Rodriguez is an Assistant Professor in the Social Sciences Department, Criminal Justice Program at Bronx Community College of the City University of New York. She earned her Ph.D in criminal justice from CUNY Graduate Center/John Jay College. Her scholarship focuses on cross-cultural competency, high-impact pedagogical practices, victimization, community courts, police, and gangs.

Take care
Crystal

_____
Crystal Rodriguez, Ph.D
Assistant Professor, Social Sciences Department
Criminal Justice Program/CUNY Justice Academy
Bronx Community College (CUNY)
2155 University Ave.
Colston Hall, Room 309
Bronx NY 10453
718-289-5100 Ext. 3533

"Good Call" is an emergency arrest hotline (1-833-3-GOODCALL) that is always available to alert your loved ones and connect you to a free attorney. This service is available for all NYC residents. Please read about this organization, inform your community, and advocate for justice: www.goodcall.nyc

-----Original Message-----
From: ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Sent: Monday, September 9, 2019 12:16 AM
To: Crystal Rodriguez <Crystal.Rodriguez03@bcc.cuny.edu>
Subject: FW: Presentation at the Community College Learning Assessment Conference

Dear Crystal,

I hope this email finds you well as we embark on yet another semester!  Meanwhile, I wanted to touch base with you because of a presentation that my co-PI Sarah Hoiland gave earlier this year at the community college conference on learning assessment.  At that conference, she presented a slideshow on the NICE project.  She had indicated that she was the lead and only author of the presentation, but when I saw a copy of it this summer, I realized that half of the slides were actually my own, and then just recently I noticed that she had also used a lot of your NICE instructional materials in the presentation.  Meanwhile, she hadn't credited either of us in the slideshow.

In any case, when I noticed that I had been omitted as an author on the slideshow, I requested that Sarah fix this mistake and she wrote to the conference organizers to do just that.  In between then and now, however, I also realized the oversight with your

work, too.  That said, I followed up on Sarah's request (to add me as a co-author) late last week, and I also specifically requested that you be referenced for your instructional materials (I sent a corrected presentation, also attached to this email). (I know when you signed the informed consent form, you had specifically asked that your name be included in any instructional materials that we posted on our website, as did most faculty.  I feel strongly that it is important that participating faculty get recognized for their contributions to my faculty development programs, particularly if an individual assignment is singled out as happened in this case, as I view their instructional materials as their intellectual property.)

Meanwhile, as you can see from the email below, the conference organizers indicated to me that the slideshow is no longer available to conference attendees.  At this point, the only thing they can do to fix things is to change their website to add your name as a co-author/co-presenter (that is what they have done for me).  Even though you were not physically present at the conference (nor was I), I  do feel it is appropriate to name you as a co-author/co-presenter for the conference, so that you get the credit you deserve for your work.  The organizer of the conference, Rachel Meister, understands the situation and she indicated to me that she would be happy to do this.   As you can see from the email, I indicated I would contact you to see what you wanted done to correct this oversight.

Ironically, when Sarah's presentation was accepted into the conference, she signed an intellectual property agreement testifying to the fact that all materials in the presentation were her work and that she had obtained permission for anything that wasn't hers.  I don't know if she reached out to you, but in my communication with her it seems that all of this was some big oversight.  In any case, if you would like to be listed as a co-author, I do think it makes sense for you to sign the intellectual property agreement (attached).  (I am fairly certain the slides only represent the work of all 3 of us.)  Moreover, could you please send me a photo and brief bibliographic statement, parallel to the ones that are here:

https://urldefense.proofpoint.com/v2/url?u=https-3A__conferences.valenciacollege.edu_learning-2Dassessment_agenda_&d=DwIGaQ&c=tzSjEhL4u5XIh9GXWARTsBI31pp--h2kWBIadC1LS_M&r=xav0ud5bnOzFk2EBtw7ADXH_1QMGUbQAdmWkq5q2G_w&m=WHS4rkirtOEkcKk609tJiIxHxDLUY5OUO8t14qKCl78&s=isYcLYOsluTDufITc-LogippPEnptZRWvaKiOcmi5yk&e=

Once I receive these materials (assuming you are interested), I will forward them to Ms. Meister and make sure the correction is made.  Meanwhile, if you have no interest in being named a co-author on this presentation, please just let me know.  Regardless, I feel bad that you were not credited for your work in this presentation.

Thanks so much and I'm sorry this happened!

Regards,
Esther
---
Esther Isabelle Wilder
Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: https://urldefense.proofpoint.com/v2/url?u=http-3A__www.lehman.edu_academics_sociology_faculty-2Dwilder.php&d=DwIFaQ&c=4Vdm1MaRFolbHP3GfCW8OaEJr-_kg6D2vkw0oFZtYA8&r=hFv0er2rEWewuLOCLJhlqjCIJtoNHa0XRtbOyBMPtK4&m=8RbDj_nmcAlCQb4XTzw98IIS3gqPZzN8fEWuQNMeiTI&s=HgYpWbYaVuhKMWtqho9z5sMpC_fRsUtsPoj8P6tXeBY&e=

```
_____
From: Rachel Meister [rmeister1@valenciacollege.edu]
Sent: Friday, September 06, 2019 9:37 AM
To: ESTHER.WILDER
Subject: RE: Presentation at the Community College Learning Assessment Conference

Of course! Just let me know. I can keep the official copy on our ends with the updated
information :)

Rachel Meister
Coordinator, Conferencing & College Events Valencia College | valenciacollege.edu
1768 Park Center Drive, Orlando, FL 32835
T: (407)582-5683 | MC: DO-21
E: rmeister1@valenciacollege.edu


-----Original Message-----
From: ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Sent: Friday, September 6, 2019 9:37 AM
To: Rachel Meister <rmeister1@valenciacollege.edu>
Subject: RE: Presentation at the Community College Learning Assessment Conference

Dear Rachel,

Thanks for the update.  If it is too late to correct the slideshow, I think we may also
want to add Crystal as a co-author on the presentation for the official record.  Is it
okay if I reach out to her and get back to you?

Thanks again!
Esther
_____
From: Rachel Meister [rmeister1@valenciacollege.edu]
Sent: Friday, September 06, 2019 9:09 AM
To: ESTHER.WILDER
Subject: RE: Presentation at the Community College Learning Assessment Conference

Hi Esther!

I am so sorry I didn't get to this sooner. It was on my long to-do list, and then we
were closed this week and are just returning to the office from the hurricane break. I
have added you to the website with your photo and bio ☺

The only issue with the PowerPoint is that attendees were given access to the drive at
the conference, where Sarah's original PowerPoint was available. We do not keep
PowerPoints on the website – so I am afraid that we will not be able to add the updated
PowerPoint, as attendees no longer have access to the PowerPoint.

I am trying to think of ways to get them the updated PowerPoint. We do not have sign in
sheets at the door for the breakout sessions, so we do not know which attendees attended
her session, unless Sarah herself made some connections/contacts during her session and
kept their information. I have access to the entire attendee list – but it is not broken
down by which breakout session they attended.

Please let me know if you have any questions, Rachel

Rachel Meister
Coordinator, Conferencing & College Events Valencia College |
valenciacollege.edu<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.valenciacollege.edu_&d=DwMFAg&c=tzSjEhL4u5XIh9GXWARTsBI31pp--h2kWBIadC1LS_M&
```

```
r=7mirfer_NQKz9DJtBopaHdB1D0GrgdWbAmZC6zl16jk&
m=cK9uiDhW8VsInVvvRfimlC8jpMRR2qp_9MHqejWd69U&
s=k88f2GEX6X0kQDo_Z3Ajzw2Q4QEmePZ_U2vcE0OfORw&e=>
1768 Park Center Drive, Orlando, FL 32835
T: (407)582-5683 | MC: DO-21
E: rmeister1@valenciacollege.edu<mailto:rmeister1@valenciacollege.edu>
[cid:image001.png@01D445E8.DB3DD9E0]

From: ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Sent: Thursday, September 5, 2019 7:50 PM
To: Rachel Meister <rmeister1@valenciacollege.edu>; Conference Management Services
<conferencing@valenciacollege.edu>
Subject: Presentation at the Community College Learning Assessment Conference

Dear Ms. Meister and Community College Learning Assessment Conference Organizing
Committee:

I am writing to follow up on an email that Sarah Hoiland sent to you on 8/8 regarding
the authorship of a presentation she gave at the 2019 Community College Conference on
Learning Assessment (and for which she was listed as the sole author).

As Dr. Hoiland noted in her recent letter (copied below), I was inadvertently not given
authorship credit for my role in this presentation.  Although I regret that I was unable
to be physically present for the conference, approximately half of the textual slides
represented my individual contribution to the slideshow.  We would have contacted you
earlier about this, but unfortunately I was only made aware of this issue a few weeks
back and at that time I requested that this error be fixed.  (I understand that you
requested that Dr. Hoiland supply an intellectual property license, and I am also
attaching mine to this email.)

In addition, there is another significant problem with the presentation.  Specifically,
slides 14-19 represent a sample assessment instrument that was developed by Dr. Crystal
Rodriguez, an Assistant Professor in the Department of Social Sciences at Bronx
Community College.  When Dr. Rodriguez signed the consent form to participate in our
faculty development program (run by Dr. Hoiland and myself), she specifically requested
that her name be used if we posted any of her instructional materials online on our
website.  While Dr. Hoiland may have mentioned Dr. Rodriquez in her presentation, it is
really critical that Dr. Rodriguez's name be identified in the presentation,
specifically for those sides, and that she receive the authorship credit she deserves
for her instructional materials in this presentation.

I have attached a picture of myself as well as a brief bibliographical statement (which
I know was included for Dr. Hoiland).  I have also included a revised slideshow that
properly credits Dr. Rodriguez's contribution to this presentation (it is called "Dr.
Hoiland corrected presentation") and indicates myself as co-author.  Dr. Hoiiland's
original slideshow is also attached.  In the absence of crediting Dr. Rodriguez in the
slideshow, she should also be considered a co-author in this presentation.

Please let me know if you have any questions and I'm very sorry these oversights were
made.

Thank you in advance.

Sincerely,
Esther Isabelle Wilder
---
Esther Isabelle Wilder
Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
```

```
718-960-1128
Teach QR: www.teachqr.org<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.teachqr.org_&d=DwMFAw&c=tzSjEhL4u5XIh9GXWARTsBI31pp--h2kWBIadC1LS_M&
r=qNiTnrhnVjdrnL7uId0sZ_hxecKsdPO7E9bcDRejS9A&m=KawpJiqkhWI11BCB67AMe_mq7VAMx-
hkhg3CX82VJuY&s=xFeNhzUlMKGYY7UBXSE2wOAUGTlpYm2KxqZcJ7uVEG0&e=>
Personal webpage: https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.lehman.edu_academics_sociology_faculty-2Dwilder.php&d=DwIFaQ&
c=4Vdm1MaRFolbHP3GfCW8OaEJr-_kg6D2vkw0oFZtYA8&
r=hFv0er2rEWewuLOCLJhlqjCIJtoNHa0XRtbOyBMPtK4&
m=8RbDj_nmcAlCQb4XTzw98IIS3gqPZzN8fEWuQNMeiTI&
s=HgYpWbYaVuhKMWtqho9z5sMpC_fRsUtsPoj8P6tXeBY&e=


_____
From: HOILAND, SARAH
Sent: Thursday, August 8, 2019 10:28 PM
To: Rachel Meister
Subject: Re: Learning Assessment Powerpoint and Handouts

Hi Rachel,

I am writing to ask if you could add a name to the online version of the Community
College Learning Assessment Conference (Feb. 2019) official online agenda. My co-PI,
Esther Wilder, could not make it to the conference in February and pointed out that she
should have been listed as a co-author. Would it be possible to add her?

Thank you so much for considering. Attached is her headshot and a short bio. if you are
able to make this change.

Sincerely,
Sarah

Sarah L. Hoiland, Ph.D. |
Assistant Professor of Sociology
2019 Mellon/ ACLS Fellow
Service Learning and Civic Engagement Committee Chairperson & Coordinator Behavioral &
Social Sciences Department Hostos Community College, CUNY p. 718-518-6874 a. 500 Grand
Concourse, B-346, Bronx, NY 10451
```