# Exhibit 14

3/31/2020                                                                                                                RE: [EXTERNAL] Re: ESS

**From:** Crystal Rodriguez [Crystal.Rodriguez03@bcc.cuny.edu]
**Sent:** Sunday, March 8, 2020 8:09 AM
**To:** ESTHER.WILDER
**Subject:** Fw: [EXTERNAL] Re: ESS

See email below.

_____

**Crystal Rodriguez**, Ph.D
Assistant Professor, Social Sciences Department
Criminal Justice Program/CUNY Justice Academy
Bronx Community College (CUNY)
2155 University Ave.
Colston Hall, Room 309
Bronx NY 10453
718-289-5100 Ext. 3533

"**Good Call**" is an emergency arrest hotline (1-833-3-GOODCALL) that is always available to alert your loved ones and connect you to a free attorney. This service is available for all NYC residents. Please read about this organization, inform your community, and advocate for justice: www.goodcall.nyc

**From:** HOILAND, SARAH <SHOILAND@hostos.cuny.edu>
**Sent:** Thursday, March 5, 2020 10:39 AM
**To:** Crystal Rodriguez
**Cc:** CARDONA, FELIX
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: ESS

> **CAUTION:** This email originated from outside the BCC Campus. Do not click links or open attachments unless you know the content is safe. Report suspicious emails to: reportspam@bcc.cuny.edu

Crystal,

I am writing to respond to your email. Included is Felix Cardona from my campus who is part of a team working to resolve the issues raised by Esther and by me.

First and foremost, I should have emailed you to ask your permission to showcase your assessment materials for the presentation.

With respect to the presentation last February, I gave you credit. The time I spent on the slides with your assessment materials was minimal (3-4 minutes) and I incorporated it to show the kind of work community college faculty in the NICE Program and the ways in which feedback was utilized to improve upon instructional materials. I included your full name, institution, department, and the course you developed materials for--CJ 101--a course I do not teach. I showed a few group photos and pointed you out specifically. The audience was comprised of approximately 12 community college faculty members and administrators. None of the conference proceedings were published and I didn't publish anything presented.

The teachqr website does not feature any instructional materials from the NICE Program nor from community college faculty https://serc.carleton.edu/NICHE/index.html so I decided to pull from our NICE cohort for this presentation. While I could have used my own materials, which were developed prior to becoming a PI of this project and have been revised over the past 4 years, I wanted to showcase a faculty participant's instructional materials. I should have reached out to you in advance, but in no way did I present your materials as my own. I also didn't want to favor my campus and select instructional materials from a Hostos faculty participant; however, if I had done so, the relationships I have with Hostos faculty would have circumvented the present matter as my reputation and integrity would supersede accusations made by Esther. You assumed whatever she told you was true and didn't give me the benefit of the doubt after working with me for the same amount of time as you worked with Esther.

I expressed concern last summer when I learned Esther contacted you without telling me and concern with you being added as a co-author; however, I was advised to let it go and not to contact you directly. Clearly, this was a mistake.

3/31/2020                                                                 RE: [EXTERNAL] Re: ESS

My rationale for becoming involved in this project was to funnel NSF resources toward community college faculty and help them elevate their work. I used some of my grant funds to pay for a NICE participant to travel to a conference in the Midwest and present his assessment materials. I suggested another NICE participant to become a board member of a national organization (and she did). I have worked tirelessly with faculty participants to help them finish, including an extended cohort this summer, for which it was not clear I would be paid for my time. I included CUNY students who took part in numeracy-infused courses at ASA last year in a large workshop.

I find the example to be an illustrative contrast to the current situation: A presidential panel at ESS featured a co-author as a panelist. He gave frequent verbal credit to his co-author who was not in attendance; however, his co-author's name did not appear as a panelist in absentia nor did he include a Reference page for his slides. This is evidence of a general level of trust, particularly among collaborators, and most would think it absurd if his co-author charged him with not properly crediting her role as co-author because her name didn't appear as a co-speaker or because he didn't include a Reference slide. I wrongly assumed a minimal level of trust with my collaborator and this has not been the case with the NICE Project. I am sorry you were involved in this way.

If you would like to discuss this further, I suggest we meet with representatives from each of our respective campuses.

Sincerely,
Sarah


**Sarah L. Hoiland, Ph.D. |**
**Assistant Professor of Sociology**
2019 Mellon/ ACLS Fellow
Service Learning and Civic Engagement Committee Chairperson & Coordinator
Behavioral & Social Sciences Department
Hostos Community College, CUNY
p. 718-518-6874
a. 500 Grand Concourse, B-346, Bronx, NY 10451

---

**From:** Crystal Rodriguez <Crystal.Rodriguez03@bcc.cuny.edu>
**Sent:** Monday, February 24, 2020 2:44 PM
**To:** HOILAND, SARAH
**Subject:** RE: [EXTERNAL] Re: ESS

Dear Sarah,

After much thought and careful consideration, I am declining our meeting on Friday, 2/28/2020 at 11:30am at the ESS conference. I do not wish for my ESS conference experience to be tainted by the issue you caused last year. The lack of professional courtesy that you exhibited is offensive and alarming.

Let me be clear: 1) this is the first email exchange since the incident; 2) you never asked and I never gave you permission to use my work in your presentation; and 3) even when using my work you did not give me credit, written and verbal credit are always required when using others' work.

I am disappointed in your lack of professionalism and dishonesty. I trusted you as a coordinator/lead faculty in the NICE program. I submitted my work on the NICE Blackboard website for feedback and suggestions, not for you to advance your scholarship. I have been collecting QR data for a few semesters while writing a manuscript and you have compromised my work by passing it along as your own. This is unacceptable and unprofessional.

I ask that you do me the professional courtesy of not attending my ESS conference presentation to allow me to give my presentation without disruption.

Take care,
Crystal

3/31/2020 RE: [EXTERNAL] Re: ESS

**Crystal Rodriguez**, Ph.D
Assistant Professor, Social Sciences Department
Criminal Justice Program/CUNY Justice Academy
Bronx Community College (CUNY)
2155 University Ave.
Colston Hall, Room 309
Bronx NY 10453
718-289-5100 Ext. 3533



"**Good Call**" *is an emergency arrest hotline (1-833-3-GOODCALL) that is always available to alert your loved ones and connect you to a free attorney. This service is available for all NYC residents. Please read about this organization, inform your community, and advocate for justice:* www.goodcall.nyc

---

**From:** HOILAND, SARAH <SHOILAND@hostos.cuny.edu>
**Sent:** Wednesday, February 19, 2020 5:44 PM
**To:** Crystal Rodriguez <Crystal.Rodriguez03@bcc.cuny.edu>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: ESS

> **CAUTION:** This email originated from outside the BCC Campus. Do not click links or open attachments unless you know the content is safe. Report suspicious emails to: reportspam@bcc.cuny.edu

Hi Crystal,

That sounds great! Once we get the layout of the land, we can pick a neutral spot. I am mentoring in Freedom E at 12:00 p.m.

My cell is: 646-912-3995.

Looking forward!
Sarah


**Sarah L. Hoiland, Ph.D. |**
**Assistant Professor of Sociology**
2019 Mellon/ ACLS Fellow
Service Learning and Civic Engagement Committee Chairperson & Coordinator
Behavioral & Social Sciences Department
Hostos Community College, CUNY
p. 718-518-6874
a. 500 Grand Concourse, B-346, Bronx, NY 10451

---

**From:** Crystal Rodriguez <Crystal.Rodriguez03@bcc.cuny.edu>
**Sent:** Monday, February 10, 2020 8:16 AM
**To:** HOILAND, SARAH
**Subject:** RE: [EXTERNAL] Re: ESS

Hi Sarah,

Let's meet at 11:30am on Friday.

Take care
Crystal

3/31/2020                                                               RE: [EXTERNAL] Re: ESS

_____
**Crystal Rodriguez**, Ph.D
Assistant Professor, Social Sciences Department
Criminal Justice Program/CUNY Justice Academy
Bronx Community College (CUNY)
2155 University Ave.
Colston Hall, Room 309
Bronx NY 10453
718-289-5100 Ext. 3533



"*Good Call*" *is an emergency arrest hotline (1-833-3-GOODCALL) that is always available to alert your loved ones and connect you to a free attorney. This service is available for all NYC residents. Please read about this organization, inform your community, and advocate for justice:* www.goodcall.nyc

---

**From:** HOILAND, SARAH <SHOILAND@hostos.cuny.edu>
**Sent:** Sunday, February 9, 2020 6:58 PM
**To:** Crystal Rodriguez <Crystal.Rodriguez03@bcc.cuny.edu>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: ESS

> **CAUTION:** This email originated from outside the BCC Campus. Do not click links or open attachments unless you know the content is safe. Report suspicious emails to: reportspam@bcc.cuny.edu

Hi Crystal,

Thank you! I am doing well and I am looking forward to seeing some CUNY folks in Philly since our paths don't cross as frequently in NYC.

I volunteered to be part of the mentoring roundtable from 12-1:30 p.m. on Friday, so I won't be able to meet then. I could meet between 10 and 12 on Friday or between 5 and 5:30 as I am hoping to have enough stamina to make it to the plenary at 5:30. Otherwise, Thursday is a bit more relaxed and I have nothing planned after 5 p.m. and will arrive midday and attend a few sessions.

Even if it's just to chat for 10-15 minutes between sessions, that would be fine:-)

Best,
Sarah


**Sarah L. Hoiland, Ph.D. |**
**Assistant Professor of Sociology**
2019 Mellon/ ACLS Fellow
Service Learning and Civic Engagement Committee Chairperson & Coordinator
Behavioral & Social Sciences Department
Hostos Community College, CUNY
p. 718-518-6874
a. 500 Grand Concourse, B-346, Bronx, NY 10451

---

**From:** Crystal Rodriguez <Crystal.Rodriguez03@bcc.cuny.edu>
**Sent:** Sunday, February 9, 2020 3:55 PM
**To:** HOILAND, SARAH
**Subject:** [EXTERNAL] Re: ESS

3/31/2020                                                        RE: [EXTERNAL] Re: ESS

> **WARNING:** This email originated outside the Hostos campus. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never provide login credentials, financial or sensitive details in response to an email or by clicking on a link. Report suspicious emails to: reportspam@hostos.cuny.edu

Hi Sarah,

I hope this email finds you well.

Sure, we can meet for some coffee/tea at the conference, maybe around 1pmish on Friday 2/28 before my presentation?

Take care
Crystal

_____
**Crystal Rodriguez**, Ph.D
Assistant Professor, Social Sciences Department
Criminal Justice Program/CUNY Justice Academy
Bronx Community College (CUNY)
2155 University Ave.
Colston Hall, Room 309
Bronx NY 10453
718-289-5100 Ext. 3533

*"**Good Call**" is an emergency arrest hotline (1-833-3-GOODCALL) that is always available to alert your loved ones and connect you to a free attorney. This service is available for all NYC residents. Please read about this organization, inform your community, and advocate for justice:* www.goodcall.nyc

**From:** HOILAND, SARAH <SHOILAND@hostos.cuny.edu>
**Sent:** Friday, February 7, 2020 8:28 PM
**To:** Crystal Rodriguez
**Subject:** [EXTERNAL] ESS

> **CAUTION:** This email originated from outside the BCC Campus. Do not click links or open attachments unless you know the content is safe. Report suspicious emails to: reportspam@bcc.cuny.edu

Hi Crystal,

I saw your name and institution on the ESS schedule! I will try to make it to your session.

Also, if you have time for a coffee Thursday or Friday, I would like to talk to you about what transpired at the end of the summer with respect to the assessment conference.

Best,
Sarah


**Sarah L. Hoiland, Ph.D. |**
**Assistant Professor of Sociology**
2019 Mellon/ ACLS Fellow
Service Learning and Civic Engagement Committee Chairperson & Coordinator
Behavioral & Social Sciences Department
Hostos Community College, CUNY
p. 718-518-6874
a. 500 Grand Concourse, B-346, Bronx, NY 10451




---
Esther Isabelle Wilder

Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: http://www.lehman.edu/academics/sociology/faculty-wilder.php