# Exhibit 15

### RE: [EXTERNAL] RE: Misc.

ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Tue 9/10/2019 7:50 PM
To: HOILAND, SARAH <SHOILAND@hostos.cuny.edu>

Dear Sarah,

I spoke on the phone with Rachel to explain why I felt it was important to remedy this problem—to grant authorship credit to both Crystal and myself.  (Rachel also sent me a copy of the intellectual property agreement you had signed for the presentation you posted.)  After I reached out to Crystal, I learned that she was completely unaware of the fact that her assessment instrument and results had been featured in your presentation.  She agrees with my recommendation that she be acknowledged as a co-author/co-presenter for the conference presentation.

As Rachel explained to me, it is really too late to revise the PowerPoint document.  All the files were shared with registrants a week before the conference so that attendees could download them in advance and decide which talks they wanted to attend.  However, the authorship issue has been resolved on Valencia's website, and I am very glad that both Crystal and I are getting the credit we deserve, albeit belatedly.  (I have changed the citation on the NICHE/NICE website to reflect this.)

Today I consulted with the chair of my department about this matter, as I thought it was appropriate that he be informed.  I remain very concerned that you still do not understand issues of intellectual property, and you even seem to resent my requests—both in the past and now—that you do not take full credit for what is largely my work.  You have also been very unapologetic and even hostile toward my efforts to address these issues.  My chair thought it would be appropriate for me to consult with legal counsel, but I have not yet decided how to proceed.

Esther

---

**From:** HOILAND, SARAH [SHOILAND@hostos.cuny.edu]
**Sent:** Tuesday, September 10, 2019 12:13 AM
**To:** ESTHER.WILDER
**Subject:** Re: [EXTERNAL] RE: Misc.

Esther, please forward any communication with Valencia.

Thanks.

---

**From:** ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
**Sent:** Tuesday, September 10, 2019 12:07 AM
**To:** HOILAND, SARAH
**Subject:** [EXTERNAL] RE: Misc.

> **WARNING:** This email originated outside the Hostos campus. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never provide login credentials, financial or sensitive details in response to an email or by clicking on a link. Report suspicious emails to: reportspam@hostos.cuny.edu

Dear Sarah,

I want to clarify that I only want you with refrain from scholarly work that really isn't your own.  Of course, as I have stated repeatedly, you are free to publish or present your own work.   You are welcome to undertake qualitative research on this project, but please be aware that: (1) the IRB protocol for the NICE project expires

P000475

on 9/26/19, and (2) the only qualitative research mentioned in the IRB protocol are the focus groups that you had originally planned to undertake at our capstone conference.

I have taken care of things with Valencia.

Yes, let's end this ping-pong.

Best,
Esther

---

**From:** HOILAND, SARAH [SHOILAND@hostos.cuny.edu]
**Sent:** Monday, September 09, 2019 10:58 PM
**To:** ESTHER.WILDER
**Subject:** Misc.

Esther,

Although there are several inaccurate statements in your previous email, I will not engage in additional email ping-pong.

What you wrote at the end of the last email is what I wrote before ASA. To recap:

1) I will not apply for an extension grant on the NICE Project,
2) I will not give any presentations (solo or co-author) about the NICE Program,
3) I will not write any articles (sole author or co-author) about the NICE Program, and
4) You will not include me as a co-author on anything you produce (presentations or articles) as a result of this collaborative project.

Additionally,

5) My efforts to rectify this situation with Valencia constitutes sufficient effort and you will cease pursuing it.

6) As indicated in previous emails, I will continue to usher through the final cohort, process Kathy's stipend, ensure we receive her evaluation, and write the final reports for Hostos, separately from yours if that's what you prefer. Part of my budget description includes conducting qualitative research with faculty participants, which I feel is important, so I will do that this semester and share the data with you in a timely fashion.

7) Emails will cease unless they are related to the completion of the NICE Project.

If #5-7 are also agreeable to you, then we can both turn our attention to other matters.

Sincerely,
Sarah

**Sarah L. Hoiland, Ph.D. |**
**Assistant Professor of Sociology**
2019 Mellon/ ACLS Fellow

Service Learning and Civic Engagement Committee Chairperson & Coordinator
Behavioral & Social Sciences Department
Hostos Community College, CUNY
p. 718-518-6874
a. 500 Grand Concourse, B-346, Bronx, NY 10451

P000477