IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esther Wilder,<br><br>             Plaintiff,<br><br>  v.<br><br>Sarah Hoiland,<br><br>             Defendant. | Civ. Action No. 1:22-cv-01254-PKC |

**DECLARATION OF JANET B. LINN, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Janet B. Linn, declare as follows:

1. I am an attorney with the law firm of Tarter, Krinsky & Drogin LLP, counsel of record for Plaintiff Esther Wilder ("Plaintiff").

2. I make this Declaration in support of Plaintiff's motion for summary judgment based on my personal knowledge and my review of the documents annexed as exhibits hereto.

3. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Defendant in this action with Bates numbers D0504–529.

4. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Defendant in this action with Bates numbers D0001–03.

5. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Defendant in this action with Bates numbers D0088–103.

6. Attached hereto as **Exhibit 19** is a true and correct copy of a printout of the webpage located at https://www.nsf.gov/awardsearch/showAward?AWD_ID=1644948&HistoricalAwards=false (i.e., the hyperlink included on Slide 2 (D0235) of a document produced by Defendant in

1

this action with Bates numbers D0234–256), as of about December 9, 2022. This document was marked as Exhibit 3 to the December 9, 2022, deposition of Defendant Sarah Hoiland ("Defendant") taken in this action.

7.      Attached hereto as **Exhibit 20** is a true and correct copy of the transcript of the December 9, 2022, deposition of Defendant, taken in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 28, 2023                                   By: _s/ Janet B .Linn_
                                                                            Janet B .Linn