# Exhibit 16



# From NICHE to NICE:
# Training Faculty in Best Practices for Quantitative Reasoning Instruction

**Esther Isabelle Wilder**
**Department of Sociology**
**Lehman College, The City University of New York**

**Frank Wang**
**Department of Mathematics, Engineering and Computer Science**
**LaGuardia Community College, The City University of New York**

**Sarah Hoiland**
**Department of Behavioral and Social Sciences**
**Hostos Community College**



D0504

# Agenda and Goals



Source:  Helen Musselwhite.  Available URL:
http://www.helenmusselwhite.co.uk/

- QR examples for reflection and overview
- Definitions
- Overview of NICHE/NICE
- Assessment Data from NICHE



D0505



# Based on the chart below, which of the following is true?

1.  Jews are slightly more likely to get cremated than Hindus.
2.  Protestants are the religious group most likely to get cremated.
3.  3% of Jews chose to get cremated.
4.  All of the above.
5.  None of the above.



1996-97 Cremations in North America by Religion

- Protestant
- Buddhist
- Hindu
- Catholic
- Jewish

3%
25%
2%
11%
59%

Source: 1997 Report of the Cremation Association of North America



D0507

# Based on the chart below, which of the following is true?

1.  Jews are slightly more likely to get cremated than Hindus.

2.  Protestants are the religious group most likely to get cremated.

3.  3% of Jews chose to get cremated.

4.  All of the above.

5.  None of the above.



Source: 1997 Report of the Cremation Association of North Americ



D0508

# Would you count, dollar by dollar, in exchange for all of Bill Gates' money in 2017 (87 billion dollars)?



Bill Gates

1. No
2. Yes
3. Not sure



D0509

# Would you count, dollar by dollar, in exchange for all of Bill Gates' money in 2017 (87 billion dollars)?



Bill Gates

1. No
2. Yes
3. Not sure



D0510

# Numeracy, Quantitative Literacy, Quantitative Reasoning



Association of American Colleges and Universities

"Quantitative Literacy (QL) – also known as Numeracy or Quantitative Reasoning (QR) – is a 'habit of mind,' competency, and comfort in working with numerical data. Individuals with strong QL skills possess the ability to reason and solve quantitative problems from a wide array of authentic contexts and everyday life situations. They understand and can create sophisticated arguments supported by quantitative evidence and they can clearly communicate those arguments in a variety of formats (using words, tables, graphs, mathematical equations, etc., as appropriate)."



D0511

# A Call for Action



- 2003 National Assessment of Adult Literacy (NAAL) found that only 13% of adults demonstrated proficiency in quantitative literacy (Kutner et al. 2007).
  - Disadvantage is particularly acute among females and minorities (especially blacks and Hispanics).



- 2013 Organisation for Economic Co-operation and Development (OECD) report on adult skills, including numeracy: Japan, Finland and Belgium scored highest, whereas the United States, Italy and Spain scored lowest in numeracy skills.

D0512

Percentage distribution, average scores, and proficiency level results on PIAAC numeracy scale for U.S. adults age 16–65, by race/ethnicity and age group: 2012

| Age group | OECD average | United States | | | | | |
|---|---|---|---|---|---|---|---|
| | | All adults age 16-65 | White | Black | Hispanic | Asian/ Pacific Islander | Other race |
| **Age 16-65** | | | | | | | |
| Percentage distribution | 100 | 100 | 65 | 13 | 14 | 5 | 3 |
| Average score | 269 | 253 | 268 | 212 | 215 | 262 | 250 |
| % below level 3 | 53 | 64 | 55 | 90 | 85 | 58 | 68 |
| % at level 4/5 | 13 | 9 | 12 | 1 | 2 | 12 | 9 |
| **Age 16-34** | | | | | | | |
| Percentage distribution | 37 | 39 | 58 | 14 | 19 | 6 | 3 |
| Average score | 276 | 255 | 271 | 219 | 228 | 268 | ‡ |
| % below level 3 | 47 | 64 | 54 | 88 | 83 | 52 | ‡ |
| % at level 4/5 | 15 | 9 | 12 | 1 | 3 | 12 | ‡ |
| **Age 35-65** | | | | | | | |
| Percentage distribution | 63 | 61 | 70 | 12 | 11 | 4 | 3 |
| Average score | 265 | 252 | 267 | 207 | 202 | 255 | 246 |
| % below level 3 | 56 | 64 | 55 | 92 | 87 | 63 | 73 |
| % at level 4/5 | 11 | 9 | 11 | 1 | 1 | 11 | 7 |

‡ Reporting standards not met.
NOTE: Detail may not sum to totals because of rounding.
SOURCE: Organisation for Economic Co-operation and Development (OECD), Programme for the International Assessment of Adult Competencies (PIAAC), 2012.



D0513

# Infusion of QR is Critical



Lynn Arthur Steen



Derek Bok

"QL programs should involve faculty from multiple disciplines, and the social sciences may be especially well-positioned to take the lead in QR initiatives" (emphasis ours).

"Like learning to write well or speaking a foreign language, numeracy is not something mastered in a single course. . . .  Thus quantitative material needs to permeate the curriculum, not only in the sciences but also in the social sciences and, in appropriate cases, in the humanities. . . ."



D0514

# What is NICHE/NICE



- NICHE stands for "Numeracy Infusion Course for Higher Education."

- NICE stands for "Numeracy Infusion for College Educators."

- A predominantly online course housed in Blackboard that focuses on best practices for QR instruction
    - Readings, discussions, interactive tools, etc.

- See:  www.teachqr.org



D0515

# Agenda and Goals



- To provide instruction on best practices for teaching Quantitative Reasoning (QR).

- To foster the development of instructional materials that improve students' understanding of QR.

- To infuse QR into a wide range of disciplines and schools.

- To increase faculty interest and comfort in teaching QR and sometimes to strengthen QR skills.

- To establish a collaborative network of faculty who are committed to improving the QR skills among students.



D0516

# NICHE Content

Welcome to NICHE

1. Quantitative Reasoning (QR) and Making Numbers Meaningful

2. QR Learning Objectives

3. The Brain, Cognition and QR

4. QR and Writing

5. Discovery Methods

6. Representations of Data

7. QR Assessment

8. Math Anxiety and QR Stereotypes and Culture

NICHE Wrap-up



D0517



**CUNY**
**Blackboard**

Home    Help    Content Collection    Lehman College Library    ONLINE INFO    Blackboard Resources

🏠 ◎    Announcements

**NICHE**    **Numeracy Infusion Course for Higher Education**
A Project of the City University of New York (CUNY) Quantitative Reasoning Alliance

- NICHE 2014    🏠
  - Home Page
  - Information
  - Content
  - Tools
  - Help
  - **General NICHE Info.**
  - Announcements
  - Navigating NICHE
  - NICHE Syllabus
  - **NICHE Interactive Items**
  - NICHE Tasks/Blogs
  - NICHE Discussions
  - **NICHE Course Material**
  - Welcome to NICHE
  - **Course Units**
  - NICHE Course Units
  - 1: Meaningful Numbers
  - 2: Learning Objectives
  - 3: The Brain and QR
  - 4. QR and Writing
  - 5: Discovery Methods
  - 6: Representing Data
  - 7: QR Assessment
  - 8. Math and QR Anxiety
  - NICHE Wrap-up
  - Assorted NICHE folders

## Announcements

*New Announcements appear directly below the repositionable bar. Reorder by dragging announcements to new positions. Move priority announcement them. The order shown here is the order presented to students. Students do not see the bar and cannot reorder announcements.*

**Create Announcement**

*New announcements appear below this line* ----------------------------------------------------

**Navigating NICHE** ◎

Posted on: Friday, August 8, 2014 12:15:36 AM EDT

## Important Information for Navigating NICHE

- Please use Mozilla Firefox for NICHE!
- If folders/discussion boards/links don't open, be sure to enable pop-ups!
- There are more detailed instructions in the "Navigating NICHE" folder for additional impo course. The menu with the link to detailed help will always be on the left.

- The NICHE Course Materials include three content areas:
  1. Welcome to NICHE
  2. Course Units
  3. NICHE Wrap-up

  You will want to complete these in sequential order (pages are numbered or lettered).

D0518

# NICHE Website (www.teachqr.org)
## Hosted at the Science Education Resource Center (Carleton College)





D0519

### NICHE 2013

The 20 NICHE participants represent four community colleges (n=8) and seven senior/comprehensive colleges (n=12) as well as eight disciplines: African American studies (1), biology (4), economics (1), mathematics (7), political science (1), psychology (2), public affairs (1), and sociology (3).



### NICHE 2014

The 16 NICHE participants represent five community colleges (n=7) and six senior/comprehensive colleges (n=9) as well as 13 disciplines/programs:  Art and Music (1), Biology (1), Business and Management (2), Chemistry (1), English (2), First Year Experience (1) History (1), Interdisciplinary Arts and Sciences (1), Mathematics (2), Modern Languages (1), Philosophy (1), Political Science (1), and Psychology (1).




### NICHE 2015

The 8 NICHE participants represent two community colleges (n=3) and two senior/comprehensive colleges (n=5) as well as 8 disciplines/programs:  Economics (1), English (1), History (1); Law and Police Science (2); Natural Sciences (1), Social Sciences (2); and Sociology (1);



# CUNY Faculty Participate in NICHE Training Sessions






# Best Practices for Teaching QR

- Use real-world applications and active learning, including discovery methods.

- Pair QR instruction with writing, storytelling and critical reading.

- Use technology, including computers, appropriately.

- Engage in collaborative instruction and group work.

- Be sensitive to differences in culture and learning styles.

- Scaffold the learning process.  Provide feedback and opportunities for revision.

D0522

# Graphing the Story of the Three Little Pigs



D0523

# The Monty Hall Problem



- [The Monty Hall Problem Explained](https://www.youtube.com/watch?v=VTrg1cGCiwE)
(https://www.youtube.com/watch?v=VTrg1cGCiwE)
- [Let's enter our data here](https://docs.google.com/spreadsheets/d/1pHAuPVyy7eiNG9lMY4GcdSdaGj99oD3paFkidNt-Xgo/edit#gid=0)
(https://docs.google.com/spreadsheets/d/1pHAuPVyy7e
iNG9lMY4GcdSdaGj99oD3paFkidNt-Xgo/edit#gid=0)



D0524

## In a NICHE Activity, Faculty Enter Data in the Monty Hall Problem



| | Heidi Bertels Group | Lee Boyar Group | Al Coppola Group | Megan Elias Group | Forest Fisher Group | Nathalia Holtzman Group | Nate Mickelson Group | Barbara Montero Group | Deirdre O'Boy Group | Jennifer Rutledge Group | Susanna Schaller Group | Kostas Stroumbakis Group | Debra Swoboda Group | Soosairaj Therese Group | Erin Thompson Group | Philip Wander Group |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Your name | | | | | | | | | | | | | | | | |
| **Number of times Switching** | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 1 |
| Number of times winning when switching | 8 | 6 | 7 | 6 | 7 | 6 | 7 | 8 | 6 | 8 | 7 | 6 | 6 | 4 | 6 | |
| Number of times Losing when switching | 2 | 4 | 3 | 4 | 3 | 4 | 3 | 2 | 4 | 2 | 3 | 4 | 4 | 6 | 4 | |
| | | | | | | | | | | | | | | | | |
| **Number of times Staying** | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 1 |
| Number of times winning when staying | 3 | 4 | 3 | 2 | 5 | 4 | 5 | 4 | 7 | 3 | 5 | 5 | 3 | 0 | 3 | |
| Number of times Losing when staying | 7 | 6 | 7 | 8 | 5 | 6 | 5 | 6 | 3 | 7 | 5 | 5 | 7 | 10 | 7 | |

D0525

# NICHE faculty performance on the QR skills assessment pretest and posttest

| Skill | % Correct, pretest | % Correct, posttest | Difference |
|---|---|---|---|
| Interpretation of rates | 95.2 | 97.0 | 1.8 |
| Conversion of money | 97.6 | 97.0 | -0.6 |
| Independence of events | 97.6 | 84.8 | -12.8 |
| Fuel efficiency and car mileage | 47.6 | 72.7 | 25.1 |
| % salary increase/calculation of pay raise | 100.0 | 100.0 | 0.0 |
| Interpretation of histogram | 97.6 | 97.0 | -0.6 |
| Interpretation of pie chart | 33.3 | 69.7 | 36.4* |
| Number sense for very big numbers | 90.5 | 75.8 | -14.7 |
| Median | 88.1 | 84.8 | -3.3 |
| Mean/Average | 100.0 | 100.0 | 0.0 |
| Mode | 92.9 | 100.0 | 7.1 |
| Interpretation of table on % distribution of workers | 90.5 | 87.9 | -2.6 |
| Ratio | 90.5 | 87.9 | -2.6 |
| Interpretation of percentages less than one | 90.5 | 87.9 | -2.6 |
| Comparison of % distribution of two populations | 83.3 | 81.8 | -1.5 |
| Interpretation of line chart | 92.9 | 100.0 | 7.1 |
| Extrapolation of line chart | 59.5 | 87.9 | 28.4* |
| Interpretation of multivariate chart | 83.3 | 93.9 | 10.6 |
| Interpretation of qualitative chart | 69.0 | 87.9 | 18.9 |
| Interpretation of medical testing results | 31.0 | 62.5 | 31.5* |
| Average score | 16.3 | 17.5 | 1.2* |

*p<.05

Note: *Difference* is the percentage-point difference, pretest to posttest. For individual questions, McNemar's test was used. For the total average score, the Wilcoxon signed-rank test was used.





"I am much more conscious about the use of numbers in all my teaching. I am much better about putting numbers into context. I make sure my students are better about putting their numbers into context as well particularly in writing."



"There is always a struggle to cover "core" discipline specific subject matter adequately. Also, students enter my class with very diverse abilities. Teaching QR skills to a student who is highly numerate (when many of his or her classmates are far less so) is challenging."

"I participated in the NICHE program after my first academic year as an instructor, and NICHE was a transformative experience. Beyond helping me appreciate and impart QR skills (which it certainly did), NICHE was the best training I've received on how to teach. I now use the basic framework of identifying meaningful learning goals, determining a plan to teach these goals, and assessing whether I was successful as the cornerstone of my pedagogy. NICHE has made me a much better educator and connected me to a group of highly-motivated, concerned instructors. It was also fun!"



# A CUNY NICHE/NICE Presentation



Support for the NICHE and NICE projects have been provided by the National Science Foundation's (NSF) Transforming Undergraduate Education in Science, Technology, Engineering and Mathematics (STEM) (TUES) award #1121844 and NSF's Improving Undergraduate Education in STEM (IUSE) awards #1644948 and #1644975.  Any opinions, findings, and conclusions or recommendations expressed in this presentation are those of the authors and do not necessarily represent the views of the National Science Foundation.

© Copyright 2016.  This presentation is owned by CUNY NICHE and CUNY NICE.  Unauthorized use of any of the material in this presentation or any supplementary course material from NICHE is strictly prohibited.  Please note that all sources referenced in this presentation are indicated on our NICHE web site (www.teachqr.org).  Any questions regarding the authorization for use of materials from NICHE/NICE should be directed to Esther Isabelle Wilder (ewilder@gc.cuny.edu).

D0529