# Exhibit 17

Presentation Proposal - The Community College Conference on Learning Assessment

| | |
|---|---|
| Submission Date | 2018-06-01 11:43:47 |
| Primary Speaker's Name | Sarah Hoiland |
| Position Title | Assistant Professor |
| College, University or Business name. If not applicable place a N/A in the box. | City University of New York--Hostos Community College |
| City | Bronx |
| State | New York |
| Phone Number | (6469123995) 9123995 |
| E-mail | shoiland@hostos.cuny.edu |
| Twitter Handle / LinkedIn Address | https://www.linkedin.com/in/sarah-hoiland-7999792a/ |
| Title of Your Session: | Assessing Numeracy in a Faculty Development Program |
| Category | Innovation & High-Impact Practices |
| Target Audience | Academic Affairs Professionals<br>Institutional Effectiveness Professionals<br>Teaching Faculty |
| Abstract: Your session abstract will tell Conference Attendees why they should attend your session. To be effective and create interest, it should provide a brief, clear, and concise reflection of your presentation's content. The abstract should only be one paragraph of between 150 to 250 words in length. | This session will focus attention on strategies for assessing quantitative reasoning (QR) at community colleges. The presenter is one of two principal investigators of a National Science Foundation (NSF) faculty development program titled Numeracy Infusion for College Educators (NICE). Dr. Hoiland will discuss how faculty develop QR learning goals, QR assignments, and QR assessments in this 8-week program and will present preliminary assessment results (the faculty development program concluded in June 2018) in addition to the external assessment of the program that took place. The NICE Program has served as a catalyst for change across the City University of New York (CUNY). In promoting the infusion of numeracy across the curriculum at CUNY, with specific attention to assessment, we will discuss both the challenges and successes we have encountered. Numeracy is tied to upward social mobility and we see our faculty development program as a way to infuse numeracy, using high impact practices and clear assessment tools, and help create more numerate students and citizens. |
| Outline your 3 primary learning objectives for you proposed presentation. | * To share best practices in faculty development related to assessment<br>* To disseminate assessment results of our QR/QL faculty development program<br>* To discuss the challenges and successes related to assessment in the community college context |
| Target Audience | Teaching Faculty |

| | |
|---|---|
| **Conference Audio-Visual Equipment:** A Windows-based laptop and projector will be provided in each session room. What additional equipment/services do you request? | Internet |
| **I agree to submit my presentation prior to the Conference** | Yes |
| **I understand that my presentation materials will be available on a private website for attendees to download** | Yes |
| **I have verified that all information provided is accurate and complete.** | Yes |

| | |
|---|---|
| **Bio for Presenter #1 (~50 words or less and will be used to introduce you)** | Sarah L. Hoiland is an Assistant Professor of Sociology at Hostos Community College, which is located in the South Bronx. She taught in the Florida College System for 5 years (2008-2013) at Polk State College prior to CUNY and still feels very much at home in central Florida. Her areas of pedagogical research include numeracy and faculty development, service-learning, and online learning assessment. |
| **Head Shot Photo - Presenter #1** | <br>Hoiland18.jpg |
| **Will You Have Co-Presenters (up to 3 allowed)** | No |
| **Preference for Date and Time of your presentation (select all that apply)** | Sunday - Afternoon Concurrent Session (75 minutes) |