**EXHIBIT TEMPORARILY WITHHELD PENDING PLAINTIFF'S POTENTIAL FILING OF A MOTION TO SEAL**