# EXHIBIT 3

# A CUNY Numeracy Infusion Course for Higher Education (NICHE) Presentation





Support for this project has been provided by the National Science Foundation's (NSF) Transforming Undergraduate Education in Science, Technology, Engineering and Mathematics (STEM) (TUES) award #1121844. Any opinions, findings, and conclusions or recommendations expressed in this presentation are those of the authors and do not necessarily represent the views of the National Science Foundation.

© Copyright 2013. This presentation is owned by CUNY NICHE. Unauthorized use of any of the material in this presentation or any supplementary course material from NICHE is strictly prohibited. Please note that all sources referenced in this presentation are indicated on our NICHE web site (www.teachqr.org). Any questions regarding the authorization for use of materials from NICHE should be directed to Esther Isabelle Wilder (ewilder@gc.cuny.edu).