# EXHIBIT 1



# CURRICULUM VITAE

NAME Sarah L. Hoiland

RECOMMENDATION FOR

APPOINTMENT
REAPPOINTMENT
PROMOTION
REAPPOINTMENT WITH TENURE
OTHER (Designation as Vice President, Dean, etc.)

CURRENT TITLE Associate Professor          DEPARTMENT Behavioral & Social Sciences

EFFECTIVE DATE 8/27/2013 (Assistant)       SALARY RATE N/A
                8/20/2020 (Associate)

## I. HIGHER EDUCATION

### A. DEGREES

| Institution | Dates Attended | Degree & Major | Date Conferred |
|---|---|---|---|
| CUNY School of Professional Studies | 08/2021-present | Advanced Certificate in Disability Studies | Estimated 12/22 |
| The New School for Social Research, NY, NY | 09/2007-12/2011 | Ph.D. | 01/2012 |
| The New School for Social Research, NY, NY | 09/2003-09/2007 | M.A. | 01/2007 |
| Gonzaga University | 09/1997-05/2001 | B.A. | 05/2001 |

### B. ADDITIONAL HIGHER EDUCATION and/or EDUCATION IN PROGRESS

| Institution | Dates | Degree or Certificate & Major | (Expected) Date Conferred |
|---|---|---|---|
| University of San Francisco School of Law | 09/2002-05/2003 | 1st year completed in good standing | |

## II. EXPERIENCE

### A. TEACHING EXPERIENCE

| Institution | Department | Rank | Dates |
|---|---|---|---|
| Hostos Community College | Behavioral and | Associate | 08/2020- |

1

|  | Social Sciences | Professor<br>Assistant Professor | present<br>2013-2020 |
|---|---|---|---|
| Bard College | Bard Prison Initiative | Faculty | 09/2021-present |
| Polk State College | Chain of Lakes Collegiate | Professor | 08/2008-06/2013 |
| Warner University | Sociology | Adjunct | 01/2013-05/2013 |
| Lakes Wales High School | English Department | FT Teacher | 08/2007-06/2008 |
| Lake Wales Charter Schools | N/A | Substitute | 01/2007-06/2007 |

B. OTHER EXPERIENCE

| Institution | Department | Rank or title role | Dates |
|---|---|---|---|
| The New School for Social Research, Transregional Center for Democratic Studies (TCDS) | TCDS | Research Assistant | 09/2004-09/2006 |
| 10 Years of Freedom: Films From the New South Africa | Film Festival | Intern | 01/2004-05/2004 |
| Aidspan | Nonprofit | Research Assistant | 05/2004-08/2004 |
| Miller Law Office, P.A. | Municipal Law | Law Clerk | 05/2003-08/2003 |

III. ACADEMIC AND PROFESSIONAL HONORS

| Honor or Award | Granting Institution | Date |
|---|---|---|
| Mindset Faculty Fellow | CUNY Office of Academic Affairs | 2020-2021 |
| 2019 Mellon/ ACLS Fellow | Mellon Foundation and the American Council of Learned Societies (ACLS) | 2019-2021 |
| Barbara R. Walters CC Faculty Award | Eastern Sociological Society | 2020 |
| Campus Spotlight | AAC&U Bridging Theory to Practice | Fall 2018 |
| CUNY Faculty Fellowship Publication Program | CUNY | Spring 2015 |
| Visiting Scholar, MetroCITI Teaching Fellows Program | Columbia University Teachers College | 2014-2015 |

## IV. PUBLICATIONS/CREATIVE WORKS

### A. REFEREED PUBLICATIONS/CREATIVE WORKS, PERFORMED OR EXHIBITED
(Peer-reviewed works)

| Publication Title (* indicate student co-authors) | Publisher/Venue | Date |
|---|---|---|
| Hoiland, Sarah L., Reyes, Silvia, and Antonios Varelas. "The Impact of a Supplemental Instruction Program on Diverse Peer Leaders at a Two-Year Institution." | *Journal of Peer Learning* 13, 5-20. Available at: https://ro.uow.edu.au/ajpl/vol13/iss1/2 | 2020 |
| Hoiland, Sarah L. "'Impromptu Fiesta' or 'Havoc in Hollister': A Seventy-Year Retrospective on the Hollister Gypsy Tour. | *International Journal of Motorcycle Studies* | 2018 |
| Wolfe, Kate S., & Sarah L. Hoiland. "Measuring Numeracy in a Community College Context: Assessing the Reliability of the Subjective Numeracy Scale." | *Numeracy* 10, Iss. 2: Article 6. | 2017 |
| Wolfe, Kate S., Hoiland, Sarah L., Lyons, Catherine, Guevara, Carlos, Burrell, Kristopher, DiSanto, Jacqueline, Figueroa, Sandra, Davis, Aaron, Poma, Iber, Rodriguez, Wilfredo & Linda Ridley. "Hostos Online Learning Assessment (HOLA): A Survey of Student Perceptions." | *Hispanic Educational Technology Services Online Journal, 6*(2). | 2016 |

### C. OTHER PUBLICATIONS/ CREATIVE WORKS, PERFORMED OR EXHIBITED
(Non-peer-reviewed works)

| Title | Publisher/Venue | Date |
|---|---|---|
| Eds. Bencivenni, Marcella and Hoiland, Sarah. "Remembering Peter Roman (1941-2020): A Hostos Tribute" | Hostos' *Touchstone* | 2022 |
| Chang, Helen, Hoiland, Sarah, and Rocio Rayo. "Engaging and Mobilizing an Online Community: Reflections on the Hostos Debate Watch Parties." | Hostos' *Touchstone* | 2022 |
| "History and Pop Culture Collide" | Columbia University Butler Library | Available 2026 in the Digital Archive |
| "Connecting Classroom to Community During COVID-19" | *American Sociological Association's Section on Teaching and Learning Teaching/ Learning Matters,* | 2021 |

3

D0090

| Title | Publisher/Venue | Year |
|---|---|---|
| | Vol. 51, Iss. 2. | |
| "Editor's Note: Teaching Race and Teaching Raced." | *American Sociological Association's Section on Teaching and Learning Teaching/ Learning Matters*, Vol. 49, Iss. 3. | 2020 |
| "Teachable Moment" | *American Sociological Association Footnotes*, Vol. 48, No. 3:40. | 2020 |
| Urban U Faculty Interview | CUNY TV | 2019 |
| Introduction to Sociology, OER Textbook | Lumen Learning, Creative Commons | 2019 |
| CUNY Indoor Voices, Episode 24. | Collins, Kathleen. (Producer). [Audio Podcast]. | 2019 |
| CUNY Indoor Voices, Episode 22. | Harpaz, Beth. (Producer). [Audio Podcast]. | 2018 |
| CUNY SUM | Harpaz, Beth. (Editor). | 2018 |
| Hoiland, Sarah & Tere Martínez. "Community Arts for Dialogue, Reflection, and Energy (CADRE): The Evolution of a Drama in Education Program in the Bronx." | American Association of Colleges and Universities (AAC&U) Bridging Theory to Practice Newsletter | 2018 |
| Hoiland, S., * Rodriguez, M. & J. Baron. SUNY CUNY Faculty Roundtable Webinar: Waymaker Sociology. | YouTube | 2018 |
| Ozuna, Ana, Hoiland, Sarah & Nelson Nunez-Rodriguez. "Exploring Connections Between Racial Identity, Societal Norms and Chemical Products." | *Touchstone* | 2016 |

**V. UNPUBLISHED WORK** (Supported by evidence, including unpublished PhD or Master's Thesis)

### A. WORKS ACCEPTED FOR PUBLICATION/EXHBITION/PRODUCTION

| Title | Publisher/Venue | Date of Acceptance |
|---|---|---|
| | | |

### B. WORKS SUBMITTED FOR PUBLICATION, EXHIBITION or PRODUCTION

| Title | Publisher/Venue | Date of Submission |
|---|---|---|
| *Righteous Sisterhood* (manuscript) | Rutgers University Press | 06/2022 |

4

D0091

## VI. GRANTS AND SPONSORED PROGRAMS

### A. External

| Name of Grant | Funding Agency | Dollar Amount (direct costs/total) | Award Period (underline current awards) | Role (PI, Co-PI) |
|---|---|---|---|---|
| "Hostos Oasis for Parents' Education (HOPE)"  Formal title: "A Holistic Two-Generation Approach to Improving STEM Education Outcomes in the South Bronx" #2135805 | National Science Foundation | $2,264,002 | <u>2022-2026</u> | PI |
| Community College Faculty Fellowship | Mellon/ ACLS | $40,000 | 2019-2021 | PI |
| "The Eugenio María de Hostos Drama in Education (DiE) Institute: Using Theater to Enhance Teaching." | Bridging Theory to Practice | $6,000 | 2019-2020 | PI |
| "Numeracy Infusion for College Educators (NICE)" #1644948 | National Science Foundation | $103,020 | 2017-2019 | PI |
| "Community Arts for Dialogue, Reflection, and Energy (CADRE) in the Bronx." | Bridging Theory to Practice | $30,000 | 2017-2018 | Co-PI |

### B. Internal (CUNY or PSC)

| Name of Grant | Funding Agency | Dollar Amount (direct costs/total) | Award Period (underline current awards) | Role (PI, Co-PI) |
|---|---|---|---|---|
| "Righteous Sisterhood: Constructing a Feminist Identity in a Misogynist Subculture." | PSC—CUNY Trad-B | $5,998 | 2020-2021 | PI |
| Career Success Innovation Grant | CUNY | $4,983 | 2020 | PI |
| "Righteous Sisterhood: Constructing a Feminist Identity in a Misogynist | PSC-CUNY Trad-A | $3,500 | 2019-2020 | PI |

5

| | | | | |
|---|---|---|---|---|
| Subculture." | | | | |
| "Angel's Landing: A Strange and Wonderful Saga." | PSC-CUNY Trad-B | $5,956 | 2016-2017 | PI |
| "From the Schoolyard to the Prison Yard to the College Bridge." | CUNY Diversity Projects Development Fund (DPDF). | $5,000 | 2016 | Co-PI |
| Travel Grant | Hostos Title V | $1,000 | 2016 | PI |
| "Outlaw Female Bikers: A Feminist Response to a Male-Dominated Subculture." | PSC-CUNY Trad-B | $5,849 | 2014-2015 | PI |

**VII. CONFERENCE PRESENTATIONS AND INVITED LECTURES** (Indicate <u>invited</u> lectures/presentations with *)

| Title of Presentation/Lecture | Name and Location of Conference/Lecture | Date |
|---|---|---|
| * Eastern Sociological Society Presidential Panel "National Science Foundation (NSF) Funding and Community Colleges" | Eastern Sociological Society, Boston, MA (virtual) | 2022 |
| Hoiland, Sarah, Rowell, Katherine, +Campos, Julissa, and +Danielle Lainhart. "Experiential Learning as Emancipatory Sociology" | American Sociological Association Annual Meeting, Virtual | 2021 |
| * "History and Pop Culture Collide" | Women and Society Seminar, Columbia University, Virtual. | February 2021 |
| "I Pledge Allegiance to the MC: Female Biker Citizenship in the Age of 21st Century Populism" | Eastern Sociological Society, Philadelphia, PA | 2020 |
| Hoiland, Sarah L., Reyes, Silvia, and Antonios Varelas. "Impact of Supplemental Instruction on Peer Leaders at a Hispanic-Serving Institution." Poster presentation. | International Society for the Scholarship of Teaching and Learning, Atlanta, GA. | 2019 |
| Teaching and Learning Symposium Workshop: Using Data in the Sociology Classroom<br>"More than Statistical Superlatives: Faculty and Student Perspectives on Effective and Engaging Numeracy Infusion"<br>Hoiland, Sarah L. and Esther I. Wilder<br>+ Parnell Jackson, + | American Sociological Association Annual Meeting | 2019 |
| Hoiland, Sarah. "Righteous Sisterhood: Constructing a feminist Biker Identity in a Misogynist Subculture." | International Motorcycle Studies Conference, Pacific University. Forest Grove, OR | 2019 |

| | | |
|---|---|---|
| Hoiland, Sarah, Rosario, Lisanette, Flemister, Eunice, and Sandy Figueroa. "Grass Roots Mobilization at Hostos: A Story of Sustainability and Growth." | Experiential Learning Symposium. Guttman Community College. | 2019 |
| * Faculty Panel | CUNY and SUNY Open Educational Resources (OER) Showcase. Baruch College. | 2019 |
| Banerjee, Ria, Behrent, Megan, Better, Alison, Hoiland, Sarah. L., and Maria Julia Rossi. "Mind the Gender Gap: How an FFPP Writing Group Became So Much More." | CUNY Faculty Diversity and Inclusion Conference. CUNY Graduate Center. | 2019 |
| Hoiland, Sarah L., Wilder, Esther I., and Crystal Rodriguez. "Assessing Numeracy in a Faculty Development Program." | The Community College Conference on Learning Assessment. Orlando, FL. | 2019 |
| Hoiland, Sarah L. and Felipe Pimentel. "Toward an Integrated and Collaborative QR Teaching Model in SOC 101." | National Numeracy Network Conference. MSU, East Lansing, MI. | 2018 |
| * "Student + Faculty Panel: Using OER with Digital Courseware to Break the Iron Triangle." | Online Learning Consortium Accelerate. Orlando, FL. | 2018 |
| Better, Alison S., Forstie, Clare, Hoiland, Sarah, McMahon, Diane Susan, Shields, Thomas Pineros, Rondini, Ashley, and Chandra Danielle Lavette Waring. "Addressing Social Inequalities and Social Justice in the Classroom: A Workshop Sharing Ideas and Best Practices." | American Sociological Association Annual Meeting. Philadelphia, PA. | 2018 |
| Hoiland, S., +Rodriguez, Miriam, and +Loreslee Hernandez. "Unlocking the Potential of OERs in Gateway Courses: A Case Study." | Bronx EdTech Showcase. Hostos Community College. | 2018 |
| Usinski, David, Hoiland, Sarah, +Rodriguez, Miriam, and Josh Baron. "Individualized Education: Technology + OER = Improved Student Success." | CUNY & SUNY Open Educational Resource (OER) Showcase. Baruch College. | 2018 |
| Hoiland, Sarah. "The (Real) Wild Ones: Women and the Infamous Hollister 1947 Gypsy Motorcycle Tour." | Hostos Research Day. Hostos Community College. | 2018 |
| *Corwin, Zoe, Hoiland, Sarah, Robinson, Pattty, and Kristen Luschen. "Moving From Talk to Action: How Structured Dialogues Can Achieve 'Greater Purposes.'" | American Association of Colleges and Universities Annual Meeting. Washington, D.C. | 2018 |
| Wilder, Esther, Hoiland, Sarah, and Frank Wang. "Strategies for Teaching QR at Minority Serving Institutions, Colleges that Serve Economically Disadvantaged Students, | National Numeracy Network Annual Meeting. Barnard College. | 2017 |

7

| | | |
|---|---|---|
| and/or Community Colleges." | | |
| Hoiland, Sarah. "Angel's Landing: A Strange and Wonderful Saga." | International Motorcycle Studies Conference. University of Colorado, CO. | 2017 |
| Lieb, Heidi, Steenburgh, Carrie, McConnell, Derek, Hoiland, Sarah and Gail August. "Engaging and Empowering ELLs through Service-Learning." | Engage and Empower ELLs for Excellence NJTESOL/NJBE Conference. New Brunswick, NJ. | 2017 |
| Wilder, Esther, Wong, Frank, and Sarah Hoiland. "From NICHE to NICE: Training Faculty in Best Practices for Quantitative Reasoning Instruction." | The Mathematical Association of America Metropolitan New York Annual Section Meeting. Hostos Community College. | 2017 |
| Ronca, Kathleen and Sarah Hoiland. "Teaching Nursing (and Other Traditionally-Taught Courses) Online." | Bronx Education Technology Conference. Bronx Community College. | 2017 |
| Hoiland, Sarah. "Hollister and The Wild One: The Erasure of Female Motorcyclists and Motorcycle Clubs From the "Birth" of the Outlaw." | International Journal of Motorcycle Studies Conference. Chelsea College, London, England. | 2016 |
| Hoiland, Sarah. "Imagining Spaces to Invite Students In: Reflecting on Mike Rose's *Lives on the Boundary*." | Landscapes for Learning: Creating Liberal Education in Urban Colleges and Universities Conference. Columbia University Teachers College. | 2016 |
| Hoiland, Sarah, Wolfe, Kate, Burrell, Kristopher, DiSanto, Jacqueline, and Sandy Figueroa. "Hostos Online Learning Assessment (HOLA): Utilizing Student Perceptions of Online Learning to Improve Online Course Delivery." | Coordinated Undergraduate Education (CUE) Conference: Walk the Talk. Hostos Community College. | 2016 |
| Guevara, Carlos, Wolfe, Kate, Hoiland, Sarah, Lyons, Catherine, Figueroa, Sandy, and Iber Poma. "Student Perceptions of Online Learning at Hostos." | 2nd Annual Online Education: Successes, Challenges, and Best Practices Conference. John Jay College of Criminal Justice. | 2016 |
| Burrell, Kristopher, Davis, Aaron, Disanto, Jacqueline, Figueroa, Sandra, Guevara, Carlos, Hoiland, Sarah, Lyons, Catherine, Poma, Iber, Ridley, Linda, Rodriguez, Wilfredo, and Kate Wolfe. "Hostos Online Learning Assessment (HOLA) Project." | 14th Annual CUNY IT Conference. John Jay College of Criminal Justice. | 2015 |
| Hoiland, Sarah, Flemister, Eunice, and Sandy Figueroa. "Learning From Our Elders: | 5th Annual Eastern Regional Campus Compact | 2015 |

| | | |
|---|---|---|
| Enhancing Cultural Competencies of Gerontology Students and English Language Learners through Service-Learning." | Conference. Newark, NJ. | |
| Brennan, Sarah, August, Gail, Mercado, Iris Vaninsky, Alexander, and Sarah Hoiland. "Integrating Technology in Faculty/Student Research Projects." | CUNY Best Practices in Academic Technology: Toward a Liberatory Pedagogical Practice Conference. Medgar Evers College. | 2015 |
| Hoiland, Sarah. From the Military to Motorcycles: Female Veterans and Outlaw Motorcycle Clubs. | International Journal of Motorcycle Studies Conference. Birmingham, AL. | 2015 |
| Brennan, Sarah, Hoiland, Sarah, Ialongo, Ernest, and Kate Wolfe. Creating Research Environments that Motivate and Inspire (CREMI)—Hostos Faculty-Student Research. | 11th Annual CUE Conference, City College. | 2015 |
| Hoiland, Sarah, Wolfe, Kate, +Overton, Dayseana, +Paulino, Ranger, and +Amy Cartagena. "Using Technology to Facilitate Faculty Research in Behavioral Sciences." | Bronx EdTech Showcase. Hostos Community College. | 2015 |
| Wolfe, Kate, Hoiland, Sarah, DePena, +Grace, and +Kathryn Gabriel. "Using Blackboard, iPads and Nearpod in Pedagogical Research with Student Research Assistants." | Bronx EdTech Showcase. Hostos Community College. | 2015 |
| Hoiland, Sarah and Kate Wolfe. "Exploring Teaching and Learning: The Highlands and the Swamp." | MetroCITI Fellows Program. Columbia University Teacher's College. | 2015 |
| Ozuna, Ana, Hoiland, Sarah, and Nelson Nunez-Rodriguez. "Exploring Connections between Racial Identity, Societal Norms, Gender Expectations, and Chemical Products." | Community College Humanities Association Conference. Baltimore, MD. | 2014 |
| Hoiland, Sarah. "Teaching Power and Conflict Perspectives in SOC 101 by Integrating *Orange is the New Black*." | MetroCITI Fellows Program. Columbia University Teacher's College. | 2014 |
| Hoiland, Sarah, +Tejada, Carolina, and +Charlie Perez. "Imagine Possibilities, Reentering the Classroom: Reversing the Schoolyard to Prison Yard Pipeline." | Hostos Community College. | 2014 |
| Hoiland, Sarah. "Engaging Millenials with Facebook Pages: Creating a Space for Civic Engagement and Community (On Their Own Terms)." | Bronx Ed Tech Conference. Bronx Community College. | 2014 |

**VIII. SERVICE**

A. COLLEGE SERVICE

| Name of Committee or Project | Type of Service | Role (i.e. Chair) | Dates |
|---|---|---|---|
| Service-Learning and Civic Engagement Committee | Committee | Chair, 2018-2021<br>Coordinator, 2018-2020<br>Member 2013-present | 2013-present |
| Hostos JUSTICE Committee (formerly Reentry Committee) | Committee | Co-Chair 2021-present<br>Member 2014-2020 | 2014-present |
| General Education Assessment Task Force (GEATF)/ renamed General Education Program Assessment Committee in 2021 | Middle States Task Force | Appointed Member | 2020-present |
| ACLS/ Mellon Fellowship Proposal Writing Workshop (1 month/ year) | College | Lead Organizer | 2019-present |
| Department Website Editor | Department | Editor | 2018-present |
| Department Curriculum Committee Planning Group | Department | Member | 2020-2021 |
| LACE (formerly 50th Stonewall Working Group) | College | Member | 2019-present |
| Educating for Change (2 Zoom Events) *College Behind Bars*<br>• Stories from the Bronx 2/26/21<br>• Womens' Stories 3/26/21 | College and Community | Co-Organizer | 2021 |
| Debate Watch Party Series (4 Zoom Events)<br>• Mayoral Debate 10/26/21<br>• Presidential Debate 10/22/20<br>• Vice Presidential Debate 10/7/20<br>• Presidential Debate 9/29/20 | College | Co-Organizer | 2020-2021 |
| CUNY Humanities Alliance Advisory Council | College/ CUNY | Member | 2020-2021 |
| Center for Teaching and | Committee | Member | 2017-2019 |

10

D0097

| | | | |
|---|---|---|---|
| Learning (CTL) Advisory Committee | | | |
| Senate Scholarship and Awards Committee | Committee | Member | 2018-2019 |
| Hostos EdTech Hybrid Asynchronous Mentor | Reassigned Time | Mentor | 2014-2019 |
| Screening Committee, Hostos Grants Officer | Screening Committee | Member | 2019 |
| Hostos Commencement | Special Event | Platform Marshall | 2015, 2017, 2018, 2019, 2022 |
| Hostos Honors Convocation | Special Event | Marshall | 2017 and 2019 |
| HERO High School Interdisciplinary Project Event | Special Event | Evaluator | 2016 and 2019 |
| "Mathematics-Numeracy-QR at Hostos." Hostos Math Day | Special Event | Presenter | 2019 |
| "A Cross-Generational Conversation about Sexuality, Age, Race, and Gender" | Special Event | Co-Organizer | 2019 |
| Hostos Online Learning Assessment (HOLA) Task Force | Committee | Member | 2014-2019 |
| "Synergy" | CTL Colloquium | Panelist | 2018 |
| "Keeping It Cool in the Classroom" | CTL Colloquium | Moderator | 2018 |
| Service Learning | CTL Mindful Conversation | Facilitator | 2018 |
| Office Technology Advisory Board | Advisory Board | Member | 2017-2019 |
| Students Overcoming All Roadblocks (SOAR) [Formerly College Initiative Advisory Board] | Advisory Board | Member | 2016-2019 |
| "The Lotus Flower" | Spa Day | Co-PI/ Faculty Lead | 2017 |
| "Social Justice Across the Disciplines" | Spa Day | Presenter | 2017 |
| "The Lotus Flower" | CTL Teaching Day | Co-PI/ Faculty Lead w/ Hostos Students | 2017 |
| "We Are All Justice Involved" | CTL Mindful Conversations | Presenter | 2016 |
| CUNY Diversity Projects Development Fund (DPDF) Technical Assistance Workshop | Grants Office Workshop | Presenter | 2016 |
| Screening Committee, Online | Screening | Member | 2016-2017 |

11

D0098

| | | | |
|---|---|---|---|
| Learning Specialist | Committee | | |
| Senate Elections Committee | Committee | Member | 2013-2016 |
| Mobilizing Collective Vision | Hostos Spa Day | Table Moderator | 2016 |
| "CUNY's Faculty Fellowship Publication Program (FFPP): A Calculated Risk" | Academic Scoop | Author | 2016 |
| "Experiential Learning: The Journey to Service-Learning" | CTL Teaching Day | Co-Presenter w/ Hostos Students | 2016 |
| "Learning From Our Elders: Students, Senior Citizens, and Service-Learning" | CTL Newsletter | Author | 2016 |
| Transgender Teach-In: Building Understanding and Becoming Allies | Special Events | Moderator | 2015 |
| Grit and Other Non-Cognitive Factors that Impact Student Success | CTL Mindful Conversation | Presenter | 2015 |
| "Strategies to Facilitate Robust Conversations" | CTL Mindful Conversation | Presenter | 2015 |
| Department of Language and Cognition Developmental Initiatives | Chairs and Coordinators Meeting | Co-Presenter | 2015 |
| "Hostos Student Perceptions of Their Quantitative Literacy Skills: Preliminary Data From a Behavioral Sciences Quantitative Reasoning Pedagogical Project" | Spa Day V | Co-Presenter | 2015 |
| Supplemental Instruction | Title V Office | Faculty Liaison | 2015-2016 |
| "How to Survive Patriarchy in Religion" | Campus Ministry | Guest Presenter | 2015 |
| "The Right Class at the Right Time: ELL/ SOC Link" | OAA Initiative | Table Facilitator | 2015 |
| "Cultivating Quality Partnerships with Community-Based Organizations (CBOs)" | CTL on Tour | Co-Presenter w/ CBO | 2015 |
| "From Selma to Ferguson to The South Bronx" | Special Events | Moderator | 2015 |
| "Exploring Teaching and Learning: The Highlands and the Swamp" | CTL on Tour | Co-Presenter | 2015 |
| ELL Forum | Language and Cognition Dept. | Planning Committee | Spring 2015 |
| Imagining America | Service Learning | Faculty Liaison | 2014-2015 |

12

| | Committee | | |
|---|---|---|---|
| "Quantitative Reasoning and Pedagogical Research: Toward Setting Up a Research Framework" | CTL Initiatives | Co-Presenter | 2014 |
| Bridging Reentry to Civic Education Committee | Committee | Member | 2013-2014 |
| Student Advising | | Faculty Advisor | 2014-2015 |

### B. UNIVERSITY SERVICE

| Name of Committee or Project | Type of Service | Role (i.e. Member) | Dates |
|---|---|---|---|
| CUNY Experiential Learning Task Force | Regular attendance at meetings | Member | 2021-present |
| University Faculty Senate Committee on Higher Education in the Prisons | Regular attendance at meetings | Member | 2021-present |
| CUNY Justice Learning Collaborative | Regular attendance at meetings | Member | 2020-present |
| CUNY Experiential Learning Advisory Committee | Created guidelines for service learning across CUNY campuses | Member | 2017-2019 |
| Numeracy Infusion for College Educators (NICE) Capstone Conference | CUNY-wide conference | Co-Organizer | June 2018 |
| Bronx Corridors to College Initiative | Worked with committee members to plan a number of events and workshops on CUNY campuses | Member, Justice-Involved Work Group | 2015-2017 |

### C. COMMUNITY SERVICE: Include public service to the NYC community beyond the campus (e.g. mentoring of local high school students) and service to the community of your discipline (e.g. journal reviewing/editing, conference organizing)

| Name of Organization or Project | Type of Service | Role | Dates |
|---|---|---|---|
| American Sociological Association | Section on Teaching and Learning | 2-year college representative | 2019-2022 |
| | | Teaching and | 2020-present |

13

D0100

| | | | |
|---|---|---|---|
| | | Learning Preconference Co-Organizer | |
| | | Teaching Symposium Organizer and Moderator | 2019-present |
| | | Co-Editor, *Teaching/Learning Matters* newsletter | 2019-2022 |
| | | SAGE Keith Roberts Teaching Innovations Award Reviewer | 2019-2021 |
| Eastern Sociological Association | Committee on Community Colleges | Member<br>Co-Chair | 2019-present<br>2021-present |
| | Barbara R. Walters Award | Chair | 2021-present |
| Reclaim the Vote | Postcard writing | Volunteer | 2020-2021 |
| NY Cares | Phonebanking | Volunteer | 2021-present |
| Roots and Action/ Raíces y Acción | Grant writing, fundraising, evaluation | Board member | 2019-present |
| *Numeracy* | Journal reviewer | Peer reviewer | 2019-present |
| *Teaching Sociology* | Journal reviewer | Peer reviewer | 2022- |
| National Numeracy Network | Membership, annual conference moderator | Board member | 2018-2021 |
| Faculty Network for Student Voting Rights | Civic education | Sub-committee member | 2020-2021 |
| National Science Foundation | Proposal reviewer | Peer reviewer | 2019 and 2020 |
| *International Journal of Motorcycle Studies* | Journal reviewer | Peer reviewer | 2016-2020 |
| Greenpoint Reformed Church | Consistory meetings, budget review | Elder/ Board member | 2016-2020 |
| University of Michigan, Interuniversity Consortium for Political and Social | Proposal preparation for the Sloan | Contributor | June 2018 |

| | | | |
|---|---|---|---|
| Research (ICPSR) | Foundation | | |
| Service Learning Conference, Borough of Manhattan Community College | Conference | Facilitator | February 2017 |
| Bronx Corridors to College Convening | Bronx Community College | Facilitator | March 2017 |
| "Teaching Quantitative Literacy and Reasoning in the Social Sciences." | American Sociological Association Annual Meeting. Seattle, WA. | Panel Leader and Organizer | 2016 |

## IX. MEMBERSHIP IN PROFESSIONAL SOCIETIES

| Name of Professional Organization | Membership Role (i.e. Board) | Dates |
|---|---|---|
| American Sociological Association, Section on Teaching and Learning | Member | 2011-present |
| | 2-year college representative | 2019-2022 |
| National Numeracy Network | Board member | 2017-2022 |
| Eastern Sociological Society, Committee on Community Colleges | Co-Chair | 2021-present |
| | Member | 2019-present |

## X. OTHER NOTABALE ACCOMPLISHMENTS

## DATE SUBMITTED

15

D0102

D0103