# EXHIBIT 8

## Fw: The Community College Conference on Learning Assessment - Speaker Confirmation

HOILAND, SARAH [SHOILAND@hostos.cuny.edu]

**Sent:** Friday, July 27, 2018 9:37 AM
**To:** ESTHER.WILDER
**Importance:** Low
**Attachments:** IP License and Release.docx (58 KB)

Dear Esther,

I submitted a proposal to this conference and it was accepted. It's in Orlando in February and is over the NYC Winter Break so I will take David along (he can see his dad while I am at the conference).

Do you have any interest in co-presenting? It's supposed to be a great conference and has a semi-competitive proposal selection process (I was part of a Hostos proposal a few years ago and we were not accepted to present).

Best,
Sarah



Sarah L. Hoiland, Ph.D.
CUNY--Hostos Community College
Assistant Professor of Sociology
Principal Investigator of NSF-Sponsored NICE Program
Service-Learning Coordinator

Office Location and Extension:  B-346 and x6874

# 718-518-6874

---

**From:** Conference Management Services <conferencing@valenciacollege.edu>
**Sent:** Thursday, July 26, 2018 9:37 AM
**To:** HOILAND, SARAH
**Cc:** Steven Kaczmarczyk
**Subject:** [Suspected SPAM] The Community College Conference on Learning Assessment - Speaker Confirmation

Dear Sarah Hoiland,

We are pleased to inform you that your submission has been selected for a concurrent session at The Community College Conference on Learning Assessment to be held February 17-19, 2019, in Orlando.

<u>Presentation Title</u>: Assessing Numeracy in a Faculty Development Program
<u>Date</u>: Schedule to be announced by Aug. 31
<u>Time</u>: Time to be announced by Aug. 31

Please confirm your participation as a presenter by registering for the conference online through the conference website at www.valenciacollege.edu/learning-assessment/. In order to finalize printed registration and marketing pieces, we ask that registration, payment and the attached Intellectual Property License and Photo Release form for each presenter be received by Friday, September 7, 2018. To conserve resources, your PowerPoint presentation and handouts will be placed on a password-protected website for conference attendees to download prior to the conference and we ask that you forward them no later than Friday, February 1, 2019, to conferencing@valenciacollege.edu.

**Presentation Format**

Concurrent sessions are 75 minutes each and will be set classroom style. As you work to finalize your presentation, we strongly encourage you to use active learning strategies to engage the audience meaningfully with the content. Discussion, feedback, group or individual work, demonstration and application are just a few appropriate and meaningful methods of engagement.

A facilitator will be assigned to your session to introduce you and can assist you with distributing materials. At the end of your session, please allow at least five minutes for questions and answers.

**Audiovisual Equipment**
A Windows-based laptop, projector, screen, and lectern will be provided in each presentation room. If you are bringing your own Mac laptop, you will need to provide a convertor cable. Please be aware that room assignments are based on AV requests and last minute accommodations are not possible. Session rooms will have limited internet access. It is highly encouraged to utilize a presentation format that does not require an internet connection and/or video streaming. Please email us at conferencing@valenciacollege.edu if you have any questions.

**Hotel and Travel**
Hotel, airport, car rental, and shuttle information can be found here at https://conferences.valenciacollege.edu/learning-assessment/travel-2/.  Please make your hotel reservation with the Rosen Plaza Hotel online https://conferences.valenciacollege.edu/learning-assessment/hotel/ or by calling the hotel directly at 1-800-627-8258 and referencing either Valencia College or the 2019 Community College Conference on Learning Assessment. A special conference rate of $186 + applicable taxes for a single/double room is available until 5:00pm on Tuesday, January 15, 2019, (after this date, reservations will be accepted on a space-available basis at the prevailing rate).


Thank you—we greatly appreciate your contribution to the success of the conference and look forward to seeing you in Orlando!


Valencia College
Conferencing & College Events
PO Box 3028 (MC DO-21)
Orlando, FL  32802
407.582.5106
conferencing@valenciacollege.edu
www.valenciacollege.edu/learning-assessment/

CONFIDENTIAL                                                                                                                                       P000429