# EXHIBIT 13



# Intellectual Property License and Photo Release

I hereby grant to the *District Board of Trustees of Valencia College, Florida ("Valencia")* and its designees or assignees: (a) a non-exclusive license to use, copy and distribute, by whatever means appropriate and convenient, outlines, PowerPoint and other presentations, and other hard copy or electronic materials identified or created by me in connection with The Community College Conference on Learning Assessment (Conference), and for no other purpose. This specifically includes, but is not limited to, Valencia posting these materials online for downloading on the Conference website and mobile application for Conference participants. I am responsible for obtaining the written consent of the owner of copyrighted material (if I am not the owner); and am responsible for the costs and fees of such consents. I warrant that the materials for which I am providing a license do not violate the copyright, trade secret, trademark or other intellectual or proprietary rights of any third party or any applicable law, including export control law, obscenity laws or laws regarding consumer privacy, and agree to indemnify and defend Valencia against and hold it harmless from any loss and/or expense of defense of the foregoing warranties except for material for which Valencia is responsible for receiving permission.

I further consent to and authorize Valencia, its agents, assignees, heirs, successors and licensees, perpetually and exclusively to use and reproduce my photograph, including any video image, silhouette, likeness, or sound at no cost to Valencia, for display on Valencia's website, and/or to circulate and use my photograph, video image, silhouette, likeness, or sound in connection with the Conference and any advertising, marketing, or media related thereto. This release specifically includes the "dubbing" of my voice to the extent appropriate.

Name (Printed) Sarah Hoiland

Signature [signature]   Date 10/17/2018

Address: 526 E 93rd St Apt 3H NY NY 10028   Phone: 646-912-3995

E-mail address: shoiland@hostos.cuny.edu

Witness: Steven Kaczmarczyk
Valencia College Representative

**Project: The Community College Conference on Learning Assessment**

---

Please fax this completed form to 407-582-5204 or email to conferencing@valenciacollege.edu

VALENCIA COLLEGE
An Equal Opportunity Employer

D0004