IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esther Wilder<br><br>                      Plaintiff,<br><br>  -against-<br><br>Sarah Hoiland,<br><br>                      Defendant. | 1:22-cv-01254-PKC |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion, the accompanying Memorandum of Law, Local Rule 56.1 Statement of Material Facts, Declaration of Sarah Hoiland and attached exhibits, Declaration of Guy Cohen and attached exhibits, and all of the prior pleadings and proceedings in this action, Defendant Sarah Hoiland, by and through her undersigned counsel, hereby moves this Court for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Defendant with respect to Plaintiff's claim for copyright infringement, and granting Defendant such other and further relief as the Court may deem just and proper.

Dated: April 18, 2023                                    **DAVIS+GILBERT LLP**

                                                                                              By: <u>Guy Cohen</u>
                                                                                               Guy Cohen
                                                                                               1675 Broadway
                                                                                               New York, New York 10019
                                                                                               (212) 468-4800
                                                                                               gcohen@dglaw.com