# EXHIBIT 3

## List of Suggested Reviewers or Reviewers Not To Include (optional)

**SUGGESTED REVIEWERS:**
**Not Listed**

**REVIEWERS NOT TO INCLUDE:**
**Not Listed**

## List of Suggested Reviewers or Reviewers Not To Include (optional)

**SUGGESTED REVIEWERS:**
**[1] William Frey (wfrey@brookings.edu).  Research Professor and Director, Social Science Data Analysis Network, Population Studies Center and Institute for Social Research at the University of Michigan and Senior Fellow, The Brookings Institution.**

**REVIEWERS NOT TO INCLUDE:**
**Not Listed**

Sarah Hoiland
Collaborators and Other Affiliations

Collaborators and Co-Editors (past 48 months)

- Gail August, Associate Professor of Linguistics, Hostos Community College
- Carlos Guevara, Director of Educational Technology, Hostos Community College
- Karin Lundberg, Chair of Language and Cognition, Hostos Community College
- Kate Wolfe, Assistant Professor of Psychology, Hostos Community College

Graduate Advisors and Postdoctoral Sponsors

- Terry Williams, The New School for Social Research
- Elzbieta Matynia, The New School for Social Research and the Transregional Center for Democratic Studies
- Sarah Daynes, University of North Carolina at Greensboro
- Neguin Yavari (Dean's Representative) The New School for Social Research.

P000158

Kate Wolfe
Collaborators and Other Affiliations

Collaborators (past 48 months)

- Nelson Nunez-Rodriguez, Associate Professor of Natural Sciences, Hostos Community College
- Sarah Brennan, Executive Associate to the Provost, Hostos Community College
- Sarah Hoiland, Assistant Professor of Sociology, Behavioral and Social Sciences Department, Hostos Community College
- Antonios Varelas, Assistant Professor of Psychology, Behavioral and Social Sciences Department, Hostos Community College
- Ernest Ialongo, Assistant Professor of History, Behavioral and Social Sciences Department, Hostos Community College
- Carlos Guevara, Director, Office of Educational Technology and Co-Director, Center of Teaching and Learning, Hostos Community College
- Azizi Seixas, Postdoctoral Fellow – Center for Healthful Behavior Change, NYU Langone Medical Center

**Graduate and Postdoctoral Advisors**

- Randolph Whitworth, Psychology Department, University of Texas at El Paso
- Richard I Evans, Psychology Department, University of Houston
- M. Douglas Anglin, Drug Abuse Research Center, University of California at Los Angeles

**Esther Isabelle Wilder**
**Collaborators and Other Affiliations**

Collaborators and Co-Editors (past 48 months)

- Lior Gideon, Professor of Law, Police Science & Criminal Justice Administration, John Jay College of Criminal Justice/CUNY
- Dene Hurley, Associate Professor of Economics, Lehman College/CUNY
- Dahlia Remler, Professor of Public Policy and Economics, Baruch College/CUNY
- Eduardo Vianna, Professor of Social Sciences, LaGuardia Community College
- William H. Walters, Executive Director of Mary Alice and Tom O'Malley Library, Manhattan College
- Frank Wang, Professor of Mathematics, LaGuardia Community College/CUNY
- Elin Waring, Professor of Sociology, Lehman College/CUNY
- Rebecca West, Doctoral Student, Psychology, The Graduate Center/CUNY

Graduate Advisors and Postdoctoral Sponsors

- Calvin Goldscheider, Brown University (retired)
- David Lindstrom, Brown University
- Alan Zuckerman, Brown University (deceased)

**Laura C. Broughton**
**Collaborators and Other Affiliations**

Collaborations and Co-Editors (past 48 months)

- Abass Abdullahi (Bronx Community College/CUNY)
- Shyla Akkaraju (Bronx Community College/CUNY)
- Rebeca Araya (Bronx Community College/CUNY)
- Seher Atamturktur (Bronx Community College/CUNY)
- Elizabeth Biddinger (City College of New York/CUNY)
- Jordi Getman-Eraso (Bronx Community College/CUNY)
- Helen Keier (John Jay College/CUNY)
- Shazia Khan (Bronx Community College/CUNY)
- Kyeng Lee (Bronx Community College/CUNY)
- Carlos Liachovitzky (Bronx Community College/CUNY)
- Jim Livornese (CUNY)
- Stephen Powers (Bronx Community College/CUNY)
- Albert Robinson (Bronx Community College/CUNY)
- Amanda Simson (University of New Haven)
- Aaron Socha (Bronx Community College/CUNY)

Graduate Advisors and Post-doctoral Sponsors

- Katherine L. Gross, Director of KBS, University Distinguished Professor, The Kellogg Biological Station, Michigan State University, Graduate Advisor
- Gaius R. Shaver, Senior Scientist, The Ecosystems Center, Marine Biological Laboratory, Post-doctoral Sponsor
- John E. Hobbie, Senior Scholar, The Ecosystems Center, Marine Biological Laboratory, Post-doctoral Sponsor

**Frank Wang**
**Collaborators and Other Affiliations**

**Collaborators and Co-Editors (past 48 months)**

- Esther Isabelle Wilder, Professor of Sociology, Lehman College/CUNY
- Yasser Hassebo, Professor of Engineering, LaGuardia Community College/CUNY

**Graduate Advisors:**

- Jules P. Halpern, Columbia University
- Malvin A. Ruderman, Columbia University

Not for distribution

# COVER SHEET FOR PROPOSAL TO THE NATIONAL SCIENCE FOUNDATION

| PROGRAM ANNOUNCEMENT/SOLICITATION NO./DUE DATE | ☐ Special Exception to Deadline Date Policy | FOR NSF USE ONLY |
|---|---|---|
| **NSF 16-1** | | **NSF PROPOSAL NUMBER** |

FOR CONSIDERATION BY NSF ORGANIZATION UNIT(S) (Indicate the most specific unit known, i.e. program, division, etc.)

**DUE  - IUSE- Exploration & Design: Engaged Student Learni**

# 1644948

| DATE RECEIVED | NUMBER OF COPIES | DIVISION ASSIGNED | FUND CODE | DUNS# (Data Universal Numbering System) | FILE LOCATION |
|---|---|---|---|---|---|
| 05/31/2016 | 1 | 11040000 DUE | 1998 | 620128939 | 06/01/2016  2:17pm  S |

| EMPLOYER IDENTIFICATION NUMBER (EIN) OR TAXPAYER IDENTIFICATION NUMBER (TIN) | SHOW PREVIOUS AWARD NO. IF THIS IS ☐ A RENEWAL ☐ AN ACCOMPLISHMENT-BASED RENEWAL | IS THIS PROPOSAL BEING SUBMITTED TO ANOTHER FEDERAL AGENCY?    YES ☐    NO ☒   IF YES, LIST ACRONYM(S) |
|---|---|---|
| **131616880** | | |

| NAME OF ORGANIZATION TO WHICH AWARD SHOULD BE MADE | ADDRESS OF AWARDEE ORGANIZATION, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **CUNY Hostos Community College** | **CUNY Hostos Community College** **475 Grand Concourse** **Bronx, NY. 104515307** |
| AWARDEE ORGANIZATION CODE (IF KNOWN) | |
| **0086116000** | |

| NAME OF PRIMARY PLACE OF PERF | ADDRESS OF PRIMARY PLACE OF PERF, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **CUNY Hostos Community College** | **CUNY Hostos Community College** **500 Grand Concourse** **Bronx ,NY ,104515307 ,US.** |

| IS AWARDEE ORGANIZATION (Check All That Apply) (See GPG II.C For Definitions) | ☐ SMALL BUSINESS ☐ FOR-PROFIT ORGANIZATION | ☐ MINORITY BUSINESS ☐ WOMAN-OWNED BUSINESS | ☐ IF THIS IS A PRELIMINARY PROPOSAL THEN CHECK HERE |
|---|---|---|---|

TITLE OF PROPOSED PROJECT  **Collaborative Research:  Numeracy Infusion for College Educators (NICE)**

| REQUESTED AMOUNT | PROPOSED DURATION (1-60 MONTHS) | REQUESTED STARTING DATE | SHOW RELATED PRELIMINARY PROPOSAL NO. IF APPLICABLE |
|---|---|---|---|
| $        **103,922** | **24** months | **09/01/16** | |

THIS PROPOSAL INCLUDES ANY OF THE ITEMS LISTED BELOW
☐ BEGINNING INVESTIGATOR (GPG I.G.2)
☐ DISCLOSURE OF LOBBYING ACTIVITIES (GPG II.C.1.e)
☐ PROPRIETARY & PRIVILEGED INFORMATION (GPG I.D, II.C.1.d)
☐ HISTORIC PLACES (GPG II.C.2.j)
☐ VERTEBRATE ANIMALS (GPG II.D.6) IACUC App. Date _____
    PHS Animal Welfare Assurance Number _____
☒ FUNDING MECHANISM **EAGER**

☒ HUMAN SUBJECTS (GPG II.D.7)  Human Subjects Assurance Number  **FWA00003623**
    Exemption Subsection _____ or IRB App. Date  **Pending**
☐ INTERNATIONAL ACTIVITIES: COUNTRY/COUNTRIES INVOLVED (GPG II.C.2.j)
_____

☒ COLLABORATIVE STATUS
**A collaborative proposal from multiple organizations (GPG II.D.4.b)**

| PI/PD DEPARTMENT **Behavioral and Social Sciences** | PI/PD POSTAL ADDRESS **475 Grand Concourse** |
|---|---|
| PI/PD FAX NUMBER | **Bronx, NY 104515307** **United States** |

| NAMES (TYPED) | High Degree | Yr of Degree | Telephone Number | Email Address |
|---|---|---|---|---|
| PI/PD NAME **Sarah L Hoiland** | **DPhil** | **2012** | **718-518-6660** | **shoiland@hostos.cuny.edu** |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |

CONFIDENTIAL

P000163

Not for distribution

# CERTIFICATION PAGE

### Certification for Authorized Organizational Representative (or Equivalent) or Individual Applicant

By electronically signing and submitting this proposal, the Authorized Organizational Representative (AOR) or Individual Applicant is: (1) certifying that statements made herein are true and complete to the best of his/her knowledge; and (2) agreeing to accept the obligation to comply with NSF award terms and conditions if an award is made as a result of this application. Further, the applicant is hereby providing certifications regarding conflict of interest (when applicable), drug-free workplace, debarment and suspension, lobbying activities (see below), nondiscrimination, flood hazard insurance (when applicable), responsible conduct of research, organizational support, Federal tax obligations, unpaid Federal tax liability, and criminal convictions as set forth in the NSF Proposal & Award Policies & Procedures Guide,Part I: the Grant Proposal Guide (GPG). Willful provision of false information in this application and its supporting documents or in reports required under an ensuing award is a criminal offense (U.S. Code, Title 18, Section 1001).

### Certification Regarding Conflict of Interest

The AOR is required to complete certifications stating that the organization has implemented and is enforcing a written policy on conflicts of interest (COI), consistent with the provisions of AAG Chapter IV.A.; that, to the best of his/her knowledge, all financial disclosures required by the conflict of interest policy were made; and that conflicts of interest, if any, were, or prior to the organization's expenditure of any funds under the award, will be, satisfactorily managed, reduced or eliminated in accordance with the organization's conflict of interest policy. Conflicts that cannot be satisfactorily managed, reduced or eliminated and research that proceeds without the imposition of conditions or restrictions when a conflict of interest exists, must be disclosed to NSF via use of the Notifications and Requests Module in FastLane.

### Drug Free Work Place Certification

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent), is providing the Drug Free Work Place Certification contained in Exhibit II-3 of the Grant Proposal Guide.

### Debarment and Suspension Certification           (If answer "yes", please provide explanation.)

Is the organization or its principals presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded
from covered transactions by any Federal department or agency?                                           Yes ☐                    No ☒

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) or Individual Applicant is providing the Debarment and Suspension Certification contained in Exhibit II-4 of the Grant Proposal Guide.

### Certification Regarding Lobbying

This certification is required for an award of a Federal contract, grant, or cooperative agreement exceeding $100,000 and for an award of a Federal loan or a commitment providing for the United States to insure or guarantee a loan exceeding $150,000.

### Certification for Contracts, Grants, Loans and Cooperative Agreements

The undersigned certifies, to the best of his or her knowledge and belief, that:
(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.
(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.
(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

### Certification Regarding Nondiscrimination

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is providing the Certification Regarding Nondiscrimination contained in Exhibit II-6 of the Grant Proposal Guide.

### Certification Regarding Flood Hazard Insurance

Two sections of the National Flood Insurance Act of 1968 (42 USC §4012a and §4106) bar Federal agencies from giving financial assistance for acquisition or construction purposes in any area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards unless the:
(1)   community in which that area is located participates in the national flood insurance program; and
(2)   building (and any related equipment) is covered by adequate flood insurance.

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) or Individual Applicant located in FEMA-designated special flood hazard areas is certifying that adequate flood insurance has been or will be obtained in the following situations:
(1)   for NSF grants for the construction of a building or facility, regardless of the dollar amount of the grant; and
(2)   for other NSF grants when more than $25,000 has been budgeted in the proposed budget for repair, alteration or improvement (construction) of a building or facility.

### Certification Regarding Responsible Conduct of Research (RCR)
### (This certification is not applicable to proposals for conferences, symposia, and workshops.)

By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies & Procedures Guide, Part II, Award & Administration Guide (AAG) Chapter IV.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduates, graduate students and postdoctoral researchers who will be supported by NSF to conduct research.
The AOR shall require that the language of this certification be included in any award documents for all subawards at all tiers.

CONFIDENTIAL                                                                                 P000164

Not for distribution

## CERTIFICATION PAGE - CONTINUED

**Certification Regarding Organizational Support**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that there is organizational support for the proposal as required by Section 526 of the America COMPETES Reauthorization Act of 2010. This support extends to the portion of the proposal developed to satisfy the Broader Impacts Review Criterion as well as the Intellectual Merit Review Criterion, and any additional review criteria specified in the solicitation. Organizational support will be made available, as described in the proposal, in order to address the broader impacts and intellectual merit activities to be undertaken.

**Certification Regarding Federal Tax Obligations**

When the proposal exceeds $5,000,000, the Authorized Organizational Representative (or equivalent) is required to complete the following certification regarding Federal tax obligations. By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, to the best of their knowledge and belief, the proposing organization:
(1)  has filed all Federal tax returns required during the three years preceding this certification;
(2)  has not been convicted of a criminal offense under the Internal Revenue Code of 1986; and
(3)  has not, more than 90 days prior to this certification, been notified of any unpaid Federal tax assessment for which the liability remains unsatisfied, unless the assessment is the subject of an installment agreement or offer in compromise that has been approved by the Internal Revenue Service and is not in default, or the assessment is the subject of a non-frivolous administrative or judicial proceeding.

**Certification Regarding Unpaid Federal Tax Liability**

When the proposing organization is a corporation, the Authorized Organizational Representative (or equivalent) is required to complete the following certification regarding Federal Tax Liability:

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

**Certification Regarding Criminal Convictions**

When the proposing organization is a corporation, the Authorized Organizational Representative (or equivalent) is required to complete the following certification regarding Criminal Convictions:

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that the corporation has not been convicted of a felony criminal violation under any Federal law within the 24 months preceding the date on which the certification is signed.

**Certification Dual Use Research of Concern**

By electronically signing the certification pages, the Authorized Organizational Representative is certifying that the organization will be or is in compliance with all aspects of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern.

| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| NAME<br>**Lourdes R Torres** | **Electronic Signature** | **May 31 2016 11:06AM** |
| TELEPHONE NUMBER<br>**718-518-6673** | EMAIL ADDRESS<br>**ltorres@hostos.cuny.edu** | FAX NUMBER<br>**718-518-6829** |

CONFIDENTIAL

P000165

Not for distribution

# COVER SHEET FOR PROPOSAL TO THE NATIONAL SCIENCE FOUNDATION

| PROGRAM ANNOUNCEMENT/SOLICITATION NO./DUE DATE | ☐ Special Exception to Deadline Date Policy | FOR NSF USE ONLY |
|---|---|---|
| **NSF 16-1** | | NSF PROPOSAL NUMBER |

FOR CONSIDERATION BY NSF ORGANIZATION UNIT(S) (Indicate the most specific unit known, i.e. program, division, etc.)

# 1644975

**DUE  - IUSE- Exploration & Design: Engaged Student Learni**

| DATE RECEIVED | NUMBER OF COPIES | DIVISION ASSIGNED | FUND CODE | DUNS# (Data Universal Numbering System) | FILE LOCATION |
|---|---|---|---|---|---|
| 05/31/2016 | 1 | 11040000 DUE | 1998 | 620128301 | 06/01/2016  2:17pm  S |

| EMPLOYER IDENTIFICATION NUMBER (EIN) OR TAXPAYER IDENTIFICATION NUMBER (TIN) | SHOW PREVIOUS AWARD NO. IF THIS IS<br>☐ A RENEWAL<br>☐ AN ACCOMPLISHMENT-BASED RENEWAL | IS THIS PROPOSAL BEING SUBMITTED TO ANOTHER FEDERAL AGENCY?   YES ☐   NO ☒   IF YES, LIST ACRONYM(S) |
|---|---|---|
| 131988190 | | |

| NAME OF ORGANIZATION TO WHICH AWARD SHOULD BE MADE | ADDRESS OF AWARDEE ORGANIZATION, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **Research Foundation of CUNY on behalf of Lehman College** | **Research Foundation of CUNY on behalf of Lehman College**<br>**250 Bedford Park Blvd. West**<br>**Bronx, NY. 104681527** |

| AWARDEE ORGANIZATION CODE (IF KNOWN) | |
|---|---|
| **7203576985** | |

| NAME OF PRIMARY PLACE OF PERF | ADDRESS OF PRIMARY PLACE OF PERF, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **Hostos Community College** | **Hostos Community College**<br>**500 Grand Concourse**<br>**Bronx ,NY ,104515323 ,US.** |

| IS AWARDEE ORGANIZATION (Check All That Apply) (See GPG II.C For Definitions) | ☐ SMALL BUSINESS<br>☐ FOR-PROFIT ORGANIZATION | ☐ MINORITY BUSINESS<br>☐ WOMAN-OWNED BUSINESS | ☐ IF THIS IS A PRELIMINARY PROPOSAL THEN CHECK HERE |
|---|---|---|---|

TITLE OF PROPOSED PROJECT  **Collaborative Research:  Numeracy Infusion for College Educators (NICE)**

| REQUESTED AMOUNT | PROPOSED DURATION (1-60 MONTHS) | REQUESTED STARTING DATE | SHOW RELATED PRELIMINARY PROPOSAL NO. IF APPLICABLE |
|---|---|---|---|
| $  **196,077** | **24** months | **09/01/16** | |

THIS PROPOSAL INCLUDES ANY OF THE ITEMS LISTED BELOW
☐ BEGINNING INVESTIGATOR (GPG I.G.2)
☐ DISCLOSURE OF LOBBYING ACTIVITIES (GPG II.C.1.e)
☐ PROPRIETARY & PRIVILEGED INFORMATION (GPG I.D, II.C.1.d)
☐ HISTORIC PLACES (GPG II.C.2.j)
☐ VERTEBRATE ANIMALS (GPG II.D.6) IACUC App. Date _____
   PHS Animal Welfare Assurance Number _____
☒ FUNDING MECHANISM  **EAGER**

☒ HUMAN SUBJECTS (GPG II.D.7)  Human Subjects Assurance Number  **FWA00003623**
Exemption Subsection _____ or IRB App. Date  **Pending**_____
☐ INTERNATIONAL ACTIVITIES: COUNTRY/COUNTRIES INVOLVED (GPG II.C.2.j)
_____

☒ COLLABORATIVE STATUS
**A collaborative proposal from multiple organizations (GPG II.D.4.b)**

| PI/PD DEPARTMENT | PI/PD POSTAL ADDRESS |
|---|---|
| **Sociology** | **250 Bedford Park Blvd West** |

| PI/PD FAX NUMBER | |
|---|---|
| **718-960-8194** | **Bronx, NY 10468**<br>**United States** |

| NAMES (TYPED) | High Degree | Yr of Degree | Telephone Number | Email Address |
|---|---|---|---|---|
| PI/PD NAME<br>**Esther Wilder** | **PhD** | **1997** | **718-960-1128** | **Esther.Wilder@lehman.cuny.edu** |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |

CONFIDENTIAL

P000166

Not for distribution

# CERTIFICATION PAGE

**Certification for Authorized Organizational Representative (or Equivalent) or Individual Applicant**

By electronically signing and submitting this proposal, the Authorized Organizational Representative (AOR) or Individual Applicant is: (1) certifying that statements made herein are true and complete to the best of his/her knowledge; and (2) agreeing to accept the obligation to comply with NSF award terms and conditions if an award is made as a result of this application. Further, the applicant is hereby providing certifications regarding conflict of interest (when applicable), drug-free workplace, debarment and suspension, lobbying activities (see below), nondiscrimination, flood hazard insurance (when applicable), responsible conduct of research, organizational support, Federal tax obligations, unpaid Federal tax liability, and criminal convictions as set forth in the NSF Proposal & Award Policies & Procedures Guide,Part I: the Grant Proposal Guide (GPG). Willful provision of false information in this application and its supporting documents or in reports required under an ensuing award is a criminal offense (U.S. Code, Title 18, Section 1001).

**Certification Regarding Conflict of Interest**

The AOR is required to complete certifications stating that the organization has implemented and is enforcing a written policy on conflicts of interest (COI), consistent with the provisions of AAG Chapter IV.A.; that, to the best of his/her knowledge, all financial disclosures required by the conflict of interest policy were made; and that conflicts of interest, if any, were, or prior to the organization's expenditure of any funds under the award, will be, satisfactorily managed, reduced or eliminated in accordance with the organization's conflict of interest policy. Conflicts that cannot be satisfactorily managed, reduced or eliminated and research that proceeds without the imposition of conditions or restrictions when a conflict of interest exists, must be disclosed to NSF via use of the Notifications and Requests Module in FastLane.

**Drug Free Work Place Certification**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent), is providing the Drug Free Work Place Certification contained in Exhibit II-3 of the Grant Proposal Guide.

**Debarment and Suspension Certification**     (If answer "yes", please provide explanation.)

Is the organization or its principals presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded
from covered transactions by any Federal department or agency?                                    Yes ☐                       No ☒

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) or Individual Applicant is providing the Debarment and Suspension Certification contained in Exhibit II-4 of the Grant Proposal Guide.

**Certification Regarding Lobbying**

This certification is required for an award of a Federal contract, grant, or cooperative agreement exceeding $100,000 and for an award of a Federal loan or a commitment providing for the United States to insure or guarantee a loan exceeding $150,000.

**Certification for Contracts, Grants, Loans and Cooperative Agreements**

The undersigned certifies, to the best of his or her knowledge and belief, that:
(1) No Federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.
(2) If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure of Lobbying Activities," in accordance with its instructions.
(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers including subcontracts, subgrants, and contracts under grants, loans, and cooperative agreements and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

**Certification Regarding Nondiscrimination**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is providing the Certification Regarding Nondiscrimination contained in Exhibit II-6 of the Grant Proposal Guide.

**Certification Regarding Flood Hazard Insurance**

Two sections of the National Flood Insurance Act of 1968 (42 USC §4012a and §4106) bar Federal agencies from giving financial assistance for acquisition or construction purposes in any area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards unless the:
(1)     community in which that area is located participates in the national flood insurance program; and
(2)     building (and any related equipment) is covered by adequate flood insurance.

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) or Individual Applicant located in FEMA-designated special flood hazard areas is certifying that adequate flood insurance has been or will be obtained in the following situations:
(1)     for NSF grants for the construction of a building or facility, regardless of the dollar amount of the grant; and
(2)     for other NSF grants when more than $25,000 has been budgeted in the proposal for repair, alteration or improvement (construction) of a building or facility.

**Certification Regarding Responsible Conduct of Research (RCR)**
**(This certification is not applicable to proposals for conferences, symposia, and workshops.)**

By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies & Procedures Guide, Part II, Award & Administration Guide (AAG) Chapter IV.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduates, graduate students and postdoctoral researchers who will be supported by NSF to conduct research.
The AOR shall require that the language of this certification be included in any award documents for all subawards at all tiers.

CONFIDENTIAL                                                                                                                      P000167

Not for distribution

## CERTIFICATION PAGE - CONTINUED

**Certification Regarding Organizational Support**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that there is organizational support for the proposal as required by Section 526 of the America COMPETES Reauthorization Act of 2010. This support extends to the portion of the proposal developed to satisfy the Broader Impacts Review Criterion as well as the Intellectual Merit Review Criterion, and any additional review criteria specified in the solicitation. Organizational support will be made available, as described in the proposal, in order to address the broader impacts and intellectual merit activities to be undertaken.

**Certification Regarding Federal Tax Obligations**

When the proposal exceeds $5,000,000, the Authorized Organizational Representative (or equivalent) is required to complete the following certification regarding Federal tax obligations. By electronically signing the Certification pages, the Authorized Organizational Representative is certifying that, to the best of their knowledge and belief, the proposing organization:
(1) has filed all Federal tax returns required during the three years preceding this certification;
(2) has not been convicted of a criminal offense under the Internal Revenue Code of 1986; and
(3) has not, more than 90 days prior to this certification, been notified of any unpaid Federal tax assessment for which the liability remains unsatisfied, unless the assessment is the subject of an installment agreement or offer in compromise that has been approved by the Internal Revenue Service and is not in default, or the assessment is the subject of a non-frivolous administrative or judicial proceeding.

**Certification Regarding Unpaid Federal Tax Liability**

When the proposing organization is a corporation, the Authorized Organizational Representative (or equivalent) is required to complete the following certification regarding Federal Tax Liability:

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that the corporation has no unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability.

**Certification Regarding Criminal Convictions**

When the proposing organization is a corporation, the Authorized Organizational Representative (or equivalent) is required to complete the following certification regarding Criminal Convictions:

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that the corporation has not been convicted of a felony criminal violation under any Federal law within the 24 months preceding the date on which the certification is signed.

**Certification Dual Use Research of Concern**

By electronically signing the certification pages, the Authorized Organizational Representative is certifying that the organization will be or is in compliance with all aspects of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern.

| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| NAME<br>**Stuart  Politi** | **Electronic Signature** | **May 31 2016  1:26PM** |
| TELEPHONE NUMBER<br>**718-960-8960** | EMAIL ADDRESS<br>**stuart.politi@lehman.cuny.edu** | FAX NUMBER<br>**718-960-8227** |

CONFIDENTIAL

P000168

**NATIONAL SCIENCE FOUNDATION**
Division of Undergraduate Education

# NSF FORM 1295: PROJECT DATA FORM

The instructions and codes to be used in completing this form are provided in Appendix II.

1. **Program-track** to which the Proposal is submitted: **IUSE- Exploration & Design: Engaged Student Learni**

2. Name of **Principal Investigator/Project Director** (as shown on the Cover Sheet):
   **Hoiland, Sarah**

3. Name of submitting **Institution** (as shown on Cover Sheet):
   **CUNY Hostos Community College**

4. **Other Institutions** involved in the project's operation:
   **Bronx Community College/ CUNY**
   **Lehman College/CUNY**
   **LaGuardia Community College/ CUNY**
   **Graduate Center/ CUNY**
   **Sinclair Community College**
   **Tennessee Tech University**

**Project Data:**

A. Major Discipline Code: **99**

B. Academic Focus Level of Project: **BO**

C. Highest Degree Code: **A**

D. Category Code: **--**

E. Business/Industry Participation Code: **NA**

F. Audience Code: **WMF** _ _ _ _ _

G. Institution Code: **PUBL**

H. Strategic Area Code: _____

I. Project Features: **1  2  6** _ _

Estimated number in each of the following categories to be directly affected by the activities of the project during its operation:

J. Undergraduate Students: **4000**_____

K. Pre-college Students: **0**_____

L. College Faculty: **26**_____

M. Pre-college Teachers: **0**_____

N. Graduate Students: **5**_____

NSF Form 1295 (10/98)

P000169

**NATIONAL SCIENCE FOUNDATION**
Division of Undergraduate Education

# NSF FORM 1295: PROJECT DATA FORM

The instructions and codes to be used in completing this form are provided in Appendix II.

1. **Program-track** to which the Proposal is submitted: **IUSE- Exploration & Design: Engaged Student Learni**
2. Name of **Principal Investigator/Project Director** (as shown on the Cover Sheet):

   **Wilder, Esther**
3. Name of submitting **Institution** (as shown on Cover Sheet):

   **Research Foundation of CUNY on behalf of Lehman College**
4. **Other Institutions** involved in the project's operation:

   **Bronx Community College/CUNY**

   **Hostos Community College/CUNY**

   **LaGuardia Community College/CUNY**

   **Graduate Center/CUNY**

   **Sinclair Community College**

   **Tennessee Tech University**

**Project Data:**

A. Major Discipline Code: **99**
B. Academic Focus Level of Project: **BO**
C. Highest Degree Code: **M**
D. Category Code: **--**
E. Business/Industry Participation Code: **NA**
F. Audience Code: **WMF** _ _ _ _ _
G. Institution Code: **PUBL**
H. Strategic Area Code: _____
I. Project Features: **1  2  6** _ _

Estimated number in each of the following categories to be directly affected by the activities of the project during its operation:

J. Undergraduate Students: **4000**
K. Pre-college Students: **0**
L. College Faculty: **26**
M. Pre-college Teachers: **0**
N. Graduate Students: **5**

NSF Form 1295 (10/98)

# PROJECT SUMMARY

**Overview:**

The Numeracy Infusion for College Educators (NICE) project will provide training to faculty from across the disciplines in best practices for quantitative reasoning (QR) instruction at the City University of New York's (CUNY's) three Hispanic-Serving Institutions (HSIs) in the Bronx: Bronx Community College, Hostos Community College, and Lehman College. The project is designed to foster the infusion of QR instruction and assessment into undergraduate courses. NICE will serve faculty from a wide range of disciplines, teaching instructors how to (a) apply QR within a disciplinary context, (b) articulate QR learning goals and objectives, (c) incorporate best practices for teaching QR, (d) adapt and implement strategies for infusing QR into course instruction, and (e) assess the effectiveness of QR initiatives and use the results to improve instruction.

Faculty participants in NICE will be randomly assigned to one of two instructional modes: (1) an in-person QR workshop that meets monthly; or (2) an intensive online summer QR training program. Research will compare the effectiveness of each approach, focusing on 3 key questions: (1) How does the NICE Program enhance the QR teaching abilities of faculty? (2) How does the NICE Program impact faculty efforts to infuse QR into their course instruction?; and (3) How does faculty participation in NICHE translate into real QR learning gains among CUNY students?

**Intellectual Merit :**

The same progressive teaching methods that have proven effective in undergraduate QR instruction will be used to teach faculty within the NICE Program. Specifically, faculty will engage in active and collaborative learning using real-world data. Among other things, they will review samples of students' work, evaluate QR assessment instruments, and review a variety of online resources that engage users in data analysis. The project also seeks to establish a network of Bronx CUNY faculty who will work collaboratively to develop and refine instructional materials that respond to the QR challenges of students. These efforts will be supported by a CUNY Bronx QR pedagogy capstone conference.

Research will evaluate the effectiveness of the NICE Program using both direct and indirect measures that focus on a comparison of the two delivery methods, face-to-face and online. The evaluations will center on the main pedagogical goals of the Program: enhancing the QR teaching abilities of faculty, expanding their efforts to infuse QR into instruction, and ensuring that the expertise they gain through NICE translates into real QR learning gains among CUNY students.  Faculty participants will complete pre- and post-NICE QR skills assessment. Formative and summative evaluations will be undertaken, asking faculty to evaluate NICE and to provide suggestions for improvement. In addition, pre- and post-NICE data will be gathered to determine whether participants' QR-related attitudes and behaviors have changed in response to the program. These questions will focus on topics ranging from comfort and interest in teaching QR to intended use of best practices for QR instruction. Finally, the instructional and assessment materials that faculty create will be examined, along with the student assessment data gathered from QR-infused courses.

**Broader Impacts :**

The NICE project will serve faculty at the 3 CUNY HSI colleges in the Bronx. Over the course of the project, faculty development awards will be provided to 20 faculty who will incorporate QR instruction into their courses. NICE will therefore impact the educational experiences of thousands of students each year. The Bronx is NYC's poorest borough, and its CUNY student population is overwhelmingly minority, female, and economically and academically disadvantaged.

NICE will also help faculty beyond CUNY. First, the project intervention and materials, including the NICE training program and the instructional materials that faculty develop, will be made readily available on the NICE project website. Second, the research on the effectiveness of NICE, especially the analyses of different modes of delivery (online vs. in-person), will contribute to our understanding of best practices for faculty development.  To ensure that the NICE materials and evaluation results are widely available to educators, policymakers, administrators, and researchers, the results will be presented at conferences, published in journals and disseminated through other relevant outlets.

CONFIDENTIAL

P000171

# TABLE OF CONTENTS

For font size and page formatting specifications, see GPG section II.B.2.

|  | Total No. of Pages | Page No.* (Optional)* |
|---|---|---|
| Cover Sheet for Proposal to the National Science Foundation |  |  |
| Project Summary  (not to exceed 1 page) | 1 | _____ |
| Table of Contents | 1 | _____ |
| Project Description (Including Results from Prior NSF Support) (not to exceed 15 pages) **(Exceed only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | 8 | _____ |
| References Cited | 4 | _____ |
| Biographical Sketches  (Not to exceed 2 pages each) | 4 | _____ |
| Budget (Plus up to 3 pages of budget justification) | 6 | _____ |
| Current and Pending Support | 2 | _____ |
| Facilities, Equipment and Other Resources | 2 | _____ |
| Special Information/Supplementary Documents (Data Management Plan, Mentoring Plan and Other Supplementary Documents) | 3 | _____ |
| Appendix (List below. ) **(Include only if allowed by a specific program announcement/ solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |

Appendix Items:

*Proposers may select any numbering mechanism for the proposal. The entire proposal however, must be paginated. Complete both columns only if the proposal is numbered consecutively.

P000172

# TABLE OF CONTENTS

For font size and page formatting specifications, see GPG section II.B.2.

| | Total No. of Pages | Page No.* (Optional)* |
|---|---|---|
| Cover Sheet for Proposal to the National Science Foundation | | |
| Project Summary  (not to exceed 1 page) | _____ | _____ |
| Table of Contents | ___1___ | _____ |
| Project Description (Including Results from Prior NSF Support) (not to exceed 15 pages) **(Exceed only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | ___0___ | _____ |
| References Cited | _____ | _____ |
| Biographical Sketches  (Not to exceed 2 pages each) | ___6___ | _____ |
| Budget (Plus up to 3 pages of budget justification) | ___6___ | _____ |
| Current and Pending Support | ___3___ | _____ |
| Facilities, Equipment and Other Resources | ___2___ | _____ |
| Special Information/Supplementary Documents (Data Management Plan, Mentoring Plan and Other Supplementary Documents) | ___3___ | _____ |
| Appendix (List below. ) **(Include only if allowed by a specific program announcement/ solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |
| Appendix Items: | | |

*Proposers may select any numbering mechanism for the proposal. The entire proposal however, must be paginated. Complete both columns only if the proposal is numbered consecutively.

# Numeracy Infusion for College Educators (NICE)

## Project Description

## 1. Early-Concept Grants for Exploratory Research (EAGER)

The NICE project will provide training to undergraduate faculty in best practices for quantitative reasoning (QR), supporting the growth of a multidisciplinary community of instructors with QR teaching expertise at the City University of New York's (CUNY's) three Hispanic-serving institutions (HSIs) in the Bronx: Bronx Community College, Hostos Community College, and Lehman College. Instruction will be provided through two separate modes of delivery, face-to-face and online, allowing us to compare the effectiveness of each method. Our evaluation research will use and refine a range of existing QR survey and assessment instruments that examine faculty knowledge, attitudes, and classroom behaviors with regard to QR skills and best practices (e.g., active learning, collaborative learning, and culturally relevant teaching). We will evaluate the instructional and assessment materials that faculty participants develop, and analyze the student assessment data they gather through their teaching of QR-infused courses.

   We plan to identify the strategies that are most effective in training faculty and promoting student learning at Hispanic-serving community colleges and other undergraduate institutions. Our proposal is therefore well suited for the EAGER program, as it is directly aligned with the goals specified in the Dear Colleague Letter for Stimulating Research on Effective Strategies in Undergraduate STEM Education at Two-Year Hispanic Serving Institutions. Specifically, we seek to (1) "improve the quality of STEM undergraduate academic experiences at HSIs," (2) "build capacity at HSIs through collaborations with majority institutions that support…professional development," and (3) "build capacity at HSIs for successfully competing for federal funding" by establishing an interdisciplinary core of faculty at two-year HSIs who are trained in best practices for STEM education. Because the proposal investigates effective strategies for faculty development and for building a STEM-committed QR learning community at HSI institutions, it is less closely aligned with the other DUE funding mechanisms, which focus on student engagement, institutional transformation, and undergraduate research. Although the NICE project does indirectly support those goals, it more closely matches the objectives of the EAGER program.

## 2. The Importance of QR Skills

Quantitative reasoning skills are essential for college graduates. As the Association of American Colleges and Universities has reported,

> [Concerns] about QL skills are shared by employers, who recognize that many of today's students will need a wide range of high level quantitative skills to complete their work responsibilities. And virtually all of today's students, regardless of career choice, will need basic QL skills like the ability to draw information from charts, graphs, and geometric figures, and the ability to accurately complete straightforward estimations and calculations [3].

Quantitative reasoning, quantitative literacy (QL), and numeracy can all be defined as "the ability to understand and use numbers and data in everyday life" [31:3].[1] *QR* is not synonymous with mathematics or statistics, however; it may be viewed more generally as "a practical, robust habit of mind anchored in data, nourished by computers, and employed in every aspect of an alert, informed life" [48]. The skills central to QR include reading graphical displays, modeling real-world phenomena, solving practical problems through the use of data, justifying conclusions, and critiquing research designs [29].

---

[1] While some researchers treat QL, QR and numeracy interchangeably, others argue for distinctions. For example, Powell and Leveson define quantitative literacy (QL) as "a basic familiarity with numbers, arithmetic and graphs"; they regard QR as "the application of logic to problems and the ability to understand the real world meaning of numbers and mathematical statements" [40].

CONFIDENTIAL

Poor quantitative skills have serious social and economic consequences ranging from faulty decision making by healthcare consumers and professionals [1, 34, 36, 64] to a judicial system that is fraught with errors [45]. Just as poor quantitative skills inhibit success, a strong QR background can have an empowering effect. Basic cognitive skills, including the ability to follow directions, manipulate fractions and decimals, and interpret line graphs, have grown in importance (and become increasingly important as predictors of wages) within the labor force [35, 42]. As Markham notes, "work roles in fields as diverse as personnel, city planning, marketing, and welfare administration require the ability to use research by others intelligently, to conduct simple research, and to collaborate with professional researchers" [33:464]. Wiest and associates note that QL is linked to social justice: "Without quantitative understanding…laypersons may be relatively powerless compared with a small number of individuals with specialized knowledge" [55:47]. Indeed, "the scientifically and mathematically illiterate are outsiders in a society in which effective participation in public dialogue presumes a grasp of basic science and mathematics" [11:29].

Many scholars have called for a multidisciplinary, active-learning approach to QR instruction [7-9, 16-18, 21-22, 25-28, 32, 47, 50, 61]. As Ganter has pointed out, "QL must be everywhere in the curriculum, in all disciplines and all courses" [18:13]. Indeed, a multidisciplinary approach is central to many QR initiatives. "Like learning to write well or speaking a foreign language, numeracy is not something mastered in a single course…. Thus quantitative material needs to permeate the curriculum, not only in the sciences but also in the social sciences [and] the humanities" [7:134].

The NICE project is grounded in two fundamental ideas: that effective QR instruction is vital to the success of our students, and that it requires the involvement of faculty from a wide range of subject areas.

## 3. Numeracy/Quantitative Literacy and Community Colleges

At community colleges, developmental or basic math courses account for the majority of math enrollments. Dropout rates in remedial courses are high, as is student dissatisfaction, and students who require remedial work do not have the same success rates as their peers [2, 24]. While the traditional remedy is to provide a sequence of algebra-based courses similar to those found in middle and high schools, Rotman notes that such an approach "does not represent the progress made in K-12 education to incorporate a broader range of mathematics content" [43]. In response to these challenges, several initiatives have emphasized the importance of practical skills and QR rather than traditional mathematical content. The New Life Model, the Carnegie Foundation's Pathways Initiative, and the QL course recently adopted at Southwestern Community College are all good examples of this approach [10, 43, 52].

The Carnegie's Pathways Initiative has been used at CUNY, and several CUNY community colleges have renewed their emphasis on teaching mathematics in context. For example, faculty in the Department of Mathematics, Engineering and Computer Science at LaGuardia Community College have developed Project Quantum Leap to address the challenges of basic skills education. In so doing, they have drawn upon the SENCER (Science Education for New Civic Engagements and Responsibilities) Project, which is an NSF-funded initiative that stresses the effectiveness of teaching mathematics in compelling contexts.

There have also been a number of efforts to infuse QR throughout the curriculum. For example, the Mathematics Across the Community College Curriculum initiative (DUE #0442439) offered workshops to math and non-math faculty across the disciplines to create, evaluate and modify instructional materials that incorporate QR. CUNY's Numeracy Infusion Course for Higher Education (DUE #1121844) adopted a similar approach, teaching best practices for QR instruction to more than 40 faculty in a broad range of disciplines and schools. The NICE initiative builds on the strengths of these earlier projects.

## 4. The Setting: CUNY Hispanic-Serving Institutions in the Bronx

The NICE project will focus on the three CUNY Hispanic-Serving Institutions in the Bronx, the poorest borough of New York City: Bronx Community College, Hostos Community College, and Lehman College. Together, these colleges serve over 30,000 students who are predominantly members of underrepresented minorities (over 80%), especially Latinos (over 50%); see Table 1. While many

CONFIDENTIAL

students lack the quantitative and mathematical skills needed for personal and professional success, this disadvantage is particularly acute among minorities [12]. Moreover, low quantitative literacy has been linked to a lower probability of employment of minorities relative to Whites [41]. The NICE project responds to these challenges and it dovetails with the Bronx Corridors to College initiative, which is a project designed to revitalize the South Bronx by increasing high-quality post-secondary access and completion, particularly among disconnected youth, justice-involved students, immigrants and veterans. The Bronx Corridors project has shown that students most commonly leave Hostos prior to graduation because of their inability to pass CUNY Assessment Tests, especially mathematics, although nonacademic reasons are also important (e.g., family problems, medical issues, and/or socioeconomic factors) [49]. NICE will empower faculty to better ensure that their students have the QR skills needed to succeed in their personal, academic and professional lives.

Bronx County is the poorest county in New York State, and given the high cost of living in NYC, the poverty is felt more acutely here than in other regions of the country. Many of the students attending the three HSI schools are economically disadvantaged; see Table 1. Furthermore, a sizable proportion of students live in households earning over $10,000: 27% of students at BCC, 29% at Hostos, and 13% at Lehman [13]. The overwhelming majority of students commute to school, most provide care for other people such as children or parents [13], and many face extraordinary demands outside the classroom.

These three CUNY schools are closely connected due to high rates of transfer from the community colleges to Lehman College. (Lehman is the only public, four-year college in the Bronx.) In Fall 2015, 67% of new Lehman students were transfers from community colleges, primarily Bronx Community College and Hostos Community College. Although Lehman's SAT scores are on par with national averages [23], the reported scores represent only incoming freshman, since transfers are not required to take the exam. Recent assessment data (DUE #1121844) using the Critical thinking Assessment Test (CAT) reveal that most CUNY students performed poorly on the QR components of the exam. Moreover, Lehman transfer students score lower than non-transfers in other QR assessments [56]. At the same time, CUNY students express a strong desire to strengthen their quantitative skills [57]. Overall, there is a pressing need for the public colleges in the Bronx to respond to the QR challenges faced by our students.

**Table 1.** Sociodemographic Characteristics of CUNY Students, 2014 [13]

|  | Minority | Latino | Female | Low income | First gen. | Provide care | Work 21+ |
|---|---|---|---|---|---|---|---|
| Four-year colleges | 45% | 25% | 58% | 46% | 42% | 65% | 22% |
| Lehman | 83% | 50% | 68% | 50% | 40% | 75% | 31% |
| Comm. colleges | 66% | 38% | 57% | 65% | 49% | 65% | 23% |
| Bronx | 94% | 61% | 57% | 69% | 53% | 72% | 26% |
| Hostos | 92% | 62% | 65% | 73% | 49% | 66% | 23% |
| Total CUNY | 56% | 30% | 57% | 54% | 42% | 65% | 23% |

Notes: *Minority* includes American Indian, Alaska Native, Black (not of Hispanic origin), and Hispanic. *Low income* refers to those with household incomes of less than $30,000. *Care providers* are full-time students who care for another person for at least one hour per week. *Work 21+* refers to full-time students who work 21 or more hours per week.

## 5. The NICE Training Program

The NICE Program will build on the strengths of the Numeracy Infusion Course for Higher Education (NICHE) (DUE #1121844), a CUNY-wide initiative that sought to infuse QR across the curriculum through an online faculty development program. Specifically, the NICE Program will refine and update NICHE in accordance with the assessment data gathered for the project [62] and adapt it into a face-to-face faculty development program suitable for use at CUNY's three Bronx-based HSIs. We will subsequently compare the online and in-person modes of delivery for faculty development. The project

CONFIDENTIAL

will focus on investigating the effectiveness of strategies that prepare faculty to be effective QR instructors, particularly within the context of HSIs and community colleges.

Our approach is rooted in best practices for faculty development. For example, Giersch and McMartin contend that successful faculty development programs have several key components including (1) interventions of sufficient duration to support multiple opportunities for active learning; (2) interventions based on learning theory and principles of instructional design; (3) trainers with leadership skills who can support participants at all stages of change; (4) incentives that are specific, meaningful and motivating; (5) participants at various career stages who will take ownership of the change process; and (6) evaluation activities at every stage of the faculty development intervention [20]. Each of these components will be central to the NICE Program, especially as we refine NICHE to create parallel in-person and online variants.

Given our focus on HSIs in the Bronx, we will also ground our faculty development program in research on best practices for this unique population. Although HSIs provide college access for Latinos, research indicates that student success, persistence, and completion rates remain low [14]. Studies from HSI community colleges have shown that students attend college because they want a better future and want to learn new skills [44]. Our NICE Program will therefore provide instruction to faculty on the unique needs of Latinos and underrepresented minorities. It will also cover some of the instructional strategies that are especially effective for this population, such as culturally responsive teaching [19, 37].

The objectives of NICE are to: (1) provide instruction in best practices for teaching QR; (2) to foster the development of instructional materials that make use of effective strategies for teaching QR; (3) to infuse QR into a wide range of disciplines; (4) to increase faculty interest and comfort in teaching QR— and to strengthen faculty QR skills, if necessary; and (5) to establish a network of Bronx CUNY faculty who are committed to improving students' QR abilities (and ultimately, to achieve this goal).

NICE will be open to faculty in all disciplines. Overall, 20 faculty will participate, 10 in the face-to-face program and 10 in the online program. Sixteen participants will be recruited from the two Bronx community colleges and 4 from Lehman College. Faculty will be required to apply to NICE, and selection will be based on a demonstrated commitment to the goals of the program.[2] Participants will be randomly assigned to either the in-person group or the online group; all must be willing to participate in either mode of instruction.

All faculty participants (both groups) will be required to attend a face-to-face meeting where they learn about the Critical Thinking Assessment Test (CAT) and score the tests they have administered. The CAT instrument (DUE 0404911, 0717654, and 1022789) is "designed to assess a broad range of skills that faculty across the country feel are important components of critical thinking and real world problem solving" [51]. Many of the skills assessed through the CAT correspond to the QR learning goals that have been identified as essential by leaders in the QR movement.

The NICE Program will have eight instructional units: (1) QR and making numbers meaningful; (2) QR learning outcomes; (3) the brain, cognition and QR; (4) QR and writing; (5) discovery methods; (6) representations of data; (7) QR assessment; and (8) QR stereotypes and culture. Each unit will incorporate a set of readings, videos, hands-on activities, and interactive discussions. After the faculty participants complete the instructional units, they will incorporate their QR instructional and assessment materials into their teaching, focusing on one course for the NICE Program. Finally, they will attend a capstone conference where they present their assessment results.

## 6. The Structure of NICE

The eight instructional units of NICE, listed above, represent the key topics that will be taught within the program. The three components of NICE, below, provide a framework for *how* the material will be taught.

---

[2] We will work with CUNY Central and with the Teaching and Learning Center at each school to encourage applications. As shown in her letter of commitment, CUNY University Dean Lucinda Zoe has agreed to help recruit faculty and provide us with QR fellows to support the project. At a recent conference at Hostos, 15 faculty expressed an interest in NICE and we had three times as many applicants as we could enroll in the NICHE Program.

### (1) Discussion of what QR entails and how to apply it within a disciplinary context

Faculty learners will read several classic pieces and popular texts that provide an overview of numeracy, QL, and QR [4-6, 31, 38-39, 47-48]. They will also examine the ways in which QR is different from mathematics [46]. The NICE team will not define what faculty must do in order to infuse QR into their course instruction, however. Our approach will follow the model of the Mathematics Across the Curriculum Project at Edmonds Community College. That is, we will support faculty in "creating projects and/or courses that make the [quantitative] dimensions of their disciplines more explicit" [26:70] and help them decide which approaches match their own needs and goals.

The program will introduce participants to a wide variety of QR resources, directing them to those that best match their own backgrounds and needs. We will help faculty understand the QR skills deficits that are pervasive at CUNY [56] and present illustrative examples of students' work. The NICE Program will also account for the specific needs of students at HSIs, the CUNY faculty environment (e.g., heavy teaching loads, pressure for research) and the challenges faced by our students (e.g., mathematical disadvantages, busy schedules, and high levels of math anxiety).

### (2) Instruction in best practices for teaching and assessing QR

Research on effective instruction informs NICE and provides a foundation for each unit of the course. Enrollees will not only review the relevant literature; they will engage in activities and prepare instructional materials that are anchored in best practices for QR instruction. For instance, Darling-Hammond argues that meaningful learning is accomplished through a number of approaches: "(1) creating ambitious and meaningful tasks, (2) engaging students in active learning, (3) drawing connections to students, (4) scaffolding the learning process, (5) assessing student learning continuously, (6) providing clear standards and constant feedback, and (7) encouraging strategic and metacognitive thinking" [15:5].

The project will also incorporate several other approaches that have been identified as important to QR instruction. We will use real world applications and discovery methods; pair QR instruction with writing and critical reading; use appropriate technology, including computers; provide opportunities for collaborative instruction and group work; ensure that our teaching is sensitive to differences in culture and learning styles; and provide continuous feedback and opportunities for revision. For a comprehensive review of these strategies, see Wilder [63].

### (3) Development of instructional materials that make use of effective strategies for teaching QR

Throughout the program, NICE participants will develop materials for their own courses. The goal is to create a complete set of materials that can be used throughout the learning/assessment cycle; see Figure 1. Specifically, participants will

- articulate a set of QR learning goals, provide peer feedback on each other's learning goals, and develop revised learning goals in response to peer feedback;
- create/adapt a QR lesson plan/exercise, provide peer feedback, and develop a revised lesson plan/exercise in response to peer feedback; and
- create/adapt a QR assessment plan/instrument, provide peer feedback, and develop a revised assessment plan/instrument in response to peer feedback.



**Figure 1.** The Learning/Assessment Cycle

CONFIDENTIAL

The program will provide faculty learners with examples of assignments and student work that illustrate the ways in which QR can be integrated throughout the curriculum. We will guide faculty through the process of developing and adapting instructional and assessment materials that are appropriate to their courses, drawing on the progressive instructional approaches described earlier. Relevant resources can be found on several websites including those of the Teaching with Data project (DUE #0840642), the Mathematics Across the Community College Curriculum (MAC³) Project (DUE #0442439), CAUSEweb.org, Merlot, the National Numeracy Network, the National Science Digital Library, and the Social Science Data Analysis Network (SSDAN). The NICE curriculum will also include exercises that show participants how to take advantage of user-friendly websites for analyzing data (e.g., CensusScope, GapMinder, and Survey Documentation and Analysis [SDA]).

Because assessment is an integral part of instruction, participants will develop assessment instruments for use in their courses—ones that designed in response to the specific learning goals they have articulated. (See Wilder [63] for examples.) We will emphasize the importance of cultural sensitivity, as this is especially important when working with underrepresented minorities. For example, research has shown that scores on cognitive tests that address QR skills are less precise for English-language learners than for other students [30].

As noted earlier, the program will also include a session in which faculty score the CAT assessments taken by the students in their courses. Our use of the CAT is primarily for faculty development purposes, as the instrument provides an excellent model with regard to both assessment questions and rubrics.[3]

## 7. Research on NICE

We will evaluate the effectiveness of the NICE Program using both direct and indirect measures that focus on a comparison of the two delivery methods, face-to-face and online. Our evaluations will center on the main pedagogical goals of the program: enhancing the QR teaching abilities of faculty, expanding their efforts to infuse QR into their course instruction, and ensuring that the expertise they gain through participation in NICE translates into real QR learning gains among CUNY students.

One aspect of NICE is the development of the faculty's QR skills. To that end, faculty participants will complete pre- and post-NICE QR skills assessments, and our analyses of those data will control for relevant variables such as discipline. The two variants of the skills assessment test are described in more detail by Wilder and associates [61].

In addition, we will undertake both formative and summative evaluations, asking faculty to evaluate NICE and to provide suggestions for improvement. We will also gather pre- and post-NICE data to determine whether participants' QR-related attitudes and behaviors have changed in response to the program. These questions will focus on topics ranging from comfort and interest in teaching QR to intended use of best practices for QR instruction. We will also incorporate questions that focus on the mode of delivery—face-to-face or online—and questions that address the needs of students at HSIs (such as the need for culturally relevant teaching).

As described earlier, faculty in NICE will be required to submit their QR learning goals, their QR instructional materials, and their assessment instruments. (Faculty in both groups will be required to post these in Blackboard; all CUNY faculty have Blackboard accounts.) In evaluating these materials, we will draw on previously developed rubrics that correspond to our program goals (e.g., Are the QR learning goals made explicit? Does the assignment make use of progressive pedagogies?). Faculty learners will receive feedback from their peers, the NICE leadership team, and members of the external evaluation team, then revise and resubmit their materials based on the feedback they have received.

We will also evaluate the effectiveness of the program itself by examining the assessment data that faculty gather in their QR-infused courses. After completing the NICE Program, faculty will be required

---

[3] The CAT takes a long time to administer, and our experience suggests that many faculty are reluctant to set aside so much class time for the exam. Nonetheless, faculty report that the experience of scoring the tests is very useful to them. For this reason, we will administer the CAT in a stratified sample of courses taught by NICE faculty participants. All participants will take part in scoring the tests, however.

CONFIDENTIAL

to teach a QR-infused course and to gather assessment data on its effectiveness as a vehicle for teaching QR. In the final year of the project, faculty participants will submit their assessment data and results, then discuss their experiences and findings at the NICE capstone conference. At that conference, they will also participate in assessment focus groups.

Our team of external evaluators will play a key role in evaluating participants' instructional materials and in evaluating the NICE Program itself. They will provide feedback on the faculty questionnaire and on the rubrics for evaluating faculty assignments and assessment instruments. Our external assessment coordinator will provide both summative and formative evaluations of NICE, and we will modify the program based on those evaluations.

## 8. NICE at CUNY and Beyond

By recruiting faculty who are committed to QR instruction and by providing a high-quality faculty development program, we plan to measurably improve the QR abilities of undergraduate students at The City University of New York and elsewhere. We will provide faculty development awards to 20 Bronx-based CUNY faculty who will enroll in NICE and incorporate best practices for QR instruction into their courses. The project will therefore improve the educational experiences of thousands of students every year. NICE will also help establish a local culture that promotes quantitative literacy in all subject areas. Participants will be required to pledge their commitment to active involvement in a faculty network that will continue to promote QR instruction after the NICE training period. Our previous experience with the NICHE program suggests that this approach is likely to be successful. Just as NICHE has sparked an infusion of QR throughout CUNY, NICE will light a flame in the Bronx.

The project will also provide valuable resources for other institutions, especially HSIs that are committed to improving their students' QR skills. The instructional and assessment materials developed for the project will be posted on the project website, hosted by CUNY. We will also expand and update our existing website [63], which serves as a repository of QR resources. Finally, we will offer training to faculty and administrators at several other HSI community colleges, demonstrating how they can implement and adapt the NICE Program in a cost-effective manner.

We will also support QR instruction through the dissemination of our research results. With an increasing emphasis on QR and accreditors' strong focus on assessment, there is high demand for programs and resources that can be used to promote and assess students' QR skills. To ensure that our materials and evaluation results are widely available to educators, policymakers, administrators, and researchers, we will present at conferences, publish in journals, and disseminate our results through other relevant outlets. The National Numeracy Network (NNN) has pledged a commitment to this project (see attached letter from Eric Gaze, President of NNN), and their 2017 annual meeting will serve as a major dissemination vehicle for NICE.

## 9. The NICE Leadership Team

The PIs for the project are Sarah Hoiland (Assistant Professor of Sociology, Hostos Community College) and Esther Wilder (Professor of Sociology, Lehman College). Our NICE Leadership Team will include Laura Broughton (NICE Faculty Associate, Associate Professor of Biology, Bronx Community College), Frank Wang (NICE Faculty Associate; Professor of Mathematics, LaGuardia Community College), Kate Wolfe (NICE Faculty Associate; Assistant Professor of Psychology, Hostos), and Alexander Ott (Volunteer NICE Associate; Associate Dean of Academic Affairs, Bronx CC). The project will be headquartered at Hostos Community College. All members of the leadership team have been active in pedagogical initiatives supporting faculty development as well as research on student success. Moreover, Professors Wilder and Wang served as PI and co-PI, respectively, on the earlier NICHE project. Our team of external advisors includes Katherine Rowell (Sinclair Community College) and Flora McMartin (independent assessment advisor/coordinator); both served as consultants/advisors for NICHE. Letters of commitment are provided in the supplemental documents. Bioskeches are provided for all members of the NICE leadership team.

**10. Project Timeline**

See Table 2, below.

**11. Results of Prior NSF Support (Past 5 Years)**

NICE PI Esther Wilder served as PI on DUE Award #1121844, "Numeracy Infusion Course for Higher Education (NICHE)," a project of the CUNY Quantitative Reasoning Alliance (2011-2016). The $600,000 project led to the creation of an online faculty development program that has trained more than 40 CUNY faculty in best practices for QR instruction and promoted a culture of QR teaching and assessment throughout CUNY. NICHE has provided instruction to hundreds of faculty at outreach workshops and resulted in numerous talks at professional conferences.

   The NICHE project led to the creation of eight online instructional modules as well as QR skills and attitudinal assessment instruments designed for faculty participating in the program. After their initial training, each faculty participant developed instructional and assessment instruments for use in their courses, then gathered data for assessment purposes. The project team assessed students' critical thinking skills using the CAT, developed and used additional QR assessment instruments, and prepared several papers for publication [53, 54, 58-62]. Moreover, the program's website [63], hosted at the Science Education Resource Center (SERC) at Carleton College, serves as a repository for QR teaching information and resources and continues to receive hundreds of visits each month. The NICHE project recently ended, and we are currently analyzing the assessment data we collected in the final months of the project. The NICHE website provides additional information about the project's research outcomes, and additional publications will be forthcoming.

**Table 2.** Major Activities and Stages of the NICE Project
Note: Each year is divided into three seasons. 1=Fall; 2=Spring; 3=Summer.

| Key Tasks for Project | Year 1 | | | Year 2 | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 | 3 |
| Obtain IRB approval for project (pre-award). | | | | | | |
| Refine and update the earlier NICHE program with HSI-specific adaptations (instructional materials, assessment instruments, rubrics for instructional and assessment materials, etc.). | ■ | ■ | | | | |
| Develop in-person variant of the NICE Program. | ■ | | | | | |
| Recruit faculty for participation in NICE and review applications. | ■ | | | | | |
| Develop NICE website and regularly update it with instructional and assessment materials from faculty. Also update the resources on the website. | ■ | ■ | ■ | ■ | ■ | ■ |
| Faculty administer CATs in classes and participate in CAT scoring session. | | ■ | | | | |
| Faculty enroll in online variant of NICE. | | | ■ | | | |
| Faculty participate in year-long annual faculty development program. | | | | ■ | ■ | |
| Faculty infuse QR into their teaching. | | | | | ■ | |
| Faculty participate in capstone conference and present their assessment results. | | | | | | ■ |
| Assessment data are gathered from faculty participants in training program (skills tests, questionnaires, and focus groups). | | | | ■ | ■ | ■ |
| Analyze assessment data and prepare papers and present at conferences. | | | | ■ | ■ | ■ |
| Prepare annual and final project reports. | | | ■ | | | ■ |
| Present at other schools and university systems. | | | | ■ | ■ | ■ |
| External evaluation team provides formative and summative assessment. | ■ | | ■ | ■ | ■ | ■ |

CONFIDENTIAL

# Numeracy Infusion for College Educators (NICE)

## Bibliography

1. Ancker, Jessica S., & Erika Abramson. 2012. Doctors and quantitative literacy. Paper presented at the Annual Meeting of the National Numeracy Network.

2. Arcario, Paul. 2008. Sampler: Project quantum leap. Retrieved May 27, 2016 (http://faculty.lagcc.cuny.edu/ctl/pql/sampler/foreword.htm).

3. Association of American Colleges and Universities. 2010. *Quantitative literacy VALUE rubric*. Washington: Association of American Colleges and Universities. Retrieved May 27, 2016 (https://www.aacu.org/value/rubrics/quantitative-literacy).

4. Bennett, Jeffrey. 2012. *Math for life: Crucial ideas you didn't learn in school*. Greenwood: Roberts & Company.

5. Best, Joel. 2001. *Damned lies and statistics: Untangling numbers from media, politicians, and activists*. Berkeley: University of California Press.

6. Best, Joel. 2004. *More damned lies and statistics: How numbers confuse public issues*. Berkeley: University of California Press.

7. Bok, Derek. 2006. *Our underachieving colleges: A candid look at how much students learn and why they should be learning more*. Princeton: Princeton University Press.

8. Bressoud, David. 2009. Establishing the quantitative thinking program at Macalester. *Numeracy 2(1): article 3*. Retrieved May 27, 2017 (http://scholarcommons.usf.edu/numeracy/vol2/iss1/art3).

9. Briggs, William L. 2006. What mathematics should all college students know? Pp. 17-19 in *Current practices in quantitative literacy*, edited by Rick Gillman. Washington: Mathematical Association of America.

10. Carnegie Foundation for the Advancement of Teaching. n.d. *Carnegie math pathways*. Retrieved May 27, 2016 (http://www.carnegiefoundation.org/in-action/carnegie-math-pathways/).

11. Carnevale, Anthony P., & Donna M. Desrochers. 2003. The democratization of mathematics. Pp. 21-31 in *Quantitative literacy: Why numeracy matters for schools and colleges*, edited by Bernard L. Madison and Lynn Arthur Steen. Princeton: National Council on Education and the Disciplines. Retrieved May 27, 2016 (http://www.maa.org/sites/default/files/pdf/QL/WhyNumeracyMatters.pdf).

12. Child Trends. 2015. *Mathematics proficiency*. Retrieved May 27, 2016 (http://www.childtrends.org/?indicators=mathematics-proficiency).

13. City University of New York Office of Institutional Research. 2014. *2014 Student experience survey*. Retrieved May 27, 2016 (http://www.cuny.edu/about/administration/offices/ira/ir/surveys/student/SES_2014_Report_Final.pdf).

14. Contreras, Frances, & Gilbert J. Contreras. 2015. Raising the bar for Hispanic serving institutions: An analysis of college completion and success rates. *Journal of Hispanic Higher Education* 14(2): 151-170.

15. Darling-Hammond, Linda, editor. 2008. *Powerful learning: What we know about teaching for understanding*. San Francisco: Jossey-Bass.

16. Diefenderfer, Caren, Ruth Doan, & Christina Salowey. 2006. The quantitative reasoning program at Hollins University. Pp. 41-48 in *Current practices in quantitative literacy*, edited by Rick Gillman. Washington: Mathematical Association of America.

CONFIDENTIAL

17. Fink, John B., & Eric D. Nordmoe. 2006. A decade of quantitative reasoning at Kalamazoo College. Pp. 51-62 in *Current practices in quantitative literacy*, edited by Rick Gillman.  Washington: Mathematical Association of America.

18. Ganter, Susan L. 2006. Issues, politics and activities in the movement for quantitative literacy. Pp. 11-15 in *Current practices in quantitative literacy*, edited by Rick Gillman.  Washington: Mathematical Association of America.

19. Gay, Geneva. 2010. *Culturally responsive teaching*. Second edition. New York: Teachers College Press.

20. Giersch, Sarah, & Flora McMartin. 2014. *Promising models and practices to support change in entrepreneurship education*. Epicenter Technical Brief 2. Stanford: National Center for Engineering Pathways to Innovation. Retrieved May 27, 2016 (http://epicenter.stanford.edu/documents/191).

21. Gordon, Sheldon, & Jack Winn. 2006. Interconnected quantitative learning at Farmingdale State. Pp. 55-62 in *Current practices in quantitative literacy*, edited by Rick Gillman.  Washington: Mathematical Association of America.

22. Grawe, Nathan, & Carol A. Rutz. 2009. Integration with writing programs: A strategy for quantitative reasoning program development. *Numeracy* 2(2): article 2. Retrieved May 27, 2016 (http://scholarcommons.usf.edu/numeracy/vol2/iss2/art2).

23. Grove, Allen. 2015. SAT scores for admission to the senior colleges of CUNY. *About.com*. Retrieved May 27, 2016 (http://collegeapps.about.com/od/sat/a/cuny-sat-scores.htm).

24. Grubb, W. Norton, & Rebecca D. Cox. 2005. Pedagogical alignment and curricular consistency: The challenges for developmental education. *New Directions for Community Colleges* 129: 83-103.

25. Haines, Beth, & Joy Jordan. 2006. Quantitative reasoning across the curriculum. Pp. 63-68 in *Current practices in quantitative literacy*, edited by Rick Gillman.  Washington: Mathematical Association of America.

26. Hartzler, Rebecca, & Deann Leoni. 2006. Mathematics across the curriculum. Pp. 69-74 in *Current practices in quantitative literacy*, edited by Rick Gillman.  Washington: Mathematical Association of America.

27. Hillyard, Cinnamon, Jane Korey, Deann Leoni, & Rebecca Hartzler. 2010. Math across the community college curriculum (MAC[3]): A successful path to quantitative literacy. *MathAMATYC Educator* 1(2): 4-9.

28. Johnson, Jerry. 2006. Math across the curriculum at UNR. Pp. 75-80 in *Current practices in quantitative literacy*, edited by Rick Gillman.  Washington: Mathematical Association of America.

29. Johnson, Yvette Nicole, & Jennifer J. Kaplan. n.d. Assessing the quantitative literacy of students at a large public research university. Retrieved May 27, 2016 (http://www.statlit.org/pdf/2008JohnsonKaplanCRUME.pdf).

30. Lakin, Joni M., & Emily R. Lai. 2012. Multigroup generalizability analysis of verbal, quantitative and nonverbal ability tests for culturally and linguistically diverse students. *Educational & Psychological Measurement* 72(1): 139-158.

31. Madison, Bernard L. 2003. The many faces of quantitative literacy. Pp. 3-6 in *Quantitative literacy: Why numeracy matters for schools and colleges*, edited by Bernard L. Madison and Lynn Arthur Steen. Princeton: National Council on Education and the Disciplines. Retrieved May 27, 2016 (http://www.maa.org/sites/default/files/pdf/QL/WhyNumeracyMatters.pdf).

32. Madison, Bernard L. 2009. All the more reason for QR across the curriculum. *Numeracy* 2(1): article 1. Retrieved May 27, 2016 (http://scholarcommons.usf.edu/numeracy/vol2/iss1/art1).

33. Markham, William T. 1991. Research methods in the introductory course: To be or not to be? *Teaching Sociology* 19(4): 464-71.

CONFIDENTIAL

34. Master, V.A., T.V. Johnson, A. Abbasi, S.S. Ehrlich, R.S. Kleris, S. Abbasi, A. Prater, A. Owen-Smith, & M. Goodman. 2010. Poorly numerate patients in an inner city hospital misunderstand the American Urological Association. *Urology* 75(1): 148-152. Retrieved May 27, 2016 (http://www.ncbi.nlm.nih.gov/pubmed/19819537).

35. Murnane, Richard J., John B. Willett, & Frank Levy. 1995. The growing importance of cognitive skills in wage determination. *Review of Economics and Statistics* 77(2): 251-266. Retrieved May 27, 2016 (http://www.jstor.org/stable/2109863?seq=1#page_scan_tab_contents).

36. Nelson, Wendy, Valerie F. Reyna, Angela Fagerlin, Isaac Lipkus, & Ellen Peters. 2008. Clinical implications of numeracy: Theory and practice. *Annals of Behavioral Medicine* 35(3): 261-274. Retrieved May 27, 2016 (http://faculty.psy.ohio-state.edu/peters/lab/pubs/publications/2008_NelsonReynaEtAl_Numeracy_ABM.pdf).

37. Pappamihiel, N. Eleni, & Marcio Moreno. Retaining Latino students: Culturally responsive instruction in colleges and universities. *Journal of Hispanic Education* 10(4): 331-344.

38. Paulos, John Allen. 2001. *Innumeracy: Mathematical illiteracy and its consequences*. New York: Hill & Wang.

39. Paulos, John Allen. 2015. *A numerate life: A mathematician explores the vagaries of life, his own and probably yours*. Amherst: Prometheus Books.

40. Powell, Wayne, & David Leveson. 2002. The unique role of introductory geology courses in teaching quantitative reasoning." Retrieved May 27, 2016 (http://academic.brooklyn.cuny.edu/quant/powell.htm).

41. Rivera-Batiz, Francisco L. 1992. Quantitative literacy and the likelihood of employment among young adults in the United States. *Journal of Human Resources* 27(2): 313-328.

42. Robinson, Peter. 1998. Literacy, numeracy and economic performance. *New Political Economy* 3(1): 143-149. Retrieved May 27, 2016 (http://www.tandfonline.com/doi/abs/10.1080/13563469808406341?journalCode=cnpe20&#.V0U-wORWJdw).

43. Rotman, Jack. Inside new life: A grand vision for developmental mathematics. 2013. *MathAMATYC Educator* 4(2): 27-35. Retrieved May 27, 2016 (https://c.ymcdn.com/sites/www.amatyc.org/resource/resmgr/educator_may_2013/rotman2013maymae.pdf).

44. Samuel, Karissa R., & Joyce A. Scott. 2014. Promoting Hispanic student retention at two Texas community colleges. *Research in Higher Education Journal* 25: 1-12. Retrieved May 27, 2016 (http://files.eric.ed.gov/fulltext/EJ1055319.pdf).

45. Schneps, Leila, & Coralie Colmez. 2013. *Math on trial: How numbers get used and abused in the courtroom*. New York: Basic Books.

46. Shavelson, Richard J. 2008. Reflections on quantitative reasoning: An assessment perspective. Pp. 27-44 in *Calculation vs. context: Quantitative literacy and its implication for teacher education*, edited by Bernard L. Madison & Lynn Arthur Steen. Washington: Mathematical Association of America.

47. Steen, Lynn Arthur. 2004. *Achieving quantitative literacy: An urgent challenge for higher education*. Washington: Mathematical Association of America.

48. Steen, Lynn Arthur. 2004. Everything I needed to know about averages I learned in college.'' *Peer Review* 6(4): 4-8. Retrieved May 27, 2016 (https://www.aacu.org/publications-research/periodicals/everything-i-needed-know-about-averages-i-learned-college).

49. Sturm, Susan, & Molly Delano. Bronx corridors to college: Mapping needs, capacities, and drivers. Center for Institutional and Social Change, Columbia Law School and Hostos Community College.

50. Taylor, Corrine. 2006. Quantitative reasoning at Wellesley College. Pp. 141-146 in *Current practices in quantitative literacy*, edited by Rick Gillman. Washington: Mathematical Association of America.

51. Tennessee Tech University. 2016. "Critical thinking assessment test." Retrieved May 27, 2016 (https://www.tntech.edu/cat).

52. Todd, Vicki & John Wagaman. 2015. Implementing quantitative literacy at Southwestern Community College, North Carolina. *Numeracy* 8(2): 9. Retrieved May 27, 2016 (http://scholarcommons.usf.edu/numeracy/vol8/iss2/art9).

53. Wang, Frank, & Esther Isabelle Wilder. 2015. Numeracy infusion course for higher education, 1: Teaching faculty how to improve students' quantitative reasoning skills through cognitive illusion. *Numeracy* 8(2): article 6. Retrieved May 27, 2016 (http://scholarcommons.usf.edu/numeracy/vol8/iss2/art6/).

54. Wang, Frank. 2015. Numeracy infusion course for higher education (NICHE), 2: Development of students' Bayesian reasoning skills: A case study. *Numeracy* 8(2): article 7. Retrieved May 27, 2016 (http://scholarcommons.usf.edu/numeracy/vol8/iss2/art7/).

55. Wiest, Lynda R., Heidi J. Higgins, & Janet Hart Frost. 2007. Quantitative literacy for social justice. *Equity & Excellence in Education* 40: 47-55.

56. Wilder, Esther Isabelle. 2009. Responding to the quantitative literacy gap among students in sociology courses. *Teaching Sociology* 37(2): 151-70.

57. Wilder, Esther Isabelle. 2010. A qualitative assessment of efforts to integrate data analysis throughout the sociology curriculum: Feedback from students, faculty and alumni. *Teaching Sociology* 38(2): 226-246.

58. Wilder, Esther Isabelle. 2012. Teaching quantitative literacy/quantitative reasoning (QL/QR) skills: A numeracy infusion course for higher education. Pp. 2676-2690 in *Proceedings of the 2012 joint statistical meetings*. Alexandria: American Statistical Association.

59. Wilder, Esther Isabelle. 2015. Resources for infusing quantitative reasoning skills throughout the sociology curriculum. *Teaching/Learning Matters* 44(3): 15-16.

60. Wilder, Esther Isabelle, Elin Waring, Frank Wang, & Dene Hurley. 2013. The key components of a numeracy infusion course for higher education (NICHE): Using best practices to train faculty. Pp. 1850-1864 in *Proceedings of the 2013 joint statistical meetings*. Alexandria: American Statistical Association.

61. Wilder, Esther Isabelle, Elin Waring, Frank Wang, & Dene Hurley. 2014. A numeracy infusion course for higher education (NICHE): Strategies for effective quantitative reasoning (QR) instruction. In *Sustainability in statistics education: Proceedings of the ninth international conference on teaching statistics (ICOTS9)*, edited by K. Makar, B. De Sousa, & R. Gould. Voorburg: International Statistical Institute. Retrieved May 27, 2016 (http://iase-web.org/icots/9/proceedings/pdfs/ICOTS9_7D3_WILDER.pdf).

62. Wilder, Esther Isabelle, Rebecca West, & Frank Wang. 2016. A numeracy infusion course for higher education (NICHE): Strategies for effective quantitative reasoning instruction. Paper presented at the Envisioning the Future of Undergraduate STEM Education (EnFUSE): Research and Practice Symposium, AAAS and NSF.

63. Wilder, Esther Isabelle. 2016. *Numeracy infusion course for higher education (NICHE) website*. Retrieved May 28, 2016 (www.teachqr.org).

64. Williams, M.V., R.M. Parker, D.W. Baker, N.S. Parikh, K. Pitkin, W.C. Coates, & J.R. Nurss. 1995. Inadequate functional health literacy among patients at two public hospitals. *Journal of the American Medical Association* 274(21): 1677-82. Retrieved May 27, 2016 (http://www.ncbi.nlm.nih.gov/pubmed/7474271).

CONFIDENTIAL

**Sarah Louise Hoiland**
**Biographical Sketch**

## (a) Professional Preparation

| INSTITUTION AND LOCATION | DEGREE | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Gonzaga University, Spokane, WA | B.A. | 1997 | Sociology and Criminal Justice |
| University of San Francisco School of Law, San Francisco, CA | | 2002-2003 | Law |
| The New School for Social Research, New York, NY | M.A. | 2007 | Sociology |
| The New School for Social Research, New York, NY | Ph.D. | 2012 | Sociology |

## (b) Appointments

2013-present          Assistant Professor, Behavioral & Social Sciences Department, Hostos
                              Community College, CUNY
2008-2013            Professor, Polk State College, Winter Haven, FL (formerly Polk
                              Community College)

## (c) Publications

Ozuna, A., Hoiland, S. and Nunez-Rodriguez, N. (in press). Exploring connections between
     racial identity, societal norms and chemical products. *Touchstone*.

Wolfe, K.S., and Hoiland, S.L. (2016). Assessing student quantitative reasoning and quantitative
     literacy beliefs in an urban community college. Manuscript submitted for publication.

Wolfe, K. S., Hoiland, S., L., Lyons, K., Guevara, C., Burrell, K. DiSanto, J., Figueroa, S.,
     Davis, A., Poma, I. Rodriguez, W. & Ridley, L. (2016). Hostos Online Learning
     Assessment (HOLA):  A survey of student perceptions. *Hispanic Educational
     Technology Services Online Journal, 6*(2).  Retrieved from
     http://hets.org/ejournal/2016/04/28/hostos-online-learning-assessment-a-survey-of-
     student-perceptions/.

## (d) Synergistic Activities

- Panel organizer and leader of an American Sociological Association's Teaching
  Workshop "Teaching Quantitative Literacy and Reasoning in the Social Sciences"
  (August 2017).

CONFIDENTIAL

- Faculty Participant, Numeracy Infusion Course for Higher Education (NICHE) Project (NSF DUE #1121844)

- Bronx Corridors to College Initiative (funded by The Ford Foundation) with Columbia University's Center for Institutional and Social Change (a justice-involved working group) (Fall 2015-present).

- Hostos Online Learning Assessment (HOLA) Task Force:  developed a survey instrument to assess student perceptions of online learning, presented results at two conferences and published results with several co-authors in the Hispanic Educational Technology Services Online Journal (Spring 2015-present).

- Florida Campus Compact STEM Faculty Fellow 2012-2013:  presented to faculty at four college and university campuses in Florida to encourage faculty to integrate STEM service-learning projects into the curriculum in both STEM and non-STEM disciplines.

CONFIDENTIAL

Kate Susan Wolfe
Biographical Sketch

**(a) Professional Preparation**

| INSTITUTION AND LOCATION | DEGREE | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| University of Texas, El Paso, TX | B.A. | 1981-1986 | Psychology |
| University of Texas, El Paso, TX | M.A. | 1986-1989 | Experimental Psychology |
| University of Houston, Houston, TX | Ph.D. | 1991-1994 | Social Psychology |
| Postdoctoral Research Fellow at University of California Los Angeles, Los Angeles, CA | | 1994-1995 | Drug Abuse Research Center |

**(b) Appointments**

2012-present   Assistant Professor, Department of Behavioral and Social Sciences, Hostos Community College, CUNY
2004-2011   Instructor, Psychology Department, Seattle Central College
2002-2004   Instructor, Psychology Department, Portland Community College (OR)
2001-2002   Instructor, Liberal Arts Department, Danville Area Community College (IL)
2000-2001   Instructor, Psychology Department, Highline Community College (WA)
1999-2000   Project Director, Department of Social Work, University of Washington
1998-1999   Instructor, Psychology Department, Houston Community College
1997-1998   Assistant Director, Social Psychology/Behavioral Medicine Research Training Group, University of Houston
1996-1997   Assistant Professor, Psychology Department, Texas A&M International University
1995-1996   Project Manager, Drug Abuse Research Center, University of California at Los Angeles

**(c) Publications**

**(i) Five most closely related to project**

Seixas, A. & Wolfe, K. (2014). Using iPads as a creative tool in teaching psychology at an urban community college. *Touchstone, 7*(1), 33-38.

Varelas, A., Wolfe, K. S., & Ialongo, E. (2015), Building a better student: Developing critical thinking and writing in the community college, from freshman semester to graduation. *The Community College Enterprise: A Journal of Research and Practice, 21*(2), 76-92.

Wolfe, K. S. (2015). Emerging information literacy and research methods competencies in urban community college psychology students. *The Community College Enterprise: A Journal of Research and Practice, 21*(2), 93-99.

Wolfe, K. S., Hoiland, S., L., Lyons, K., Guevara, C., Burrell, K. DiSanto, J., Figueroa, S., Davis, A., Poma, I. Rodriguez, W. & Ridley, L. (2016). Hostos online learning assessment (HOLA): A survey of student perceptions. *Hispanic Educational Technology Services Online Journal, 6*(2). Retrieved from http://hets.org/ejournal/2016/04/28/hostos-online-learning-assessment-a-survey-of-student-perceptions/

CONFIDENTIAL

P000188

Wolfe, K. S. & Hoiland, S. L. (2016). Assessing student quantitative reasoning and quantitative literacy beliefs  in an urban community college. Manuscript submitted for publication.

**(ii) Five other significant publications**

Nunez-Rodriguez, N., DiSanto, J., Varelas, A., Brennan, S., Wolfe, K., & Ialongo, E. (2016). Building understanding of high-school students' transition to college. Manuscript submitted for publication.

NOTE: Kate S. Wolfe changed her name from Susanna M. Perry.

Evans, R. W., Evans, R. I., Carvajal, S. & **Perry, S.** (1996). A survey of injuries of Broadway performers. *American Journal of Public Health, 86*(1), 77-80.

**Perry, S. M.** (1995). Lesbian alcohol and marijuana use: Correlates of HIV risk behaviors and abusive relationships. *Journal of Psychoactive Drugs, 27*(4), 413-419.

Prendergast, M., Grella, C., **Perry, S. M.**, & Anglin, M. D. (1995). Levo-alpha-acetylmethadol (LAAM): Clinical, policy, and research issues of a new pharmacotherapy for opiate addiction. *Journal of Psychoactive Drugs, 27*(3), 239-247.

Whitworth, R. H. & **Perry, S. M.** (1990). Comparison of Anglo and Mexican-Americans on the 16 PF administered in Spanish or English. *Journal of Clinical Psychology, 46*(6), 857-863.

**(d)  Synergistic Activities**

• Assessment Coordinator for online learning and member of the Hostos Online Learning Assessment Task Force (HOLA). The HOLA Task Force developed a survey instrument, published an article, and has made multiple presentations at CUNY conferences.

• Panelist, Teaching Workshop. Teaching Quantitative Literacy and Reasoning in the Social Sciences. American Sociological Association Conference (August, 2016).

• Participant in faculty development workshop, "Using the American Community Survey (ACS) to Introduce Demographic Approaches in Undergraduate Classes," NIH Project #1R25HD078226-01. Ann, Arbor:  University of Michigan.

• Member of the Center for Teaching and Learning's Quantitative Reasoning/ Quantitative Literacy Subcommittee. Organized faculty development workshops 2014-2015 and presented at several CUNY conferences on QR/QL.

• Visiting Scholar (2014-2015) at Columbia University Teachers College as a Metropolitan Colleges Institute for Teaching Improvement (MetroCITI) Fellow.

CONFIDENTIAL

## Esther Isabelle Wilder
## Biographical Sketch

**(a) Professional Preparation**

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| Haverford College, Haverford, PA | | 1985-86 | Liberal Arts |
| University of Massachusetts, Amherst, MA | B.A. | 1991 | Journalism |
| Brown University, Providence, RI | M.A. | 1993 | Sociology |
| Brown University, Providence, RI | Ph.D. | 1997 | Sociology |

**(b) Appointments**

2012-present   Professor, Department of Sociology, Lehman College, CUNY, and the Graduate Center, CUNY
2006-2012   Associate Professor, Department of Sociology, Lehman College, CUNY, and the Graduate Center, CUNY
2003-2005   Assistant Professor, Program in Sociology, The Graduate Center, CUNY
2002-2005   Assistant Professor, Department of Sociology and Social Work, Lehman College, the City University of New York (CUNY)
1999-2002   Assistant Professor, Department of Sociology, University of Oklahoma
1997-1999   Visiting Assistant Professor, Department of Sociology, Wellesley College
1996-1997   Instructor, Department of Sociology and Anthropology, University of Rhode Island
1994-1995   Teaching Assistant, Department of Sociology, Brown University

**(c) Publications**

**(i) Five most closely related to project**

Wang, Frank and Esther Isabelle Wilder.  2015.  "Numeracy Infusion Course for Higher Education, 1: Teaching Faculty How to Improve Students' Quantitative Reasoning Skills through Cognitive Illusions."  *Numeracy* 8(2): Article 6.  Available URL: http://scholarcommons.usf.edu/numeracy/vol8/iss2/art6/

Wilder, Esther Isabelle, Elin Waring, Frank Wang, and Dene Hurley.  2014.  "A Numeracy Infusion Course for Higher Education (NICHE): Strategies for Effective Quantitative Reasoning (QR) Instruction."  In K. Makar, B. De Sousa, and R. Gould (editors), *Sustainability in Statistics Education: Proceedings of the Ninth International Conference on Teaching Statistics (ICOTS9),* Flagstaff, Arizona.  Voorburg, The Netherlands: International Statistical Institute.  Available URL: http://icots.info/9/proceedings/pdfs/ICOTS9_7D3_WILDER.pdf

Wilder, Esther Isabelle.  2012.  "Teaching Quantitative Literacy/Quantitative Reasoning (QL/QR Skills): A Numeracy Infusion Course for Higher Education."  *Proceedings of the 2012 Joint Statistical Meetings.* Alexandria, Virginia: American Statistical Association.  Pp 2676-2690.

Wilder, Esther Isabelle.  2010.  "A Qualitative Assessment of Efforts to Integrate Data Analysis throughout the Sociology Curriculum:  Feedback from Students, Faculty and Alumni."  *Teaching Sociology* 38(3): 226-246.  Available URL:  http://tso.sagepub.com/content/38/3/226.abstract

CONFIDENTIAL

Wilder, Esther Isabelle.  2009.  "Responding to the Quantitative Literacy Gap among Students in Sociology Courses."  *Teaching Sociology* 37(2):151-170.  Available URL: http://tso.sagepub.com/content/37/2/151.abstract

**(ii) Five other significant publications**

Walters, William H. and Esther Isabelle Wilder.  2016.  "Disciplinary, National and Departmental Contributions to the Literature of Library and Information Science, 2007-2012."  *Journal of the Association for Information Science and Technology* 67(6): 1487-1506.

Wilder, Esther Isabelle.  2014.  "Defining and Measuring the Socioeconomic Status of Jews." *Studies in Contemporary Jewry* 27: 109-132.

Wilder, Esther Isabelle.  2006.  *Wheeling and Dealing:  Living with Spinal Cord Injury*.  Nashville: Vanderbilt University Press.  (Awarded the Norman L. and Roselea J. Goldberg Prize for the best work in medicine by faculty editorial committee at Vanderbilt University Press.)

Wilder, Esther Isabelle and William H. Walters.  2005.  *Voices from the Heartland:  The Needs and Rights of Individuals with Disabilities*.  Brookline, Massachusetts:  Brookline Books.

Wilder, Esther I., and Toni Terling Watt.  2002.  "Risky Parental Behavior and Adolescent Sexual Behavior at First Coitus."  *The Milbank Quarterly* 80, 3: 481-524.  Available URL: http://www.milbank.org/800302.html

**(d)  Synergistic Activities**

- Founder and Director of the Lehman College Quantitative Reasoning (QR) Program (2010-2015) and Developer/Director of QR online program to train faculty and doctoral students in best practices for quantitative reasoning (QR) instruction both at Lehman and CUNY-wide, 2015-present.

- Principal Investigator (with Dene Hurley, co-PI and  Frank Wang, co-PI).  "Numeracy Infusion Course for Higher Education (NICHE): A Project of the City University of New York (CUNY) Quantitative Reasoning Alliance." National Science Foundation (NSF).  2011-2016.  ($600,000).

- Active involvement in the National Numeracy Network (NNN), including organizing the 2012 national conference at Lehman/CUNY and serving on the Board (2012-2015).

- Principal Investigator (with Kofi Benefo, co-PI, Elhum Haghighat, co-PI, and Elin Waring, co-PI). "Integrating Data Analysis into the Curriculum:  Responding to the Scientific Literacy Gap Among Undergraduate Students in the Social Sciences."  National Science Foundation (NSF).  2004-2007. ($175,000).

- Consultant for and/or participant in a variety of national QR faculty development projects (various years, 2002-present) including: (1) consultant on NSF DUE 0816517 ("Infusing Quantitative Literary Throughout the Social Sciences Curriculum"); (2)  Project Outreach Support, "Using the American Community Survey (ACS) to Introduce Demographic Approaches in Undergraduate Classes," NIH Project #1R25HD078226-0; and (3) workshop participant as a part of NSF DUE #0088715 and #0089006 ("Collaborative Project on Integrating Census Data Analysis into the Curriculum").

CONFIDENTIAL

**Laura C. Broughton**
**Biographical Sketch**

**(a) Professional Preparation**

| INSTITUTION AND LOCATION | DEGREE | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Dartmouth College, Hanover, NH | B.A. B.A. | 1995 1995 | Anthropology Evolutionary Environmental Biology |
| Michigan State University, East Lansing, MI | Ph.D. | 2001 | Zoology |
| The Marine Biological Laboratory, Woods Hole, MA | | 2001-2005 | Climate Change |

**(b) Appointments**

2011-present        Associate Professor, Biology/ Medical Laboratory Technician (MLT), Bronx  Community College, CUNY

2005-2011        Assistant Professor, Biology/ MLT, Bronx Community College, CUNY

**(c) Publications**

Wach, H., L. Broughton, and S. Powers. (2011). Blending in the Bronx: The dimensions of hybrid course development at Bronx Community College.  *Journal of Asynchronous Learning Networks 15(1):* 87-94. http://sloanconsortium.org/jaln/v15n1/blending-bronx-dimensions-hybrid-course-development-bronx-community-college

L. C. Broughton. (2000). Success through synergy: Integrating ideas from multiple workshops into an introductory general biology class. *The Scholarship of Teaching: Faculty Development through Cross-Campus Collaboration*, a capstone publication for the BCC-Lehman Title V grant, 2007.

Broughton, L.C. and K.L. Gross. (2000). Patterns of diversity in plant and soil microbial communities along a productivity gradient in a Michigan old-field.  *Oecologia  125 (3):* 420-427. URL: http://link.springer.com/article/10.1007%2Fs004420000456

P000192

**(d)  Synergistic Activities**

1. Member of the Leadership Council (2006 to present) and Faculty Mentor (2008 to present) in the Center for Teaching, Learning, and Technology at Bronx Community College for the Blackboard-based faculty development program. Faculty mentors run the faculty development program, and provide ongoing support to faculty through email, progress reports, and in-person conferences throughout the 9 months of development, which leads to delivery of online courses.  As a result, she has published in *JALN* and presented at numerous conferences (internally at BCC, and externally at the CUNY IT conference, the Educause NERCOMP conference, and the Sloan Consortium Blended Learning Conference).

2. Faculty Mentor (2013 to present) in the Center for Teaching Learning, and Technology for the New Faculty Seminar at Bronx Community College.  Faculty mentors run the New Faculty Seminar, a year-long program to orient new faculty to the campus and to introduce them to the culture of teaching and learning that has proven successful in improving student learning. The New Faculty Seminar focuses on three main themes: pedagogy, assessment and faculty career planning.

3. Co-course coordinator for the Introductory General Biology sequence with Dr. Chris Robinson and Ms. Rebeca Araya (2008 to present), which has an enrollment of 1000 students per year.  Duties as coordinator include creating and piloting new laboratory activities, and compiling, revising and editing the Course Materials and Study Guide and the Visual Supplements for both Biology 11 and Biology 12 each year.   Additionally, she designed and maintains a website (https://sites.google.com/site/bio1112atbcc/home), which is intended for use by all Introductory General Biology instructors and students.

4. Faculty Coordinator (2008 – 2010) of the Quantitative Literacy (QL) Initiative for the Sciences, in cooperation with the BCC Center for Teaching Excellence and with funding from a Perkins Grant, to incorporate quantitative reasoning skills and activities into several core Biology and Chemistry courses at least 900 students were impacted during the time period of the project.  Results from the project were presented at the National Numeracy Conference.  As a consequence of the experience, she was recruited to be a liaison to the CUNY Quantitative Reasoning Alliance and participated in the Numeracy Infusion Course for Higher Education (NICHE), funded by NSF TUES grant # 1121844.

5. Developed a new selected topics biology course and a new general biology laboratory course to meet the new common core requirements of the CUNY Pathways Initiative (2013).  She has also developed and taught hybrid (or blended) versions of Introductory General Biology 1 and 2 and a writing intensive version of Introductory General Biology 2.

## NSF Biographical Sketch

Frank Wang
Department of Mathematics, Engineering, and Computer Science
LaGuardia Community College of the City University of New York
31-10 Thomson Avenue
Long Island City, NY 11101
Phone: (718)-482-5494
Email: fwang@lagcc.cuny.edu

### A. PROFESSIONAL PREPARATION

| College/University | Major | Degree & Year |
|---|---|---|
| National Tsing Hua University, Taiwan | Physics and Mathematics | B.Sc., 1993 |
| Columbia University, New York | Physics | Ph.D., 1998 |

### B. ACADEMIC/PROFESSIONAL APPOINTMENTS

*LaGuardia Community College of the City University of New York*

| | |
|---|---|
| 09/2011 – present | Professor, Department of Mathematics, Engineering, and Computer Science |
| 09/2008 – 08/2011 | Associate Professor, Department of Mathematics, Engineering, and Computer Science |
| 06/2004 – 08/2008 | Assistant Professor, Department of Mathematics |

*Cooper Union, New York*

| | |
|---|---|
| 09/1998 – 12/2002 | Adjunct Professor, Department of Physics |

*Columbia University, New York*

| | |
|---|---|
| 09/1995 – 05/1998 | Graduate Research Assistant, Department of Physics |
| 09/1993 – 05/1999 | Graduate Teaching Assistant, Department of Physics |

### C. PUBLICATIONS

**Publications Most Closely Related to Proposal**

1. Frank Wang and Esther I. Wilder, "Numeracy Infusion Course for Higher Education," *Numeracy*, **8** (2), 6 (2015).
2. Frank Wang, "Development of Students' Bayesian Reasoning Skills," *Numeracy*, **8** (2), 7 (2015).
3. Frank Wang, "Moving Clocks Do Not Always Appear to Slow Down: Don't Neglect the Doppler Effect," *Physics Teacher*, **51**, 154 (2013).
4. Frank Wang, "Application of the Lambert *W* function to the SIR epidemic model," *College Mathematics Journal*, **41** (2), 156 (2010)
5. Frank Wang and Marina Dedlovskaya "Do Your Students Suffer from the MPG Illusion?" *New York State Mathematics Teachers' Journal* **59** (3) 123 (2009).

P000194

**Other Significant Publications**

1. Frank Y. Wang "Memristor and Memristive Switching Mechanism" *Journal of Nanophotonics* **2** 020304 (2008).

2. Frank Y. Wang "Specific heat of an Ideal Bose Gas above the Bose Condensation Temperature" *American Journal of Physics* **72** 1193 (2004).

3. Frank Y. Wang "Relativistic Orbits with Computer Algebra" *American Journal of Physics* **72** 1040 (2004).

4. Frank Y. Wang, M. A. Ruderman, J. P. Halpern and T. Zhu "Models for X-Ray Emission from isolated Pulsars" *Astrophysical Journal* **498** 373 (1998).

5. J. P. Halpern and Frank Y. Wang "A Broad-Band X-Ray Study of the Geminga Pulsar" *Astrophysical Journal* **477** 905 (1997).

### *D. SYNERGISTIC ACTIVITIES*

1. Co-PI for *Numeracy Infusion Course for Higher Education* funded by the NSF to promote quantitative reason across disciplines.

2. Faculty leader in *Project Quantum Leap* (PQL).  PQL is funded by the U.S. Department of Education to promote teaching basic skills mathematics in compelling contexts to a new setting and population—high-risk urban community college students.

3. Media Highlights correspondent for the *College Mathematics Journal*.  This column contains short reviews intended to help mathematicians monitor a broad spectrum of publications, professional activities, and instructional resources.

4. Course coordinator for MAT 204 Elementary Differential Equations at LaGuardia Community College.

5. Former member of LaGuardia Institutional Review Board (IRB), and the acting chair from 2007 to 2008, vice chair from 2010 to 2011.

## SUMMARY
## PROPOSAL BUDGET            YEAR    1

| | | | | FOR NSF USE ONLY | | |
|---|---|---|---|---|---|---|
| ORGANIZATION | | | | PROPOSAL NO. | DURATION (months) | |
| **CUNY Hostos Community College** | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | | | AWARD NO. | | |
| **Sarah Hoiland** | | | | | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates (List each separately with title, A.7.  show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Sarah L Hoiland - PI** | 0.00 | 0.76 | 0.76 | **12,000** | |
| 2. **Kate Wolfe - Faculty Associate** | 0.00 | 0.00 | 0.36 | **3,000** | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **2** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.00 | 0.76 | 1.12 | **15,000** | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.00 | 0.00 | 0.00 | **0** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **0** ) UNDERGRADUATE STUDENTS | | | | **0** | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **0** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **15,000** | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **5,280** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **20,280** | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **3,000** | |
| 2.  FOREIGN | | | | **0** | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ ———————— **0** | | | | | |
| 2. TRAVEL         ———————— **0** | | | | | |
| 3. SUBSISTENCE    ———————— **0** | | | | | |
| 4. OTHER          ———————— **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS     ( **0** )      TOTAL PARTICIPANT COSTS | | | | **0** | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **6,632** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **0** | |
| 3. CONSULTANT SERVICES | | | | **6,990** | |
| 4. COMPUTER SERVICES | | | | **0** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **1,700** | |
| TOTAL OTHER DIRECT COSTS | | | | **15,322** | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | **38,602** | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| **Wages and Salaries (Rate: 65.0000, Base: 20280)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **13,182** | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **51,784** | |
| K.  SMALL BUSINESS FEE | | | | **0** | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **51,784** | |
| M. COST SHARING PROPOSED LEVEL $        **0**      AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Sarah Hoiland** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Lourdes Torres** | | | |

1 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

CONFIDENTIAL

# SUMMARY
## PROPOSAL BUDGET

YEAR **2**

| | | | | FOR NSF USE ONLY | | |
|---|---|---|---|---|---|---|
| ORGANIZATION **CUNY Hostos Community College** | | | | PROPOSAL NO. | DURATION (months) | |
| | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Sarah Hoiland** | | | | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Sarah L Hoiland - PI** | 0.00 | 0.73 | 0.73 | **12,000** | |
| 2. **Kate Wolfe - Faculty Associate** | 0.00 | 0.00 | 0.35 | **3,000** | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **2** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.00 | 0.73 | 1.08 | **15,000** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.00 | 0.00 | 0.00 | **0** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **0** ) UNDERGRADUATE STUDENTS | | | | **0** | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **0** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **15,000** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **5,280** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **20,280** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **7,000** | |
| 2. FOREIGN | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ _____ **0** | | | | | |
| 2. TRAVEL _____ **0** | | | | | |
| 3. SUBSISTENCE _____ **0** | | | | | |
| 4. OTHER _____ **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS        ( **0** )        TOTAL PARTICIPANT COSTS | | | | **0** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **1,600** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **0** | |
| 3. CONSULTANT SERVICES | | | | **6,990** | |
| 4. COMPUTER SERVICES | | | | **0** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **3,086** | |
| TOTAL OTHER DIRECT COSTS | | | | **11,676** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **38,956** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **Wages and Salaries (Rate: 65.0000, Base: 20280)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **13,182** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **52,138** | |
| K. SMALL BUSINESS FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **52,138** | |
| M. COST SHARING PROPOSED LEVEL $        **0** | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME **Sarah Hoiland** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* **Lourdes Torres** | Date Checked | Date Of Rate Sheet | Initials - ORG |

2 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

CONFIDENTIAL

P000197

## SUMMARY
## PROPOSAL BUDGET   Cumulative

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **CUNY Hostos Community College** | PROPOSAL NO. | DURATION (months) | |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | AWARD NO. | Proposed | Granted |
| **Sarah Hoiland** | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Sarah L Hoiland - PI** | 0.00 | 1.49 | 1.49 | **24,000** | |
| 2. **Kate Wolfe - Faculty Associate** | 0.00 | 0.00 | 0.71 | **6,000** | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **2** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.00 | 1.49 | 2.20 | **30,000** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.00 | 0.00 | 0.00 | **0** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **0** ) UNDERGRADUATE STUDENTS | | | | **0** | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **0** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **30,000** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **10,560** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **40,560** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL       1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **10,000** | |
| 2. FOREIGN | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS       $_____ **0** | | | | | |
| 2. TRAVEL _____ **0** | | | | | |
| 3. SUBSISTENCE _____ **0** | | | | | |
| 4. OTHER _____ **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS       ( **0** )       TOTAL PARTICIPANT COSTS | | | | **0** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **8,232** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **0** | |
| 3. CONSULTANT SERVICES | | | | **13,980** | |
| 4. COMPUTER SERVICES | | | | **0** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **4,786** | |
| TOTAL OTHER DIRECT COSTS | | | | **26,998** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **77,558** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **26,364** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **103,922** | |
| K. SMALL BUSINESS FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **103,922** | |
| M. COST SHARING PROPOSED LEVEL $       **0** | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Sarah Hoiland** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Lourdes Torres** | | | |

C *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

CONFIDENTIAL

P000198

**Collaborative Research:  Numeracy Infusion for College Educators (NICE)**

**Budget Justification—PI Sarah Louise Hoiland**

**Senior Personnel**

**PI Sarah Hoiland** (Sociology, Hostos Community College, CUNY) will serve as co-Director of the Numeracy Infusion for College Educators (NICE) project. During the academic year, she will devote approximately 0.75 academic months and 0.75 summer months to project activities. This will provide her with 6 hours of reassigned time per academic year, so her teaching load will be reduced from 27 hours (typically 9 classes) to 21 hours (typically 7 classes). (Please note that both PIs Hoiland and Wilder have allocated the same number of hours of reassigned time and summer salary to this project, but the costs for reassigned time vary at the CUNY colleges.)

As co-Director of the NICE project, PI Hoiland will: (1) work collaboratively with PI Wilder to develop and refine NICE as well as the NICE assessment instruments, and together they will direct both in-person and online variants of the faculty development program; (2) recruit Hostos faculty for participation in the program; (3) ensure that the faculty development program meets the needs of faculty at HSI community colleges; (4) coordinate all the in-person activities at Hostos, including the faculty development meetings, the CAT sessions, and the NICE capstone conference; (5) direct all the qualitative data gathering and research activities, including the qualitative assessment questions and focus groups at the NICE capstone conference; (6) work closely with the CUNY QR Fellows (committed by University Dean Lucinda Zoe); (7) consult regularly with the team of external consultants; (8) actively promote the NICE project at Hostos and other CUNY schools in the Bronx; and (9) present at professional conferences, prepare annual reports, write papers for publication, and participate in a variety of dissemination activities (e.g., community college and HSI conferences).

**Faculty Associate Kate Wolfe** (Psychology, Hostos Community College) will serve as the Critical Thinking Assessment Test (CAT) Coordinator. She will devote 0.36 summer months to CAT coordination and training activities. Professor Wolfe will coordinate the distribution of CATs in NICE faculty participants' classes and lead the two 2-day CAT scoring sessions. Professor Wolfe will also analyze the CAT data and share the results with participating faculty in Year 2 of the project. She will also focus on research that assesses the effectiveness of this component of the NICE training program, including NICE assessment questions that address the utility of the CAT.

**Please note that PI Wilder has allocated funding for the NICE faculty participants and liaisons as she will serve as the Director of Recruitment and Admissions for the Program.**

**Fringe Benefits**

Fringe benefits are calculated at 49% for reassigned time and 26% for summer salary.

**Travel**

The budget includes $7,000 for PI Hoiland to attend conferences both for professional development, dissemination activities, and networking with faculty from similar institutions. This includes the following: 2018 American Sociological Association (August 11-14 in Philadelphia), 2017 Hispanic Education Technology Services (HETS) Conference (January, TBD), 2018 The Alliance of Hispanic Serving Institution Educators (AHSIE) Annual Conference (March, TBD), and the 2017 League for

Innovation in Community Colleges STEMTech (November 2016 in Philadelphia) or Innovations Conference (March 2017, San Francisco).

During the final year of the project, PI Hoiland will present the NICE project at the Bronx EdTech Conference, hosted by one of the three CUNY HSIs in the Bronx, and at the CUNY Conference on Undergraduate Education (CUE) Conference; both conferences will have many faculty from CUNY HSIs and/or CUNY two-year institutions. She will also visit one two-year HSI outside of CUNY during Year 2.

During Year 2, we have budgeted $3,000 for travel for our external assessment coordinator (Flora McMartin) and NICE consultant (Katherine Rowell) to attend the NICE Capstone Conference and meet with the NICE Leadership Team. Flora McMartin lives in California and Katherine Rowell lives in Ohio so both will need flights and accommodations to attend the conference.

**Please note that additional travel activities for PI Wilder are presented separately under her own budget justification.**

**Materials and Supplies**

We have budgeted $2,390 for costs associated with administering the Critical thinking Assessment Tests (CATs). This includes $1,990 for the 200 CAT exams (each exam costs $9.95) as well as the $200 institutional fee required for purchasing the exams. In addition, we have budgeted $200 for shipping and handling (both for receiving the exams and sending them back to Tennessee Tech). (We will order two shipments of the exams, 100 in each.)

The materials and supplies budget also includes $1,750 for PI Hoiland to purchase a laptop for research that includes a high quality audio system and microphone for recording interviews (for the focus groups in Year 2) and $250 for a laser printer. Although PI Hoiland currently has an office computer, she shares office space with 3 other full-time faculty. This renders it necessary for her to have a computer at home, especially since considerable work will be undertaken during the summer months to prepare for the online faculty development series and to co-facilitate it throughout the summer. Moreover, the assessment data will include some confidential material. In order to prepare materials for the NICE faculty development program, a printer will be necessary.

We have budgeted $1,242 for supplies directly associated with participant costs in the faculty training program. This amount is equivalent to $46/person for 27 people (this includes 20 faculty enrollees in NICE, 6 members of the leadership team, and our graduate research assistant). Each person will receive a reader packet with all the readings (articles and book chapters) for the NICE Program (approximately $30/person) as well as at least one QR book such as Joel Best's *Math for Life* (which costs approximately $25).

An additional $2,600 has been allocated for miscellaneous project supplies. This includes $200 for a transcribing machine for electronic interviews as well as miscellaneous supplies needed to undertake research on the project (paper, ink toner, copying expenses, etc.), institutional membership in organizations such as the National Numeracy Network (NNN), and posters and brochures to raise awareness of the NICE Project and to disseminate information. During the final year of the project we will also purchase certificates to distribute to all faculty participants in NICE who participate in our capstone conference and submit all required materials. These supplies will also supports Project Associate Wolfe's expenses associated with coordinatating the CAT sessions.

**Contractual Services**

We have allocated $7,990 for contractual services for our 2 external advisors/consultants (Flora McMartin and Katherine Rowell). Flora McMartin (Broad-based Knowledge, LLC), our external assessment coordinator, will receive $4990/year for her role in the project (her set fee). As our external assessment coordinator, Ms. McMartin will: (1) consult with the NICE Project PIs to articulate and refine the project's logic model; (2) work with the Project PIs to develop baseline or benchmark measures for the study; (3) audit all data collection activities including development of data collection instruments, data summarization and preliminary results; (4) review and analyze data and, drawing on the data, make recommendations for improvements and next steps towards institutionalization of NICE; (5) meet regularly with project PIs and provide annual project progress reports.

Professor Katherine Rowell (Sinclair Community College) will serve as an external consultant and will be paid $2,000/year. In her capacity as an external consultant, she will: (1) provide feedback on the NICE faculty development program (both in-person and online variants), including evaluation of the program's assessment materials; (2) provide feedback to faculty participants in the NICE Program on the instructional and assessment materials they develop, drawing on rubrics; and (3) provide feedback and evaluation on the NICE Capstone Conference as well as the assessment data gathered for the project (from faculty as well as students).

**Meals**

We have budgeted $2,950 for meals over the two-year project. This amount includes: (1) $1,700 for breakfast and lunch for two separate sessions of our two-day CAT scoring program (approximately 17 guests, including the faculty participants, NICE Leadership Team/graduate assistant); (2) $1,836 for breakfast for 9 meetings for faculty participants in our in-person program (approximately 10 faculty plus 7 members of NICE Leadership Team/graduate assistant); and (3) $1,250 for breakfast and lunch at our NICE Capstone Conference (approximately 50 guests, including 20 NICE faculty, 8 members of the NICE Leadership Team/graduate assistant/QR fellow, 2 external consultants, and approximately 20 guests).

**Indirect Costs**

Per the agreement dated April 14, 2015, between the Research Foundation of the City University of New York on behalf of Hostos Community College and the Department of Health and Human Services, the predetermined Facilities and Administrative costs for on-campus research is 65.0% on direct costs. Effective period is 07/01/2015 to 06/30/2019.

# SUMMARY PROPOSAL BUDGET

YEAR __1__

| | | | | FOR NSF USE ONLY | | |
|---|---|---|---|---|---|---|
| ORGANIZATION | | | | PROPOSAL NO. | DURATION (months) | |
| **Research Foundation of CUNY on behalf of Lehman College** | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | | | AWARD NO. | | |
| **Esther Wilder** | | | | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Esther Wilder - PI** | 0.00 | 1.29 | 0.53 | **20,612** | |
| 2. **Laura Broughton - Faculty Associate** | 0.00 | 0.00 | 0.31 | **3,000** | |
| 3. **Frank Wang - Faculty Associate** | 0.00 | 0.00 | 0.34 | **3,500** | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.00 | 1.29 | 1.18 | **27,112** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.00 | 0.00 | 0.00 | **0** | |
| 3. ( **1** ) GRADUATE STUDENTS | | | | **8,200** | |
| 4. ( **0** ) UNDERGRADUATE STUDENTS | | | | **0** | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **0** | |
| 6. ( **10** ) OTHER | | | | **20,000** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **55,312** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **16,417** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **71,729** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **3,000** | |
|            2. FOREIGN | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ _____ **0** | | | | | |
| 2. TRAVEL  _____ **0** | | | | | |
| 3. SUBSISTENCE  _____ **0** | | | | | |
| 4. OTHER  _____ **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS        ( **0** )        TOTAL PARTICIPANT COSTS | | | | **0** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **3,000** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **0** | |
| 3. CONSULTANT SERVICES | | | | **0** | |
| 4. COMPUTER SERVICES | | | | **0** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **3,000** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **77,729** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| **MTDC (Rate: 26.0000, Base: 77729)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **20,210** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **97,939** | |
| K. SMALL BUSINESS FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **97,939** | |
| M. COST SHARING PROPOSED LEVEL $        **0**        AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Esther Wilder** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Stuart Politi** | | | |

1 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

CONFIDENTIAL

**SUMMARY** YEAR 2
**PROPOSAL BUDGET**

| | | | | FOR NSF USE ONLY | |
|---|---|---|---|---|---|
| ORGANIZATION | | | | PROPOSAL NO. | DURATION (months) |
| **Research Foundation of CUNY on behalf of Lehman College** | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | | | AWARD NO. | |
| **Esther Wilder** | | | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Esther Wilder - PI** | 0.00 | 1.29 | 0.51 | **21,050** | |
| 2. **Laura Broughton - Faculty Associate** | 0.00 | 0.00 | 0.30 | **3,000** | |
| 3. **Frank Wang - Faculty Associate** | 0.00 | 0.00 | 0.33 | **3,500** | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.00 | 1.29 | 1.14 | **27,550** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.00 | 0.00 | 0.00 | **0** | |
| 3. ( **1** ) GRADUATE STUDENTS | | | | **8,446** | |
| 4. ( **0** ) UNDERGRADUATE STUDENTS | | | | **0** | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **0** | |
| 6. ( **10** ) OTHER | | | | **20,000** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **55,996** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **16,656** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **72,652** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL      1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **4,000** | |
| 2. FOREIGN | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS      $ | | | **0** | | |
| 2. TRAVEL | | | **0** | | |
| 3. SUBSISTENCE | | | **0** | | |
| 4. OTHER | | | **0** | | |
| TOTAL NUMBER OF PARTICIPANTS   ( **0** )      TOTAL PARTICIPANT COSTS | | | | **0** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **1,235** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **0** | |
| 3. CONSULTANT SERVICES | | | | **0** | |
| 4. COMPUTER SERVICES | | | | **0** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **1,235** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **77,887** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| **MTDC (Rate: 26.0000, Base: 77887)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **20,251** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **98,138** | |
| K. SMALL BUSINESS FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **98,138** | |
| M. COST SHARING PROPOSED LEVEL $      **0**      AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Esther Wilder** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Stuart Politi** | | | |

2 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

CONFIDENTIAL                                                        P000203

# SUMMARY
## PROPOSAL BUDGET
Cumulative

| | | | | FOR NSF USE ONLY | |
|---|---|---|---|---|---|
| ORGANIZATION | | | | PROPOSAL NO. | DURATION (months) |
| **Research Foundation of CUNY on behalf of Lehman College** | | | | | Proposed / Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | | | AWARD NO. | |
| **Esther Wilder** | | | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Esther Wilder - PI** | 0.00 | 2.58 | 1.04 | **41,662** | |
| 2. **Laura Broughton - Faculty Associate** | 0.00 | 0.00 | 0.61 | **6,000** | |
| 3. **Frank Wang - Faculty Associate** | 0.00 | 0.00 | 0.67 | **7,000** | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. (  **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.00 | 2.58 | 2.32 | **54,662** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. (  **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. (  **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.00 | 0.00 | 0.00 | **0** | |
| 3. (  **2** ) GRADUATE STUDENTS | | | | **16,646** | |
| 4. (  **0** ) UNDERGRADUATE STUDENTS | | | | **0** | |
| 5. (  **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **0** | |
| 6. (  **20** ) OTHER | | | | **40,000** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **111,308** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **33,073** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **144,381** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **7,000** | |
| 2. FOREIGN | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ | | | **0** | | |
| 2. TRAVEL | | | **0** | | |
| 3. SUBSISTENCE | | | **0** | | |
| 4. OTHER | | | **0** | | |
| TOTAL NUMBER OF PARTICIPANTS        (   **0** )        TOTAL PARTICIPANT COSTS | | | | **0** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **4,235** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **0** | |
| 3. CONSULTANT SERVICES | | | | **0** | |
| 4. COMPUTER SERVICES | | | | **0** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **4,235** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **155,616** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **40,461** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **196,077** | |
| K. SMALL BUSINESS FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **196,077** | |
| M. COST SHARING PROPOSED LEVEL $        **0** | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Esther Wilder** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Stuart Politi** | | | |

C *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

CONFIDENTIAL

P000204

**Collaborative Research:  Numeracy Infusion for College Educators (NICE)**

**Budget Justification—PI Esther Isabelle Wilder**

**Senior Personnel**

**PI Esther Wilder** (Sociology, Lehman College, CUNY) will serve as co-Director of the Numeracy Infusion for College Educators (NICE) Project.  Annually, she will devote 1.29 academic months and 0.52 summer months to project activities each year.

As co-Director of the NICE Project, PI Wilder will work collaboratively with PI Hoiland to develop and refine NICE as well as the NICE assessment instruments, and together they will direct both in-person and online variants of the faculty development program.  PI Wilder will assume primary responsibility for recruitment and admission of faculty into the NICE Program and she will direct research activities on the quantitative assessment data gathered (she will also supervise the graduate student who will assist in analyzing the data).  She will also work with other members of the NICE Leadership team to recruit faculty and publicize NICE throughout the CUNY schools in the Bronx. Finally, she will present at professional conferences, prepare annual reports, write papers for publication, and participate in a variety of dissemination activities (conferences, workshops, etc.). She will also help to develop and maintain the NICE website.

**Faculty Associate Laura Broughton** (Biology, Bronx Community College) will serve as a NICE facilitator and BCC Faculty Liaison and devote .30 summer months to project activities each year. She will work closely with BCC Associate Dean Alexander Ott to actively promote the project at BCC and facilitate the participation of BCC faculty in the NICE Program.  (Alexander Ott serves as Associate Dean of Academic Affairs for Curriculum Matters and Faculty Development and he has committed to being actively involved as a volunteer for this project – his biosketch is included in this application.  He will not be receiving any financial remuneration for his efforts, however.).  Professor Broughton and Associate Dean Ott will both recruit faculty for participation in this NICE program and also participate in and/or faciliate several of the activities associated with the NICE program (e.g., CAT sessions, capstone conference, etc.). (Professor Broughton previously participated in the NICHE Program described in this proposal.)

**Faculty Associate Frank Wang** (Mathematics, LaGuardia Community College, CUNY) will serve as a NICE facilitator and research associate on the NICE Project and devote .34 summer months to project activities each year.  He will assist with the NICE faculty development program and provide feedback to faculty on their instructional and assessment materials.  He will also be involved in research on the NICE project and collaborate on papers for publication.  (Professor Wang previously served as co-PI on the NICHE project described in this proposal.)

CONFIDENTIAL

**Other Personnel**

**Faculty Participants in NICE**

We have allocated $40,000 in summer salaries for the 20 faculty who will participate in the NICE faculty development  program.  This amounts to $2,000 per faculty member.  Faculty will receive awards for participating in the training program and submitting all the required instructional and assessment materials by the end of each summer.  They will all be required to attend the summer CAT scoring sessions as well as the capstone conference where they will present their assessment data.  Please note that CUNY Research Foundation (RF) rules do not allow faculty to be paid in the category "participant support" so they are salaried employees on this project subject to fringe and indirect costs.

**Graduate Assistant**

We have budgeted for $16,646 for a Project Manager/Graduate Research Assistant.  The Project Manager/Graduate Research Assistant will work 8 hours per week at $25 per hour [+ 3% increase in Year 2] for 41 weeks each year.  S/he will, among other things, undertake and manage analyses of the NICE assessment data, assist with the NICE website (hosted at CUNY), and manage the enrollment of faculty in the NICE program.  S/he will work to ensure that NICE faculty fulfill the requisite tasks and are compensated accordingly.  Please note that the graduate assistant will be assisted by a several CUNY QR fellows who Lucinda Zoe (University Dean for Undergraduate Studies) has committed to the project (see letters of commitment).

**Fringe Benefits**

Fringe benefits are calculated at 49% for reassigned time, 26% for summer salary, and 9.84% for part time employees.

**Travel**

The budget includes $7,000 for PI Wilder to attend conferences (both for pedagogical development and dissemination activities).  This includes the following:  2017 American Sociological Association (Montreal), National Numeracy Network (2018), an Association of American Colleges and Universities (AAC&U) STEM conference (2018), and the Virginia Tech Conference on Higher Education Pedagogy (CHEP) (2017).  (The location of the 2018 NNN conference has not yet been named, but as described in the letters of commitment,  the 2017 NNN conference will represent a collaboration between NICE and NNN.)  During the final year of the project, PI Wilder will visit two HSI community colleges for dissemination purposes.  These travel activities are designed to be complementary to the travel activites described on PI Hoiland's budget (though both will attend local conferences).

**Materials and Supplies**

This amount ($4235) includes $1,750 for PI Wilder to purchase a high-speed laptop and software (MS Office, SPSS and Computrace software) and $250 for a laser printer.  (Although PI Wilder currently has an office computer, she shares office space with 2 other full-time faculty and several adjuncts.  This renders it necessary for her to have one at home, especially since considerable work will be undertaken during the summer months, some involving the use of confidential data from

faculty.)  In addition, $2,235 has been budgeted for additional materials and supplies for the project (e.g., research books and articles, copying expenses, flash drives, paper and toner, etc.).  Please note that some of these materials will also be used to support miscellaneous expenses for Project Associates Broughton and Wang.

**Indirect Costs**

Per the agreement dated April 16, 2015, between the Research Foundation of the City University of New York on behalf of Herbert. H. Lehman College and the Department of Health and Human Services, the predetermined Facilities and Administrative costs rate for off-campus research is 26% of modified total direct costs.  The effective period is 07/01/2015 to 06/30/2019

# Current and Pending Support
**(See GPG Section II.C.2.h for guidance on information to include on this form.)**

The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.

| Investigator: Sarah Hoiland | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

---

Support:    ☐ Current    ☒ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal Title:    Collaborative Research: Survey Undergraduate Research Experience (SURE): Promoting Inquiry-Based Learning in the Social Sciences

Source of Support:    National Science Foundation
Total Award Amount: $   1,590,762   Total Award Period Covered:    09/01/16 - 08/31/21
Location of Project:    Baruch College, CUNY
Person-Months Per Year Committed to the Project.   Cal:0.00   Acad: 0.00   Sumr:  0.37

---

Support:    ☐ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr:

---

Support:    ☐ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr:

---

Support:    ☐ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr:

---

Support:    ☐ Current    ☐ Pending    ☐ Submission Planned in Near Future    ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Summ:

---

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

CONFIDENTIAL                                    P000208

# Current and Pending Support
**(See GPG Section II.C.2.h for guidance on information to include on this form.)**

| The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal. |
|---|

| Investigator:  Kate Wolfe | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

| Support:   ☐ Current   ☒ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support |
|---|
| Project/Proposal Title:   Collaborative Research:  Numeracy Infusion for College Educators (NICE) |
| Source of Support:        National Science Foundation |
| Total Award Amount:  $     103,922 Total Award Period Covered:     09/01/16 - 08/31/18 |
| Location of Project:       Hostos Community College |
| Person-Months Per Year Committed to the Project.   Cal:0.00   Acad: 0.00   Sumr:  0.36 |

| Support:   ☐ Current   ☒ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support |
|---|
| Project/Proposal Title:   Collaborative Research: Survey Undergraduate Research Experience (SURE): Promoting Inquiry-Based Learning in the Social Sciences |
| Source of Support:        National Science Foundation |
| Total Award Amount:  $   1,590,762 Total Award Period Covered:     09/01/16 - 08/31/21 |
| Location of Project:       Baruch College, CUNY |
| Person-Months Per Year Committed to the Project.   Cal:0.00   Acad: 0.00   Sumr:  0.36 |

| Support:   ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support |
|---|
| Project/Proposal Title: |
| Source of Support: |
| Total Award Amount:  $          Total Award Period Covered: |
| Location of Project: |
| Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr: |

| Support:   ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support |
|---|
| Project/Proposal Title: |
| Source of Support: |
| Total Award Amount:  $          Total Award Period Covered: |
| Location of Project: |
| Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr: |

| Support:   ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support |
|---|
| Project/Proposal Title: |
| Source of Support: |
| Total Award Amount:  $          Total Award Period Covered: |
| Location of Project: |
| Person-Months Per Year Committed to the Project.   Cal:   Acad:   Summ: |

| *If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period. |
|---|

CONFIDENTIAL                                                                 P000209

## Current and Pending Support
**(See GPG Section II.C.2.h for guidance on information to include on this form.)**

The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.

| | |
|---|---|
| Investigator:  Esther Wilder | Other agencies (including NSF) to which this proposal has been/will be submitted. |

Support:  ☐ Current   ☒ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:   Collaborative Research:  Survey Undergraduate Research Experience (SURE):  Promoting Inquiry-Based Learning in the Social Sciences

Source of Support:       National Science Foundation
Total Award Amount:  $   1,590,762 Total Award Period Covered:     09/01/16 - 08/31/21
Location of Project:       Baruch College, CUNY
Person-Months Per Year Committed to the Project.   Cal:0.00   Acad: 1.29   Sumr:  0.71

---

Support:  ☐ Current   ☒ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:   Collaborative Research:  Numeracy Infusion For College Educators (NICE)

Source of Support:       National Science Foundation
Total Award Amount:  $   196,077 Total Award Period Covered:     09/01/16 - 08/31/18
Location of Project:       Hostos Community College
Person-Months Per Year Committed to the Project.    Cal:0.00   Acad: 1.29   Sumr:  0.52

---

Support:  ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount:  $           Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:       Acad:       Sumr:

---

Support:  ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount:  $           Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:       Acad:       Sumr:

---

Support:  ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount:  $           Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:       Acad:       Summ:

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

CONFIDENTIAL                                                P000210

## Current and Pending Support
### (See GPG Section II.C.2.h for guidance on information to include on this form.)

The following information should be provided for each investigator and other senior personnel. Failure to provide this information may delay consideration of this proposal.

| Investigator:  Laura Broughton | Other agencies (including NSF) to which this proposal has been/will be submitted. |
|---|---|

---

Support:   ☐ Current   ☒ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:   Collaborative Research:  Numeracy Infusion for College Educators (NICE)

Source of Support:     National Science Foundation
Total Award Amount: $    196,077 Total Award Period Covered:    09/01/16 - 08/31/18
Location of Project:     Hostos Community College
Person-Months Per Year Committed to the Project.   Cal:0.00   Acad: 0.00   Sumr:  0.30

---

Support:   ☐ Current   ☒ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:   Chemical and BioEnergy Technology for Sustainability

Source of Support:     National Science Foundation
Total Award Amount: $    899,744 Total Award Period Covered:    06/01/16 - 05/31/19
Location of Project:     Bronx Community College
Person-Months Per Year Committed to the Project.   Cal:0.00   Acad: 0.00   Sumr:  1.00

---

Support:   ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr:

---

Support:   ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Sumr:

---

Support:   ☐ Current   ☐ Pending   ☐ Submission Planned in Near Future   ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $          Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.   Cal:   Acad:   Summ:

---

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

CONFIDENTIAL                                    P000211

## Current and Pending Support
**(See GPG Section II.C.2.h for guidance on information to include on this form.)**

The following information should be provided for each investigator and other senior personnel.  Failure to provide this information may delay consideration of this proposal.

| | |
|---|---|
| Investigator:  Frank Wang | Other agencies (including NSF) to which this proposal has been/will be submitted. |

---

Support:  ☐ Current  ☒ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal Title:  Collaborative Research:  Numeracy Infusion for College Educators (NICE)

Source of Support:      National Science Foundation
Total Award Amount:  $     196,077 Total Award Period Covered:    09/01/16 - 08/31/18
Location of Project:      Hostos Community College
Person-Months Per Year Committed to the Project.  Cal:0.00   Acad: 0.00   Sumr:  0.34

---

Support:  ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $            Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:      Acad:      Sumr:

---

Support:  ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $            Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:      Acad:      Sumr:

---

Support:  ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $            Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:      Acad:      Sumr:

---

Support:  ☐ Current  ☐ Pending  ☐ Submission Planned in Near Future  ☐ *Transfer of Support

Project/Proposal Title:

Source of Support:
Total Award Amount: $            Total Award Period Covered:
Location of Project:
Person-Months Per Year Committed to the Project.    Cal:      Acad:      Summ:

---

*If this project has previously been funded by another agency, please list and furnish information for immediately preceding funding period.

CONFIDENTIAL                    P000212

## Facilities, Equipment, and Other Resources
Hostos Community College

**Computers and support services:** The Office of Information Technology (IT) at Hostos Community College provides technical assistance and will support NICE participants during all phases of the NICE program. The Office of IT will also provide support for supported software, network connectivity, and hardware and software configurations.

The Hostos Office of Educational Technology (EdTech) employs five full-time employees including a director, two instructional design specialists, and two coordinators. In addition, there are two full-time college assistants. The instructional design specialists assist faculty with any issues related to Blackboard and will be available to NICE faculty as well as PIs Hoiland and Wilder to create course shells for the NICE Program and enroll faculty participants from Bronx Community College, Hostos Community College, and Lehman College. All City University of New York (CUNY) faculty have access to Blackboard, the online course management system, which will be used for the online summer program and as a resource repository for the face-to-face NICE workshops.

The Hostos Center for Teaching and Learning has provided office space for CUNY Quantitative Reasoning/ Quantitative Literacy Fellows for the past two years. As per the support agreement from CUNY Dean Lucinda Zoe, the NICE project will be assigned QR/QL Fellows to assist with the NICE Project and they will be housed in the Hostos Center for Teaching and Learning.

Hostos has two computer labs with 30 desktop computers in each lab. These labs will be available for NICE activities. In addition, the Office of EdTech has two laptop carts (30 laptops) and two iPad carts (30 iPads) that are available for checkout for NICE training sessions. All areas of the Hostos campus are wireless and are accessible by both Hostos faculty and students and Hostos guests.

PI Hoiland has a personal desktop computer in her office (500 Grand Concourse, B-346) and shares a network printer with all Behavioral & Social Science faculty (B-319), which can copy in black and white and scan. All Hostos faculty can use Hostos' Duplication Center to make unlimited numbers of black and white copies.

**Office space**: PI Hoiland has office space but shares the space with three other full-time faculty.

**Other Space:** There are a wide range of conference spaces and classrooms available for the Critical Thinking Assessment Test (CAT) training and scoring session, for the nine face-to-face faculty development sessions during 2017-2018, and for NICE leadership team meetings. The Hostos Savoy Multipurpose Conference Room (capacity 165) and the Faculty Dining Room (capacity 65) will be available for the NICE Capstone Conference during the Summer of 2018. PI Hoiland will have access to a private room to conduct qualitative interviews with NICE participants at the NICE Capstone Conference.

**Other Resources**: PI Hoiland has access to the many resources located in CUNY's 28 libraries and can borrow through interlibrary loan and/or check out materials from any CUNY library. In addition, she can access any of the Databases and other Hostos Library

P000213

resources remotely by entering her Library identification number. Hostos Library faculty will assist PI Hoiland with interlibrary loans and locating specific materials.

Hostos' Grants Office is committed to supporting faculty who have obtained external funding for their research.  The Grants Office will assist PI Hoiland post-award in administering grant funds and reporting.

CONFIDENTIAL

## Facilities, Equipment, and Other Resources

Lehman College and the City University of New York

**Computers and information technology**:  As described in the proposal, Blackboard will serve as the predominant learning management system for the NICE training program.  All CUNY faculty and students are enrolled in Blackboard and every CUNY college provides expert I.T. assistance, reliable network access (including wireless access across most campuses), and one or more computer centers for student and faculty use.  At Lehman College, for instance, Blackboard "Walk-In" assistance for students and faculty is always available.  At Bronx Community College (where Project Associates Broughton and Ott are based) there is special support for faculty using Blackboard from the Technology Service Center.  The CUNY schools also host instructional videos and training sessions on Blackboard.

There are also many computer resources across CUNY that will enable faculty to provide instruction for their QR-infused classes drawing on best practices.  At Lehman, for example, the Academic I.T. Center has 8 microcomputer classrooms, an open lab with more than 100 computers (both PCs and Macs), and a Helpdesk that is staffed until 10:45 pm.  Likewise, at Bronx Community College, Academic Computing consists of 13 computer labs located throughout the campus which are equipped with networked microcomputers and  Internet access.

PI Wilder has a computer and a printer in her office (Carman Hall room B59).  She also has ready access to the Faculty Computer Lab (Carman Hall room 107), which features a color printer, a large poster printer, a professional quality flatbed scanner, 9 PCs with large monitors, 7 Macs with large monitors, and a projection system for presentations, workshops and seminars.

**Office space**:  Professor Wilder has shared office space (with 2 other full-time faculty and several adjuncts) with personal locked file cabinets.

**Other**:  There are a wide range of meeting and conference rooms available at Lehman College, but the in-person sessions and meeting for the NICE project will largely be housed at Hostos Community College.

As a faculty member at both Lehman College and the CUNY Graduate Center, PI Wilder has remote access to the online library resources of both schools.  The Lehman College Library provides online access to nearly 200 databases, and the Graduate Center Library provides access to more than 300.  The Graduate Center Library is especially strong in the social sciences, and its holdings include 76% of all the journals published by Elsevier, Springer, and Wiley-Blackwell, the three largest journal publishers worldwide.

As a CUNY faculty member, PI Wilder may also visit and borrow from all but one of the 31 CUNY libraries.  Altogether, the CUNY library system has more than 7.5 million print volumes and several hundred thousand e-books.  The libraries of Lehman College and the Graduate Center also participate fully in local, national, and international interlibrary loan programs.  In addition, the CUNY libraries provide access to several data analysis resources, such as full access to Social Explorer, that can facilitate the infusion of QR into course instruction.

Finally, the CUNY library system maintains CUNY Academic Works (http://academicworks.cuny.edu/), an institutional repository (web site) that provides free, unrestricted access to unpublished reports as well as published articles for which the author retains public posting rights.  (This includes at least half of all articles in the social sciences,

although some publishers do require one- or two-year embargoes.)  Although the primary dissemination mechanisms for NICE research will be peer-reviewed journals and major conferences, CUNY Academic Works provides an additional outlet that is notable for its accessibility to researchers and students worldwide.

CONFIDENTIAL

**Numeracy Infusion for College Educators (NICE)**
**Data Management Plan**

## Expected Data

Data will be collected from both faculty and students over the course of the project. During Year 1, we will administer the Critical thinking Assessment Tests (CATs) in classes of NICE faculty. During Year 1 and Year 2, we will also collect data from faculty using pre-NICE and post-NICE QR skills tests and questionnaires. Throughout the program, we will also collect formative data, soliciting faculty feedback on the NICE program. In addition, we will collect the instructional and assessment instruments that faculty adapt/develop for use in their teaching.

In Year 2 of the project, we will undertake focus groups during the NICE capstone conference. During that year, we will also collect assessment data from the QR-infused classes taught by NICE faculty.

## Data Management

PIs Hoiland and Wilder will assume responsibility for managing the data gathered in the NICE project, and the data will be shared with approved researchers as per the IRB protocol.

The CAT data will be stored on a secure server at Tennessee Tech and approved researchers will have the ability to log onto the system and download the reports.

We will collect most of our assessment data, including the pre-NICE and post-NICE QR skills tests and questionnaires, as well as formative data, in Blackboard. In addition, during the final year of the project, the faculty will post their de-identified student assessment data and a summary report of them from teaching QR-infused classes in Blackboard. PIs Hoiland and Wilder will be leaders in the organization and manage the data in Blackboard.

Professor Hoiland will collect and manage the data from the focus groups she directs at the capstone conference. (They will be recorded and transcribed.) She will store the data on her password-protected project laptop.

## Data Security

All electronic data files (i.e., xlsx and sav) and reports (i.e., pdf) associated with the CAT are stored on a limited-access, secure FTP server administered by the Center for Assessment & Improvement of Learning at Tennessee Technological University.

As previously described, all data, including the faculty assessment data (QR skills tests and questionnaires), the QR instructional materials (learning goals, assignments, and assessment instruments), and the data and reports from the students of NICE faculty will be submitted in Blackboard. All CUNY faculty, students and staff have access to Blackboard through the CUNY Portal, which is a secure system (the CUNY portal and its various applications use an encryption protocol). All participants in NICE will be enrolled in the NICE Blackboard organization, but only the PIs will be leaders and have access to all the testing and questionnaire data.

**Data Sharing**

For all analyses involving the CATs, instructor data will be anonymized using codes rather than names, and each instructor will receive only his or her personal code. (Data broken down by course will only be used internally.) For public use, only secondary analyses of CAT data will be shared.

Given the small number of cases of faculty participating in NICE (n=20), our QR skills data from the project will be presented in aggregate form only, including broad categories (e.g., online vs. in-person or STEM vs. non-STEM, rather than by individual discipline). We will make the testing instrument available upon request.

All the (non-testing) assessment data (pre and post-NICE, as well as formative assessment) will be available for sharing following de-identification. We will also share the assessment questionnaires to interested parties.

All faculty participating in the NICE Program will commit to sharing the instructional and assessment materials they develop and they will be posted on the NICE project website. (Faculty will have the option of determining whether they want to be personally identified with the instructional materials; if they choose not to, the instructional/assessment materials will be identified by subject/course only.)

The transcripts from the focus groups will be disseminated in accordance with the best practices of the Inter-university Consortium for Political and Social Research (ICPSR).[i]

**Period of Data Retention**

We will maintain the data over the course of the project and store it (and destroy confidential data) in accordance with our IRB protocol.

---

[i] See ICPSR "Guidelines for Effective Data Management Plans" (https://www.icpsr.umich.edu/icpsrweb/content/datamanagement/dmp/).

Not applicable

CONFIDENTIAL

**Other Personnel Biographical Sketches**

We have also included biographical sketches for the following two members of the NICE Team who will not be serving in the capacity of senior personnel, but who have committed to this project:

(1) Alexander Ott, Associate Dean of Academic Affairs for Curriculum Matters and Faculty Development at Bronx Community College, who currently directs efforts to infuse QR efforts throughout the curriculum at Bronx Community College and will serve as a volunteer project associate.

(2) Katherine Rowell, Professor of Sociology, Sinclair Community College, who will serve as an external consultant on this project.

CONFIDENTIAL

**Alexander Paul Ott**
**Biographical Sketch**

## (a) Professional Preparation

| INSTITUTION AND LOCATION | DEGREE | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| State University of NY - Geneseo | B.A. | 1993 | Political Science & Philosophy |
| Fordham University | M.A. | 1996 | Political Science |
| City University of NY – Queens College | Certificatio | 1997 | Secondary Education – Soc Studies |
| Fordham University | | 1998-2000 | Political Science |
| Fordham University | Ed.D. | 2012 | Administration and Supervision |

## (b) Appointments

**Administrative:**
2014–present   Associate Dean, Academic Affairs, for Curriculum Matters and Faculty Development, *Bronx Community College of the City University of New York,* Bronx, NY
2010-2014   Associate Dean, Academic and Enrollment Support Services, *New York Institute of Technology,* Old Westbury, NY, and New York, NY
2004-2010   Director of Transfer Evaluations, *New York Institute of Technology,* Old Westbury, NY
2002-2004   Associate Director of Transfer Evaluations, *New York Institute of Technology,* Old Westbury, NY
2000-2002   Assistant Director of Transfer Evaluations, *New York Institute of Technology,* Old Westbury, NY

**Teaching:**
2012-2013   Adjunct Assistant Professor, Foundations of Inquiry, *New York Institute of Technology*, Old Westbury, NY
1996-2011   Adjunct Instructor, Philosophy/History/Political Science, Accelerated Degree Program, *Concordia College,* Bronxville, NY
1998   Adjunct Instructor, History, *Ulster County Community College,* Stone Ridge, NY
1998   Instructor, GED/ESL, *Ulster County BOCES,* Port Ewen, NY
1997-1998   Long-term Substitute Teacher, Social Studies, *Kingston High School,* Kingston, NY
1997   Student Teacher, Social Studies, *Townsend Harris High School,* Flushing, NY

## (c) Publications

Ott, A., & Cooper, B. S. (2014). Transfer credit evaluations: How they are produced, why it matters, and how to serve students better. *College and University, 89*(4), pp. 14–35.

Agnihotri, L., & Ott, A. (2014, July). *Building a student at-risk model: An end-to-end perspective.* Short paper and workshop session accepted at the 7th International Conference on Educational Data Mining. Institute of Education, London, UK.

Agnihotri, L., & Ott, A. (2013, November). Who are your at-risk students? Using data mining to target intervention efforts. In S. Whalen (Ed.) *Proceedings of the 9th National Symposium on Student Retention* (pp.571–581). Norman, OK: The University of Oklahoma.

Ott, A., & Cooper, B. S. (2013, March). They're transfer students, not cash cows. *The Chronicle of Higher Education.* Retrieve from http://chronicle.com/article/Theyre-Transfer-Students-Not/137935/.

Ott, A. (2012). *Transfer credit evaluations at New York State colleges: Comparative case studies of process effectiveness.* (Doctoral dissertation). ETD Collection for Fordham University. Paper AAI3505558. Retrieve from http://fordham.bepress.com/dissertations/AAI3505558.

**(d) Synergistic Activities**

- Quantitative Reasoning Coordinator, Bronx Community College. Coordinate and provide strategic leadership for the CUNY Quantitative Reasoning program on the BCC campus, including overseeing Quantitative Reasoning Fellows (Ph.D. students assigned to BCC to infuse quantitative reason across the curriculum). 2014-present.

- Presenter, Quantitative Reasoning at Bronx Community College. BCC Executive Council meeting. December, 2014.

- Learning Community Administrator, Bronx Community College. Provide general leadership of and address administrative concerns regarding the Learning Community Program at BCC. This includes multiple presentations on the principles underlying Learning Communities and their efficacy. 2014-present.

- Honors Program Administrator, Bronx Community College. Provide general leadership of and address administrative concerns regarding the Honors Program at BCC. 2015-present.

- Academic Affairs Lead for the following areas at Bronx Community College: Curriculum, Periodic Academic Reviews, and Program Accreditation. In each of these roles, ensure both regulatory compliance and progress toward academic excellence. 2014-present.

CONFIDENTIAL

**Katherine R. Rowell**
**Biographical Sketch**

**(b) Professional Preparation**

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| Wright State University | B.A. | 1987 | Political Science |
| Wright State  University | M.A. | 1989 | Applied Behaviora |
| The Ohio State University | Ph.D. | 1994 | Sociology |

**(b) Appointments**

| | |
|---|---|
| 2008-2015 | Director, Center for Teaching and Learning, Sinclair Community College |
| 1996-present | Professor, Department of Sociology, Sinclair Community College |
| 1994-1996 | Assistant Professor, Department of Sociology, Central State University |
| 1993-1994 | Instructor, Department of Sociology, Wright State University |
| 1898-1993 | Teaching Assistant, Department of Sociology, The Ohio State University |
| 1987-1989 | Teaching Assistant, Department of Sociology, Wright State University |

**(c)  Publications**

**(i) Five most closely related to project**

Bodary, David, Petrey, Derek and Rowell, Katherine. "Engaging Students Civically and Politically at Sinclair Community College." Diversity and Democracy. Vol. 18, No. 4, Fall 2015.

Levinson, David and Katherine R. Rowell, co-edited a special edition of *the American Sociologist.* "*Examining Sociology at Community College*". Springer Publishing: Volume 44, No. 4, December 2013.

Rowell, Katherine. August 2010. " The Community College Conundrum: Pitfalls and Possibilities of Professional Sociological Associations." *Sociological Focus* 43(3).  Available URL:  http://www.tandfonline.com/doi/abs/10.1080/00380237.2010.10571374

Rowell, Katherine R. and Craig This. 2013.  "Exploring the Sociology Curriculum at Community Colleges in the United States."  *American Sociologist*. Springer Publishing: Volume 44, No. 4.

Wells, M, Gilbert, E., Mahle-Grisez, L., Newman, R, & Rowell, K. 2014. "High Hopes: Fostering a Culture of Hope at a Community College." *Mid-Western Educational Researcher*, *26*(1), 60-66.

CONFIDENTIAL

**(ii) Other significant publications**

Khani, Mohsen and Katherine R. Rowell. October 2010. "Reflections of Six Years of Traveling with Students to the U.S. Mexican Border: The Importance of Experiential Learning." National Social Science Association Conference Proceedings.  Long Beach, California.

Rowell, Katherine (along with Edward L. Kain, Kathleen Piker-King, Keith A. Roberts, Mary Scheuer Senter, and Gregory L. Weiss). 2013. <u>Applying for a Faculty Position in a Teaching-Oriented Institution</u>. Washington D.C.: American Sociological Association.

**(e) Synergistic Activities**

- Serving as a consultant to the National Institute of Child Health and Human Development (NICHD 1R25HD078226) funded project with lead researcher William Frey, University of Michigan. "Using the ACS to Introduce Demographic Approaches in Undergraduate Courses." (2015-2017).

- Serving as an Advisory Board Member to the NSF funded project, "Supporting and Advancing Geoscience Education in Two-year Colleges." (2016-2019).

- Consulting Editors: *Teaching Sociology,* August 2014 to current; and *College Teaching (ISBN 8756-7555),* 2012 to current.

- Chair, American Sociological Association Section on Teaching and Learning. August 2013-August 2014 and Co-Chair, American Sociological Association Community College Task Force, August 2012-August 2016.

- Project Participant/Consultant, Course, Curriculum, and Laboratory Improvement (CCLI): Infusing Quantitative Literacy Assessment Project, 2009-2010. Asssisted with workshop presented in August 2010 at Morehouse College in Atlanta Georgia with Bill Frey and Social Science Data Analysis Network.

CONFIDENTIAL

**Letters of Commitment for NICE Project**

(1) Lucinda Zoe, University Dean for Undergraduate Studies, City University of New York (CUNY)
(2) Eric Gaze, President, National Numeracy Network, and Director of the Quantitative Reasoning Program, Bowdoin College
(3) Katherine Rowell, Professor of Sociology, Sinclair Community College
(4) Flora McMartin, Consultant, Broad-Based Knowledge, LLC

P000225



**University Dean for Undergraduate Studies**
**Office of Academic Affairs**
**205 East 42nd Street**
**New York, NY  10017**
**Phone (646) 664-8038    Fax (646) 664-2958**
**E-mail: Lucinda.Zoe@cuny.edu**

May 23, 2016

Review Committee
Stimulating Research on Effective Strategies in Undergraduate STEM Education at Two-Year
Hispanic Serving Institutions
Directorate for Education & Human Resources
Division of Undergraduate Education
The National Science Foundation
4201 Wilson Boulevard
Arlington, VA  22230

Dear Reviewers:

I am writing to express CUNY's strong commitment for the proposal by Sarah Hoiland (Hostos
Community College) and Esther Wilder (Lehman College) to train faculty in best practices for
quantitative reasoning instruction at CUNY's three Hispanic-Serving Institutions in the Bronx.
The City University of New York stands firmly behind the NICE initiative.  CUNY will provide
support by recruiting faculty for participation, disseminating instructional materials from the project
throughout CUNY, and providing support for Quantitative Reasoning (QR) fellows to assist with the
program.  (The QR fellowship program is a CUNY-wide initiative whereby doctoral students from a
variety of different disciplines get fellowships for supporting efforts to infuse QR throughout the
curriculum.)

As the university dean for undergraduate studies, I am acutely aware of the challenges that CUNY
students face when it comes to scientific literacy and quantitative reasoning skills.  The majority of our
students come from public schools in New York City, and many of them struggle with fundamental
mathematical skills ranging from interpreting parentages to reading tables.  Each fall approximately
51% of CUNY's freshman need remedial math instruction.  We have focused university-wide efforts
over the last two years on developing alternative pathways through math remediation for non-STEM
majors, with a new focus on quantitative reasoning and statistics.  We are thus strongly committed to
QR initiatives like the NICE Program and I am very glad to assist Professors Hoiland and Wilder to
achieve their goals with this project.

Sincerely,

Dr. Lucinda R. Zoe
University Dean for Undergraduate Studies



CONFIDENTIAL

# BOWDOIN COLLEGE

May 24, 2016

Eric Gaze
Director of the Quantitative Reasoning Program
Chair of the Center for Learning and Teaching
President National Numeracy Network
Bowdoin College
Brunswick, ME 04011

**Letter of Commitment for NICE**

To Whom It May Concern,

      I am happy to write this letter committing the National Numeracy Network (NNN) to work with the Numeracy Infusion for College Educators (NICE) project.  The mission of the NNN is to promote education that integrates quantitative skills across all disciplines and at all levels. To this end the Network supports faculty development, curriculum design, assessment strategies, education research and systemic change. The Network is the professional organization serving and promoting collaborations among those students, educators, academic centers, educational institutions, professional societies and corporate partners sharing our vision. The Network also strives to keep issues of quantitative literacy at the forefront of national and international conversations about educational priorities.  The goals of the NICE project perfectly match our mission.  The NICE project will serve faculty across the disciplines, teaching instructors how to:

a)  apply Quantitative Literacy/Quantitative Reasoning (QL/QR) within a disciplinary context,
b)  articulate QR learning goals/objectives that reflect best practices for teaching quantitative literacy,
c)  identify and implement best practices for teaching QR: active learning, collaborative student learning, writing with numerical information, etc.,
d)  adapt and implement strategies for incorporating quantitative reasoning into course instruction, and
e)  assess the effectiveness of QR initiatives and use the assessment results to further improve instruction.

      The NNN commits to working with the NICE investigators in promoting the NICE approach and results via our website, listserv, and *Numeracy* journal.  In addition the NNN will collaborate with the NICE investigators in planning the NNN's 2017 annual meeting.  Institutions from across the country will be invited to participate in workshops based on the NICE approach, over a 2-5 day retreat.  The NICE investigators will lead sessions along with national experts in QR, lead panels, and facilitate discussions related to the 5 goals outlined above.  This conference will provide a valuable outlet for the NICE results and further their dissemination and broader impacts.

CONFIDENTIAL

P000227

Best regards,

Eric Gaze
Director of the Quantitative Reasoning Program
Chair of the Center for Learning and Teaching
Bowdoin College
President of the National Numeracy Network
Egaze@bowdoin.edu
207 725-3135

CONFIDENTIAL

P000228

**Sinclair Community College**, 444 West Third Street, Dayton, Ohio 45402-1460



Review Committee
Stimulating Research on Effective Strategies in Undergraduate STEM Education at Two-
Year Hispanic Serving Institutions
Division of Undergraduate Education
The National Science Foundation
4201 Wilson Boulevard
Arlington, Virginia 22230

May 28, 2016

Dear Review Committee:

I am writing this letter to express my commitment to the project by Sarah Hoiland and
Esther Wilder to establish the Numeracy Infusion for College Educators (NICE) Program. As
an external consultant, I commit to:

(1) Providing feedback on the NICE faculty development program (both in-person and
online variants), including evaluation of the program's assessment materials;

(2) Providing feedback to faculty participants in the NICE Program on the instructional and
assessment materials they develop, drawing on rubrics; and

(3) Providing feedback and evaluation on the NICE capstone conference as well as the
assessment data gathered for the project (from faculty as well as students).

As a professor of sociology and the founding and former director of the Center for Teaching
and Learning at Sinclair Community College, I am acutely aware of the quantitative
challenges that community colleges students face and I am committed to supporting
initiatives such as NICE that respond to them.  As an external consultant om this project, I
will work to ensure that the program upholds high standards and therefore succeeds in
positively impacting the pedagogical skills of participating faculty and ultimately, improving
CUNY students' QR skills in the Bronx.

Sincerely,

*Kathy Rowell*

Katherine R. Rowell, Ph.D.
Sinclair Community College
Department of Sociology
Center for Teaching and Learning
444 W. Third Street
Dayton, Ohio 45402
937-512-3116
Katherine.rowell@sinclair.edu

**Your levy support guarantees quality and affordability.**

 Broad-based Knowledge, LLC

Evaluating Technology Innovations in Education

May 17, 2016

To Co-PI's Sarah Hoiland and Esther Wilder,

This letter is a letter of commitment to provide consulting services to Sarah Hoiland (Hostos Community College) and Esther Wilder (Lehman College) on the proposed project, *Numeracy Infusion for College Educators – NICE*. This letter has been prepared by the Broad-based Knowledge, LLC (BbK) consulting group, headquartered in Richmond, California. BbK specializes in providing evaluation services for projects in higher education seeking to integrate and institutionalize educational innovations for faculty members and students.

Dr. Flora McMartin will serve as the external evaluator for this project. She will consult with the PI's to accomplish the evaluation activities as described below. Fees are billed on the daily basis of $1,500.00 per day (not to exceed $5,000/year of the project). Any travel costs are in addition to this fee.

BbK will provide ongoing monitoring of project programs and progress services and final summative analysis of the impact of the NICE project's professional development approach and research activities. Evaluation services include:

a.  Consult with the Project PIs to articulate and refine the project's logic model.
b.  Work with the Project PIs to develop baseline or benchmark measures for the study.
c.  Audit all data collection activities including (development of data collection instruments, data summarization and preliminary results).
d.  Review and analyze data and, drawing on the data, make recommendations for improvements and next steps towards institutionalization of NICE.
e.  Meet regularly with project PIs and provide annual project progress reports.

The NICE project is a logical outgrowth of the NICHE program and is a unique opportunity to carefully study effective means of professional development methods for improving quantitative reasoning teaching and learning.

Sincerely,

Flora McMartin, Ed.D.
President, Broad-based Knowledge

---

**About Broad-based Knowledge**

Broad-based Knowledge (BbK) is a woman-owned consulting firm based in Richmond, CA that was developed to assist members of the United States higher education community in their evaluation of innovations in higher education; especially in the area of science, technology, engineering and mathematics education. BbK is committed to the exploration, identification and promotion of 'what works' in order to make long lasting and impactful changes to improve the experience of higher education. BbK also focuses on consulting with constituents to implement effective and far-reaching strategies for disseminating educational innovations. BbK specializes in working with organizations in building their evaluation capacities and integrating evaluation into their management activities. We also provide evaluation services for evaluating grant-funded projects focused on the use and deployment of technology assisted teaching, learning and community building.