# REDACTED

# Exhibit 11 to the
# Declaration of Sarah Hoiland
# ECF Nos. 41 and 46

## RE: [EXTERNAL] RE: ASA and Other Items

**ESTHER.WILDER**
**Sent:** Saturday, August 10, 2019 6:57 PM
**To:**   HOILAND, SARAH [SHOILAND@hostos.cuny.edu]

Dear Sarah,

I have been honest and upfront, and I have never intended any kind of condescending jabs. If you interpreted things differently, I am sorry. Of course I own my feelings of helplessness (and would never claim otherwise), but I feel as though you are the one who is taking jabs at me, implying that I am doing something wrong just by standing up for myself. You say that you've realized where you "should and should not be spending [your] time and energy," but of course I could say the same thing.

Regarding your role in NICE: This project was different from my other NSF-funded collaborations. As you know, the project began when an NSF program officer reached out to me and suggested that a new HSI community college solicitation would allow me to essentially continue the NICHE project. I was thinking to do something here in the Bronx, and I saw that both you and Kate were interested in doing this kind of work, so I reached out to you both about this initiative. ███████████████████████████████████████████████████████████████
███████████████████████████████████████████████

While you say that you have served as a Project Associate responsible only for recruiting and ushering community college faculty to and through [my] NICHE/NICE Program, that is not what I envisioned when I brought you on board—but I agree that this is largely how things have unfolded. I think this is the result of a combination of things, including the nature of our collaboration and the absence of any unique intellectual contribution to the structure and/or content of the NICHE/NICE project from you. I have always been open to having you do that—adding your own component to NICE—but that never happened.

I also think things have unfolded this way because of how we have approached working together. After I saw what had happened with the community college presentation, I was frustrated and hurt because you had included so many of my slides without providing any authorship credit. I am not just concerned about getting credit for my role in the project, although that is important. My main concern is more specific: approximately half the text slides that you presented were my work. How would you feel if you encountered a presentation/paper that included such a large proportion of your work, taken nearly verbatim, without attribution or permission? You seem not to understand why that would bother me—and rather than being apologetic, you have been mostly defensive and even somewhat aggressive in you response. I think your actions constitute a form of plagiarism. I have been hesitant to use that word because it is so loaded in the academic world, but that's what happened, and that's why it's so important that it be corrected.

My collaboration with you has been unlike any other collaboration I've experienced. I was surprised by your decision to single-handedly present on NICE at conferences without reaching out to me beforehand, and to submit to conferences (and plan papers) without discussing them with me. If we had both contributed to the intellectual structure of the NICE project or you were claiming sole authorship or first authorship because you wanted to focus on your unique contributions, then I would have supported you fully. That's not how things unfolded, however. In presenting yourself as sole author or first author, you have been presenting my intellectual contribution and asserting control over it.

In hindsight, there are numerous incidents like this. For the recent NNN conference presentation, which seemed to share many elements of the CC presentation, you indicated that you were planning to submit an Teaching Note to Numeracy. You sent me an abstract with your name as first author. For the community college conference, you submitted the proposal with yourself as sole author (and using my slides), and you only reached out to me asking about "co-presentation" status only after the paper had been accepted into the conference with you as sole author. While the conference program may have included only the authors who were there in person, as you stated, I

CONFIDENTIAL                                                                                          P000453

seriously doubt that any of the other conference presenters used slides that were written by their colleagues with no attribution.

I have to agree that your role in the NICE project has been limited, but I don't think that's my doing. As I suggested in an email I sent you about two weeks ago, you could have done some analyses that you would have owned and I would never begrudge you authorship (including sole authorship) for something that belonged to you. I described to you how Frank Wang owned a part of the NICHE project due to his efforts in that area, and I have always fully acknowledge that. In an attempt to get you more involved with the academic rather than administrative side of the project, I recently suggested you undertake your own analysis with the participants in the program. At the same time, I feel uncomfortable with you assuming ownership of the data that I was responsible for incorporating into the program and collecting (e.g., the CAT scores and discussion boards).

With regard to CCAC, I appreciate that you are trying to correct this mistake. It is the right thing to do, and I am grateful.

My intention is not to take "jabs" at you, but to help you to understand that what you have done is very serious. I don't think I'm overreacting, since this is not just my personal opinion. Based on the content of your PowerPoint presentation, it's a matter of fact. I feel as if you are attacking me for pointing that out. If I were in your shoes and something like this had happened due to a misunderstanding on my part, I would be very apologetic and do whatever I could to make things right.

If you feel that we need to discuss this further, I'd like to do it in person, with a third party present—someone we both feel comfortable with, and who fully understands matters of intellectual property and authorship.

Esther

---

**From:** HOILAND, SARAH [SHOILAND@hostos.cuny.edu]
**Sent:** Saturday, August 10, 2019 11:16 AM
**To:** ESTHER.WILDER
**Subject:** Re: [EXTERNAL] RE: ASA and Other Items

Esther,

My role from the beginning of this project was a Project Associate responsible for recruiting and ushering community college faculty to and through your NICHE/ NICE Program. The "PI" was really in name alone and I can see that now.

CCAC: I emailed the organizers of the Community College Assessment Conference with your photo and bio and asked them to add you to the official agenda, which will also link to the Speakers page. I haven't heard back yet but will let you know of any developments. As I said, credit was given throughout the presentation and I believe it was recorded, so if you would like me to request the audio, I can do that as well.

NICE: I will continue to work with the summer cohort and contribute to the Final Report as you see fit. I will not present, write, nor request extension funding and will distance myself from this project and from you to the extent possible. Your comment about just being "generous" and including me as a co-author is indicative of your attitude toward my role in this project and I don't need nor want a silent authorship on my CV. I will consult with any necessary parties regarding the intellectual property claims.

ASA/ NICE: My student will be at ASA and I think he has something valuable to share with the audience on Monday so I would like to return to my initial suggestion of Parnell (student) and I utilizing 10 minutes to cover the highlighted portions from the abstract. Additionally, I spent time on the abstract and title and would like to have the 2-year experience represented. I suggest we present separately (I will prepare a PowerPoint or visual aid for our portion), and if you bring a student,

CONFIDENTIAL                                                                                            P000454

you can decide how you want to incorporate that into your 20 minutes.

I don't think a single person I have encountered would ever say that I didn't give credit where credit is due, Esther, and your fears and feelings of helplessness are in fact yours. Your condescending jabs toward me do not change what I know about myself as an educator, collaborator, and researcher so the email exchange does not upset me. It has just made it clear where I should and should not be spending my time and energy.

Sarah

Principal Investigators, Wilder and Hoiland, will co-present with Bronx CUNY students and share 1) QR/QL learning goals, 2) QR/QL assignments, and 3) NICE assessment results. The motivating factor behind the NICE Project, aimed at professional development on three campuses (Lehman College, Hostos Community College, and Bronx Community College), is a larger social justice goal for students to become more numerate and have increased chances of upward social mobility. While this is difficult to quantify, students will share their experiences of working with a variety of data sets and challenging themselves throughout the process. The primary goal of this workshop will be to demonstrate approaches to infusing numeracy into sociology with examples drawn from upper division courses at a four-year institution and examples from introductory courses at a two-year institution. The secondary goal will be to elevate student voices at ASA by having students share their experiences with the types of numbers they heard about the Bronx and the numbers they utilized and analyzed as part of the NICE Program in their sociology classes. Audience members will leave with a plethora of resources and examples of numeracy infusion assignments, best practices for numeracy infusion, and opportunities to ask faculty and student workshop facilitators questions.

**Sarah L. Hoiland, Ph.D. |**
**Assistant Professor of Sociology**
2019 Mellon/ ACLS Fellow
Service Learning and Civic Engagement Committee Chairperson & Coordinator
Behavioral & Social Sciences Department
Hostos Community College, CUNY
p. 718-518-6874
a. 500 Grand Concourse, B-346, Bronx, NY 10451

---

**From:** ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
**Sent:** Thursday, August 8, 2019 9:27 PM
**To:** HOILAND, SARAH
**Subject:** RE: [EXTERNAL] RE: ASA and Other Items

Dear Sarah,

I apologize if I misunderstood, but your plans concerning the project weren't entirely clear to me from your email. In addition, I never intended to make you withdraw from our work together on the NICE project and/or imply that I should present alone. I had not planned to present on my own, and I'm not sure if I'll have a student (or students) who can come at that time. I would prefer that we stick with the program and with our original plans to present together, but if

CONFIDENTIALP000455

that doesn't work for you I'll present on my own (or possibly with a student[s]).  Please let me know.

In terms of the community college presentation, I am just asking for recognition that I co-authored the presentation and for it to be part of the official record (https://conferences.valenciacollege.edu/learning-assessment/agenda/https://conferences.valenciacollege.edu/learning-assessment/agenda/ ).  If the correction involves including a headshot and a bio (see below), I've attached them to this email.

I could tell from your last email that you are very upset about the email exchanges we've had this past week, but I have also been reeling because of the terrible and helpless feeling that I haven't been given proper credit for my intellectual work.  I, too, am very sorry things worked out this way and I hope we can go our separate ways in peace.

Best,
Esther

---

**From:** HOILAND, SARAH [SHOILAND@hostos.cuny.edu]
**Sent:** Thursday, August 08, 2019 6:00 PM
**To:** ESTHER.WILDER
**Subject:** RE: [EXTERNAL] RE: ASA and Other Items

Esther,

You can present alone on Monday. My student can co-moderate a different panel with me and the presider is a good friend of mine and would be pleased to have my student co-moderate. At this point, I don't feel comfortable saying anything about this program. I want no part of any publications, presentations, or extension funding. I don't want your budget for summer salary. I have no intentions of doing anything with NICE other than do my part to complete the Final Report and finish the project and that was clear in the previous email.

If you want the website for the community conference assessment conference changed, I can inquire. Please send me a headshot and a bio.

Sarah

**From:** ESTHER.WILDER [mailto:ESTHER.WILDER@lehman.cuny.edu]
**Sent:** Thursday, August 08, 2019 5:47 PM
**To:** HOILAND, SARAH <SHOILAND@hostos.cuny.edu>
**Subject:** [EXTERNAL] RE: ASA and Other Items

> **WARNING:** This email originated outside the Hostos campus. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never provide login credentials, financial or sensitive details in response to an email or by clicking on a link. Report suspicious emails to: reportspam@hostos.cuny.edu

Dear Sarah,

I am waiting to hear back from a student re ASA.  As far as the agenda, are you thinking I would speak for 20 minutes about the project overall and how assessment was approached (and the kinds of data collected), and then you would introduce the students and discuss student involvement?  Do you have a series of questions for your student?  If my student is available, I can forward the questions to her.

You are welcome to present your own work at NNN, particularly any analysis of the NICE data that is your intellectual contribution (such as your proposed gendered analysis of faculty completion rates).  If you do that, I only ask that you give me appropriate credit for any materials of mine that you use.

CONFIDENTIAL                                                                                         P000456

Since you didn't respond, I'm assuming you are not planning to do anything about the community college presentation.

In addition, since you didn't address my concerns regarding the NSF extension, I assume you may still be planning to apply. If that's not the case, let me know. Otherwise, I think it is appropriate for me to discuss my concerns with some of the NSF program officers and/or other relevant parties here at CUNY who can help ensure that your project respects intellectual property rights and is fair to both of us.

Thanks,

Esther

---

**From:** HOILAND, SARAH [SHOILAND@hostos.cuny.edu]
**Sent:** Thursday, August 08, 2019 12:42 PM
**To:** ESTHER.WILDER
**Subject:** ASA and Other Items

Hi Esther,

Although it's regrettable our professional and personal relationship is ending this way, I am grateful for the opportunity to work with you and I have learned a great deal. Thank you.

Since there are a few loose ends, I wanted to make some suggestions with regard to the following:

Summer salary: I will request a budget reallocation from OTPS to Personnel for my summer salary. With F/A and indirect costs, the total will be $6,271 ($3000 summer salary).

NNN: I will email Eric and let him know that I will not be presenting or attending NNN this year and request to call in for the Board meeting. There will be no money left in my budget for travel after summer salary and Kathy's consultant payment.

ASA workshop on Monday: My student is coming in today to prepare. I suggest we plan 10 minutes to discuss the components outlined in the proposal involving student involvement. The workshops are 45 minutes, so if you want to have 20 minutes and save 15 minutes for Q/A I think that is reasonable.

NICE: I will continue to usher the last few NICE faculty through the program, assist with the Final Report, and make sure Kathy's payment is processed (her MOU is approved) when we receive her final evaluation report.

Please let me know about the workshop on Monday as soon as possible.

Sincerely,
Sarah

CONFIDENTIAL                                                                                      P000457