# FILED UNDER SEAL IN ITS ENTIRETY

# Exhibit 2 to the Declaration of Guy Cohen ECF Nos. 40 and 45

## RE: [EXTERNAL] Formal Complaint Against Sarah Hoiland

**ESTHER.WILDER** <ESTHER.WILDER@lehman.cuny.edu>
Fri 6/5/2020 2:37 PM
To: SOHN, EUGENE <ESOHN@hostos.cuny.edu>
Cc: Bridget.Barbera <Bridget.Barbera@lehman.cuny.edu>

Dear Mr. Sohn,

Thank you for the update.  I understand these have been challenging times and I hope you are well.

Kind regards,
Esther
---
Esther Isabelle Wilder
Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: http://www.lehman.edu/academics/sociology/faculty-wilder.php

**From:** SOHN, EUGENE [ESOHN@hostos.cuny.edu]
**Sent:** Friday, June 5, 2020 2:14 PM
**To:** ESTHER.WILDER
**Cc:** Bridget.Barbera
**Subject:** RE: [EXTERNAL] Formal Complaint Against Sarah Hoiland

Hi Professor,
I hope you are doing well, and thank you for your email.  Please pardon any delay, as the unusual circumstances surrounding the COVID-19 pandemic has made it challenging to proceed in typical fashion.  The College has designated a new Research Integrity Officer, who will review this matter and determine next steps.  Keep safe and have a nice weekend.

**Eugene B. Sohn** | **Executive Counsel and Labor Designee**
Hostos Community College, CUNY

p. 718-518-4281
a. 475 Grand Concourse, Bronx, NY 10451
w. GivetoHostos.com
w. Hostos.cuny.edu
w. Hostos50.com

*This transmission may be privileged or confidential. If you are not the intended recipient (or responsible for delivery of the message to the addressee), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this communication in error, please notify us immediately by reply or by telephone (718) 518-4281 and immediately delete this message and all its attachments.*

**From:** ESTHER.WILDER [mailto:ESTHER.WILDER@lehman.cuny.edu]
**Sent:** Thursday, June 4, 2020 12:26 AM

CONFIDENTIAL                                                                                                 P000588

**To:** SOHN, EUGENE <ESOHN@hostos.cuny.edu>
**Cc:** Bridget.Barbera <Bridget.Barbera@lehman.cuny.edu>
**Subject:** RE: [EXTERNAL] Formal Complaint Against Sarah Hoiland

Dear Mr. Sohn,

I hope this email finds you well.  I know we're in difficult times.

I did want to follow up on this case.  You had mentioned that someone would be contacting me shortly but I wonder if this may have fallen through the cracks since it's been nearly two months since I received that letter.

I did reach out to Ms. Barbera, who informed me that the case was being treated as a formal complaint of research misconduct.

While I understand there are more pressing matters that all of the CUNY schools are facing right now, I do want to emphasize that from my perspective this particular case is no trivial matter.  Dr. Hoiland has taken my intellectual property (and that of Crystal Rodriguez) and passed it off as her own, and she continues to misrepresent the situation.

I provided more details of the case to Ms. Barbera, which I'm happy to share with you as well.  I'd be grateful if you could let me know the next steps.

Kind regards,
Esther
---
Esther Isabelle Wilder
Professor of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: http://www.lehman.edu/academics/sociology/faculty-wilder.php

---

**From:** SOHN, EUGENE [ESOHN@hostos.cuny.edu]
**Sent:** Tuesday, April 14, 2020 7:53 PM
**To:** ESTHER.WILDER
**Cc:** Bridget.Barbera
**Subject:** RE: [EXTERNAL] Formal Complaint Against Sarah Hoiland

HI Professor,
Thank you for your email.  The College is reviewing this matter, and someone should hopefully be contacting you shortly.  Bridget did reach out to me to provide me with some background – I appreciate this courtesy.  You can contact her for follow up.  I hope you are doing well and are safe during this unusual time.  Thank you.

**Eugene B. Sohn | Executive Counsel and Labor Designee**
Hostos Community College, CUNY

p. 718-518-4281
a. 475 Grand Concourse, Bronx, NY 10451

CONFIDENTIAL                                                                                                 P000589

w. GivetoHostos.com
w. Hostos.cuny.edu
w. Hostos50.com

*This transmission may be privileged or confidential. If you are not the intended recipient (or responsible for delivery of the message to the addressee), you are hereby notified that you have received this transmission in error; any review, dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this communication in error, please notify us immediately by reply or by telephone (718) 518-4281 and immediately delete this message and all its attachments.*

**From:** ESTHER.WILDER [mailto:ESTHER.WILDER@lehman.cuny.edu]
**Sent:** Tuesday, April 7, 2020 4:15 PM
**To:** SOHN, EUGENE <ESOHN@hostos.cuny.edu>
**Cc:** Bridget.Barbera <Bridget.Barbera@lehman.cuny.edu>
**Subject:** [EXTERNAL] Formal Complaint Against Sarah Hoiland

> **WARNING:** This email originated outside the Hostos campus. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never provide login credentials, financial or sensitive details in response to an email or by clicking on a link. Report suspicious emails to: reportspam@hostos.cuny.edu

Dear Mr. Sohn,

I am a Professor in the Department of Sociology at Lehman College.  I am writing this letter to make a formal complaint against Sarah Hoiland, an Assistant Professor of Sociology in the Behavioral Sciences Unit at Hostos Community College.  Dr. Hoiland has plagiarized my work and defamed me.  Although this case has been informally reviewed by CUNY research integrity officers Alan Kluger (Lehman) and Felix Cardona (Hostos),  I feel strongly that this is an urgent legal matter.  I recently consulted with Ms. Bridget Barbera, Lehman's Legal Counsel, who suggested I reach out to you.

After meeting with Drs. Kluger and Cardona, there was consensus that Sarah had engaged in research misconduct. I was reassured that Sarah would face consequences for her action, but at this point nothing has come of that. Moreover, since that meeting, Dr. Hoiland has written a letter to Dr. Crystal Rodriguez attempting to justify her research misconduct and defaming me.  My understanding is that Dr. Hoiland has also threatened legal action against Hostos Community College, and I have no idea on what grounds she would justify making such a claim. While I am not a litigious person myself, I will do whatever it takes to defend my professional reputation and my intellectual property. On both accounts, Sarah has caused serious damage.

At this stage, I will focus on Dr. Hoiland's theft of my intellectual property.  I would be very glad to speak with you further about this case, and to provide additional details and documentation.  (All my claims are thoroughly documented.)

Sarah was a co-PI on my NSF-funded project, NICE (Numeracy Infusion for College Educators), an extension of my earlier NICHE (Numeracy Infusion Course for Higher Education) program that provides faculty with instruction in best practices for teaching quantitative reasoning (QR).  Because NICE was written in response to an RFP for community colleges, I wanted to include a community college faculty member as a co-PI.  Sarah was recommended by a colleague, and she served as co-PI on the project.  I should note, however, that Sarah's only involvement in preparing the proposal was in making minor editorial changes to a document that I had already prepared.  (I have copies of my proposal before and after her changes.)

In summer 2019, Sarah mentioned that she planned to give a presentation at the meeting of the National

Numeracy Network.  I said that I would like to be involved in any presentation that focused on NICE, and I asked what she planned to present.  She sent me a link to the abstract, and I was surprised to see that it focused mainly on the NICE program – something she had no role in developing.  Because I wasn't planning to attend the NNN conference, she had written on the title page of the abstract "Professor Wilder will not be at NNN this year."  I explained to her that co-authors are often not present, so there was no need for her to include that information.  I also informed her that what she had planned to present seemed very similar to an earlier paper I had been working on with a graduate student from my prior grant.  When I asked for more detail about her plans, she sent me a copy of a presentation she had given at the Community Conference on Learning and Assessment (CCLA) earlier that year.  That CCLA presentation was taken almost entirely from my work and that of Crystal Rodriguez, an Assistant Professor in Criminal Justice at Bronx Community College.

Sarah Hoiland made the decision to present at the CCLA conference unbeknownst to me.  The first I heard about that conference was after her presentation had been accepted, when she asked me if I wanted to co-present.  Since I was not interested in attending the CCLA conference, I declined her invitation.  (I should also note that she reached out to me only after she had been asked to confirm her participation in the program.)  I naturally assumed that Sarah would be presenting her own work—the work she had done as a participant in the NICE faculty development program, since the program was new to her when the grant started.

When I received a copy of her presentation long after the event (and only because I started wondering what she had planned at yet another conference), I was greatly surprised to find that she had presented my material as her own work and that she had given me no authorship credit in the presentation.  (It is important to emphasize that the slides she presented at the CCLA conference were not the result of any collaboration with Sarah.  They were work I had done during my previous grant, without any input from her.)  I realized later that she had also plagiarized the work of Crystal Rodriguez.  Of the 22 slides in the presentation other than the title page,

(a) Eight are comprised almost entirely of material I wrote and posted to Blackboard; six of these were copied verbatim, even in terms of formatting;

(b) Two are slight rearrangements of text I had prepared; they include a summary of the structure of the NICE program, which I developed, with assistance from my collaborators on my NICHE project;

(c) Six are taken verbatim from material Crystal had prepared; these include a graph she had used as a faculty participant in the program;

(d) Four are photos from the project from our capstone conference;

(e) Just two slides—approximately 10% of the slideshow—present the work of Sarah Hoiland.

I have attached her slideshow as well as a second file that explains the extent of her plagiarism in greater detail.

The slideshow she prepared was distributed to all the conference attendees, and she even signed an intellectual property agreement claiming that the work belonged to her alone.  Crystal and I are hurt and angry with Sarah for what she has done, and for her unapologetic attempts to justify her behavior.

When I confronted Sarah about what she had done, she become defensive and hostile, and she claimed that she had given me *oral* credit for my work.  I asked her to ensure that I received coauthor credit for the slideshow, and she wrote a very inappropriate letter to the conference organizers; she painted me as someone demanding authorship credit, but she took no responsibility for the fact that almost none of the presentation was her own work.  Not surprisingly, the conference organizers ignored her email.  She also claims that she followed up with that email with a phone call, but of course nothing happened.  I then took

matters into my own hands and called up the conference organizer and explained exactly what had happened.  Rachel Meister, one of the conference organizers, was very apologetic, and she agreed that the byline should be corrected.  She corrected the website, but she also told me it was too late to correct the slideshow itself, since that document had already been shared with all the conference attendees via a password-protected website.  (There were well over 100 conference attendees.  You can see pictures here: https://conferences.valenciacollege.edu/learning-assessment/https://conferences.valenciacollege.edu/learning-assessment/

I realized only afterward that Sarah had also plagiarized Crystal Rodriguez's work (Crystal was a faculty participant in the NICE program).  This was particularly problematic since Crystal had indicated on her IRB consent form that she wanted her name to be associated with any of her instructional materials that we published on the project website.  She clearly wanted credit for her work.  I mentioned this to Sarah, but again she became very defensive.  She claimed that she had mentioned Crystal's name at the conference, and made it clear she felt that that was sufficient.  At that point I reached out to Crystal directly and told her I thought she deserved authorship credit since so many of the slides were her work and no written credit had been given.  Crystal was taken aback, and she agreed with me.  I again reached out to the conference organizers, and they gladly added Crystal's name to the website.  Again, however, it was too late to correct the PowerPoint file that had been distributed to the conference attendees.

While Sarah has presented this case as a "difficult working relationship," from my perspective (and Crystal's), this is a clear case of academic misconduct and she has plagiarized our work.  In order to remedy the situation, I reached out to Bridget Barbera, Lehman's attorney, last year.  She thought it would be appropriate for me to reach out to Lehman's research integrity officer (Alan Kluger), which I did.  I also reached out to John Tsapogas at the Research Foundation and both Alan and John reached out to Felix Cardona, the RIO at Hostos.  When I met with Alan, Felix, and John in February, they made it clear that they felt Sarah had engaged in research misconduct.  It was unclear to them, however, whether this was due to naiveté or maliciousness.  At this point, I believe it is a combination of both.

I believe Crystal and I would have been very forgiving if Sarah had apologized and made a sincere effort to remedy to the situation—but it became clear that she was unwilling to admit wrongdoing on her part and she justified her actions with false claims.  It's also worth noting that her story about the presentation has changed and several of her arguments have been contradicted by documented evidence provided by the conference organizers. She indicated to me that the presentation was not treated as any kind of intellectual property, but in fact she signed an intellectual property agreement when she presented at the conference. Sarah also told me that the presentation was only seen by those in attendance at her session, when in fact it was available online to everyone who'd attended the conference.  She said she thought the presentation was audiorecorded, but it was not. She wrote to me and said approximately 20 people attended her presentation, but then she told the ethics officers there were only a dozen.

Sarah continues to defend her unethical behavior, as if what she did is normative.  At this point she appears to be on a slander campaign.  She is presenting misinformation to her colleagues with the intention of making me look bad.  I would be glad to present more details about this.

At this point, I have spent months compiling documents that show exactly what has happened.  As I mentioned to my research integrity officer, "people lie, but documents don't."  See https://drive.google.com/drive/folders/1CTygRa794GXn2RNMPtKXd8vNeJrKCq3B?usp=sharing for the documentation I have compiled.

While I understand from Ms. Barbera that only the research integrity officers can make a determination of plagiarism, I feel strongly that three things need to happen in this case:

(1) A record of Sarah's academic misconduct, including her plagiarism, needs to go into her permanent record at Hostos.  Sarah was recently awarded tenure, but now she is being considered for promotion to associate professor.  If she is given that promotion, CUNY will be sending the message that plagiarism is not

only tolerated, it is rewarded.  As I described to Alan, Felix and John, Sarah made no intellectual contribution to the NICE faculty development program.  Moreover, she didn't do the main intellectual work she agreed to do for the project, i.e., the qualitative research.  (Her main contribution was administrative work—recruiting faculty and providing encouragement for them to complete the program).  Then, when the project was nearing completion and Sarah had nothing to show for it, she decided that the best strategy was to present the work of the other project participants.

(2) I do not want Sarah to use my intellectual property, including the instructional materials from the DARE Program and the data I was responsible for generating.  I also do not want her to use the work of other participants in the NICE program (unless she has their explicit permission).  That includes the instructional and assessment materials faculty developed.

(3) I do not want Sarah to slander or libel me again. We are both sociologists and both members of the same professional associations, including the American Sociological Association and the National Numeracy Network.  I realize that Sarah may never take responsibility for her misconduct, but I do want her to stop badmouthing me.  I should note that several of the faculty participants in my current grant are from Hostos Community College, and I don't want her to jeopardize my professional relationships with them.

I contacted Ms. Barbera last week for assistance in achieving these goals.  She suggested I reach out to you and issue a formal complaint.  If you can provide any assistance, I would be grateful.

Thank you in advance.

Sincerely,
Esther Wilder
---
Esther Isabelle Wilder
Professor
Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: http://www.lehman.edu/academics/sociology/faculty-wilder.php

CONFIDENTIAL                                                                                                                              P000593