# FILED UNDER SEAL
# IN ITS ENTIRETY

# Exhibit 4 to the
# Declaration of Guy Cohen
# ECF Nos. 40 and 45

## RE: Sarah Hoiland Case

### Tsapogas, John <John_Tsapogas@rfcuny.org>

Thu 3/12/2020 9:37 AM

To:  ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>

Cc:  ALAN.KLUGER <ALAN.KLUGER@lehman.cuny.edu>; CARDONA, FELIX <FCARDONA@hostos.cuny.edu>

Esther,

I recognize that this is important to you. Unfortunately I am very busy working with the RF President, the CUNY Chancellor's Office, and with other CUNY officials regarding plans for the Coronavirus outbreak. For the time being I am deferring to Alan and Felix to provide you with a response.

John Tsapogas
Director
Office of Award Pre-Proposal Support
212-417-8508
John_Tsapogas@rfcuny.org


-----Original Message-----
From: ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Sent: Thursday, March 12, 2020 1:52 AM
To: Tsapogas, John <John_Tsapogas@rfcuny.org>
Subject: Sarah Hoiland Case

Dear John,

I would really like to talk to you about the Sarah Hoiland situation.  I spoke with Alan yesterday and wanted to follow up with you.  But earlier this week something happened that was extremely disturbing to me.

Crystal Rodriguez, the woman from Bronx Community College, sent a letter to Sarah Hoiland expressing her frustration and disappointment that Sarah had used her work without her permission and hadn't properly given her proper credit for her work  I did not encourage Crystal to write such a letter; in fact, I was very surprised by Crystal's angry letter to Sarah, but I also completely understand it (as I feel the same way she does).  Crystal informed me that Sarah was reaching out to her in the hopes of meeting at an upcoming sociology conference, and I told Crystal that the situation with the Valencia conference presentation had unfortunately escalated and I had reached out to an ethics officer in order to remedy the situation.  I shared with her the same factual information I shared with you both about everything that had occurred (including the emails).

In response to Crystal's letter, Sarah wrote what I thought was a completely inappropriate letter:  it was a defensive, hostile, unapologetic email that includes information that was factually untrue and totally irrelevant.  She never came out and apologized and she blamed me for Crystal writing the letter and indirectly belittled Crystal for expressing her concerns.  (She didn't say that upfront, but she acted as though what she [Sarah] had done was quite commonplace, and of course that is blatantly false.)  I also believe the tone of the letter was condescending, suggesting that what Crystal did was inappropriate, i.e., expressing frustration that her intellectual work had been used unknowingly and improperly.

CONFIDENTIAL                                                                                                P000572

While Sarah acknowledged that she should have gotten Crystal's permission to use her work (though she never apologized for her action), she became very defensive and stated that she gave Crystal credit for her presentation (she never mentions in the letter that the credit was oral, so it appears she is trying to create the impression it was otherwise).  As I've mentioned, we have no way of even verifying Sarah's story, and Crystal had expressed concern there was no written credit (something Sarah doesn't address).  To be clear, there were 23 slides in the presentation including:

(a) one slide was the cover page;

(b) 8 slides are almost entirely copied verbatim from material I wrote in Blackboard (and 6 are basically copied totally verbatim);

(c) 2 slides she slightly rearranged things I had prepared or summarized the structure of the NICE program, which I developed;

(d) 6 slides are copied pretty much verbatim from material Crystal prepared, including a graph Crystal had selected, as a faculty participant in our program;

(d) 4 slides are pictures; and

(f) 2 slides belong wholly to Sarah Hoiland (that is approximately 10% of the slideshow)


While initially Sarah was the sole author, I advocated to get myself and Crystal added as co-authors as so much of the work in that slideshow belonged to us!  Sarah always felt this was inappropriate and she still doesn't understand that what she did was unethical and wrong.  In the slideshow, which I've attached (it's called "Dr. Hoiland's Presentation for CCCLA Conference," a title that Sarah used for her slideshow), there are no citations to me or Crystal anywhere.  Sarah is currently first author on the presentation; I think she should be last author.  Based on the intellectual contributions (definitely less than 25% of the slides, and closer to about 10% of the material presented), Sarah should be the 3rd author.  I am also including a separate file documenting the details of how Sarah plagiarized the work of both Crystal and myself.

The letter Crystal received was very similar to the one I received when I called Sarah on her misuse of my intellectual property.  While she acknowledged that she should have gotten Crystal's permission for using her material (just as she suggests she should have provided a citation when using my work), she doesn't own up to the real problems at hand:  she used Crystal's slides with no written attribution or authorship credit.  Sarah alone took credit for the presentation and this is the textbook definition of plagiarism.  Sarah signed an intellectual property agreement claiming the slides were hers alone (or that she had obtained permission for those that didn't belong to her).  Those slides were distributed to all conference attendees with only Sarah's names.  This has seriously compromised the intellectual property of both Crystal and myself.

I'm attaching the slideshow that Sarah presented at the conference.  As I mentioned, the conference organizers told me that Sarah's slideshow, with only her name, was distributed to all conference attendees and there were over 100 people who attended that conference.  I'm also copying the letter I received from Rachel Meister where she indicated she didn't know what to do about this, because

CONFIDENTIAL                                                                                      P000573

Sarah's slides (with no credit to either Crystal or myself) had been already shared already with all the conference attendees.  That is at the bottom of this email.

After we met in Manhattan, I was under the impression that Sarah would face some consequences for her unethical behavior.  Meanwhile, rather than face any consequences, she has dug in her heels and now has written an aggressive and hostile letter to Crystal Rodriguez, a faculty member who participated in our NSF-funded program and who trusted us with her intellectual property.   This is completely unethical and unacceptable.  Moreover, she has painted me in a bad light, when I was working hard to ensure that Crystal received appropriate credit for her intellectual work.  (When I suggested to Sarah that I thought this was important, she dismissed it and claimed that she had given Crystal oral credit when she presented "her slide," but of course there were actually half a dozen slides from Crystal.)  I believe she was bullying Crystal in that letter.

Sarah should be bending over backwards apologizing to Crystal and I feel absolutely terrible for Crystal that she hasn't done that.  In addition, in the letter that she sent to Crystal, Sarah badmouthed me (that was something that I had expressed concerns to you about), and she copied Felix.  She wrote that she was copying Felix because he was helping to sort out some disagreements we were having.  (As I've said repeatedly, this is not an authorship dispute or some kind of difficult working relationship, this is about intellectual property theft and Sarah using other peoples' work to advance her career.  As I stated when we met, the presentation is just one example of this.)  The fact that Sarah feels comfortable copying Felix on a letter of this nature shows that she *still* feels as though she didn't do anything wrong and she seems to assume that Felix supports her on this point.

As I have emphasized repeatedly, plagiarism is not about "disagreements."  This is about intellectual property theft.  Whether unintentional or not, Sarah is guilty of presenting other peoples' work at her own and not giving credit where credit was due.  What I find especially disturbing is that she felt comfortable writing this kind of letter to Crystal and copying Felix, her research integrity officer.  It is clear to me, based on the letter she sent Crystal, she STILL doesn't think she did anything wrong!  She used all kinds of excuses, suggesting that what she did is commonplace and that the fact that I reacted the way I did showed a lack of trust.  She then went on to say how honest and trustworthy she is, and indicated numerous lies, which I can document.

I'm also extremely disturbed because in her letter to Crystal, she put Crystal on the defense and leveled all kinds of accusations against her.  This is totally inappropriate.   I asked Crystal for permission to share Sarah's letter with you and Alan, but I haven't heard back from her.  As I mentioned at our meeting, Crystal is a young, vulnerable assistant professor.  I think she is probably scared and worried because of Sarah's letter.  I also suspect at this point Crystal is so scared that she just wants to put this behind her.  Sarah even threatened Crystal that if she wanted to pursue this, she should get her research integrity officer involved.  (This suggests to me that Sarah thinks that Felix will stand behind her for whatever she wrote).  I really wonder if Felix is happy with that letter that Sarah send to Crystal, but the fact that she copied Felix on the letter suggests that she feels completely comfortable writing such a letter.  After our meeting, I was under the impression that Felix was also very concerned about what Sarah had done, but perhaps I was wrong in that assumption.

At this point, I really feel like Sarah *should* be denied tenure.  I also believe that Sarah definitely should have a letter in her permanent file about these incidents.  Sarah has already been awarded tenure, but she is scheduled to come up for promotion this month.  According to Hostos's calendar, promotions to associate and full professor are reviewed from March 17th to April 17th. The decision will be made April 21st.  That said, this needs to happen immediately.  I feel strongly that there is no way Sarah Hoiland

CONFIDENTIAL                                                                                                    P000574

merits promotion.  And given her letter to Crystal, I think she should be denied tenure.

I respectfully request that a letter documenting Sarah's plagiarism and her unwillingness to accept responsibility and apologize for her actions be included in Sarah's dossier.  Sarah clearly *still* does not understand the need to respect intellectual property rights.  As I mentioned to you when we spoke, I do not think that  Sarah made any significant contribution to the intellectual work in the NICE project. While she did help to recruit and usher faculty through the program, she failed to deliver on the intellectual work that she was supposed to do.  Furthermore, she has misused my intellectual property and that at least one of the participant in the program.  These facts are not in dispute.  Sarah needs to be held responsible for this.  If Hostos/CUNY does nothing about this, then I feel you are condoning unethical behavior and giving Sarah a free license to continue to advance her career making misuse of the intellectual work of others.   On a personal level, I have been fighting for justice for the past several months and now I'm concerned that none of what I have said has been taken seriously and I am worse off now compared to where I was when I first approached you for help in this matter.

Sincerely,
Esther

_____
From: Rachel Meister [rmeister1@valenciacollege.edu]
Sent: Friday, September 06, 2019 9:09 AM
To: ESTHER.WILDER
Subject: RE: Presentation at the Community College Learning Assessment Conference

Hi Esther!

I am so sorry I didn't get to this sooner. It was on my long to-do list, and then we were closed this week and are just returning to the office from the hurricane break. I have added you to the website with your photo and bio ☺

The only issue with the PowerPoint is that attendees were given access to the drive at the conference, where Sarah's original PowerPoint was available. We do not keep PowerPoints on the website – so I am afraid that we will not be able to add the updated PowerPoint, as attendees no longer have access to the PowerPoint.

I am trying to think of ways to get them the updated PowerPoint. We do not have sign in sheets at the door for the breakout sessions, so we do not know which attendees attended her session, unless Sarah herself made some connections/contacts during her session and kept their information. I have access to the entire attendee list – but it is not broken down by which breakout session they attended.

Please let me know if you have any questions, Rachel

Rachel Meister
Coordinator, Conferencing & College Events Valencia College |
valenciacollege.edu<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.valenciacollege.edu_&d=DwMFAg&c=tzSjEhL4u5XIh9GXWARTsBI31pp--h2kWBIadC1LS_M&r=7mirfer_NQKz9DJtBopaHdB1D0GrgdWbAmZC6zl16jk&m=cK9uiDhW8VsInVvvRfimIC8jpMRR2qp_9MHqejWd69U&s=k88f2GEX6X0kQDo_Z3Ajzw2Q4QEmePZ_U2vcE0OfORw&e=>;
1768 Park Center Drive, Orlando, FL 32835

CONFIDENTIAL                                                                                           P000575

T: (407)582-5683 | MC: DO-21
E: rmeister1@valenciacollege.edu<mailto:rmeister1@valenciacollege.edu>
[cid:image001.png@01D445E8.DB3DD9E0]

CONFIDENTIAL                                                                                          P000576