# FILED UNDER SEAL
# IN ITS ENTIRETY

# Exhibit 5 to the
# Declaration of Guy Cohen
# ECF Nos. 40 and 45



Natural Sciences Department
Office of the Provost and Vice President for Academic Affairs

June 23, 2020

Re: Allegation of Research Misconduct

Dear Dr. Esther Wilder,

I am Dr. Yoel Rodríguez from the Natural Sciences Department at Hostos Community College (HCC). I have been recently designated the new Research Integrity Officer at HCC.

I am in receipt of your formal complaint against HCC faculty member Dr. Sarah Hoiland, Assistant Professor in the Department of Behavioral and Social Sciences. In your complaint you allege that Dr. Hoiland plagiarized your work and the work of Dr. Chrystal Rodriguez, Assistant Professor in Criminal Justice at Bronx Community College, in a Powerpoint presentation.

In accordance with the *CUNY Policy Regarding the Disposition of Allegations of Research Misconduct*, I am writing to inform you that an Inquiry will be conducted in this matter, and that, pursuant to the policy, President Gómez and Dr. Hoiland have also been notified. The purpose of an Inquiry is preliminary information-gathering and preliminary fact-finding to determine whether the allegations warrant a formal Investigation, as described in Section 7 of the policy. An Inquiry is not a formal hearing requiring a full review of all research materials and evidence related to the allegation.

For your convenience, I have enclosed a copy of the *CUNY Policy Regarding the Disposition of Allegations of Research Misconduct*.

Should you have any questions, please let me know.

Sincerely,

Yoel Rodríguez, PhD
*Professor of Physics and Chemistry*
Natural Sciences Department
Research Integrity Officer (RIO) at Hostos
NSF HEAT, PI | Engineering Program Coordinator
Hostos Community College | The City University of New York
T: (718) 518 4134 | E: yrodriguez@hostos.cuny.edu

Enclosure



475 Grand Concourse Bronx, NY 10451 Tel 718-518-4129 Fax 718-518-1120

CONFIDENTIAL

P000595