# FILED UNDER SEAL IN ITS ENTIRETY

# Exhibit 6 to the Declaration of Guy Cohen ECF Nos. 40 and 45

## RE: Notification | Research Misconduct Proceeding

ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Thu 9/10/2020 4:22 PM

To: RODRIGUEZ, YOEL <YRODRIGUEZ@hostos.cuny.edu>

Dear Mr. Rodriguez,

Thank you for the information.  I will proceed through other avenues as the evidence clearly indicates that plagiarism has occurred.

Sincerely,

Esther Wilder
---
Esther Isabelle Wilder
Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: http://www.lehman.edu/academics/sociology/faculty-wilder.php

---

**From:** RODRIGUEZ, YOEL [YRODRIGUEZ@hostos.cuny.edu]
**Sent:** Thursday, September 10, 2020 11:25 AM
**To:** ESTHER.WILDER
**Subject:** Notification | Research Misconduct Proceeding

Dear Dr. Wilder,

In accordance with the *CUNY Research Misconduct Policy*, an Inquiry was conducted into the allegations of plagiarism that you brought against a Hostos faculty member in April of this year. After review, it has been determined that an Investigation is not warranted. Therefore, this matter will be closed, with all records of the proceedings treated as confidential pursuant to Section 5 of the policy to respect the rights and protect the reputations of all parties involved.

Sincerely,

**Yoel Rodríguez, PhD**
*Professor of Physics and Chemistry*
Natural Sciences Department
Research Integrity Officer (RIO) at Hostos
NSH HEAT, PI | Engineering Program Coordinator
Hostos Community College | The City University of New York
T: (718) 518 4134 | E: yrodriguez@hostos.cuny.edu