**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Esther Wilder, <br><br>           Plaintiff, <br><br>    v. <br><br> Sarah Hoiland, <br><br>           Defendant. | Civ. Action No. 1:22-cv-01254-PKC |

**SUPPLEMENTAL DECLARATION OF JANET B. LINN, ESQ.**
**IN SUPPORT MOTION FOR SUMMARY JUDGMENT**

I, Janet B. Linn, declare as follows:

1.       I am an attorney with the law firm of Tarter, Krinsky & Drogin LLP, counsel of record for Plaintiff Esther Wilder ("Plaintiff").

2.       I make this Declaration in support of Plaintiff's motion for summary judgment based on my personal knowledge and my review of the documents annexed as exhibits hereto.

3.       Plaintiff Esther Wilder previously submitted a declaration in this matter (ECF No. 36), dated March 28, 2023, in connection with her motion for summary judgment, which included Exhibits 1–15.  I also previously submitted a declaration in this matter (ECF No. 37), dated March 28, 2023, in connection with Plaintiff's motion for summary judgment, which included Plaintiff's Exhibits 16–20. Therefore, I will continue this numbering scheme here.

4.       Attached hereto as **Exhibit 21** is a true and correct copy of a printout of sections from the National Science Foundation 2019, Proposal & Award Policies and Procedure Guide, https://www.nsf.gov/pubs/policydocs/pappg19, and a printout from a section from the National

Science Foundation 2004 Chapter Four Grant Administration Highlights NSF 4-23, https://www.nsf.gov/pubs/gpg/ms04.

5.      Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by Defendant in this action with Bates number D0006.

6.      Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by Defendant in this action with Bates numbers D0069–72. [FILED UNDER SEAL]

7.      Attached as **Exhibit 24** is a true and correct copy of a document produced by Defendant in this action with Bates numbers D0067–68. [FILED UNDER SEAL]

8.      Attached as **Exhibit 25** is a true and correct copy of an email produced by Plaintiff in this action with Bates number P000789.

9.      Attached as **Exhibit 26** is a true and correct copy of an excerpt of Defendant's Responses to Plaintiff's First Set of Requests for Admission, dated August 19, 2022.

10.      Attached as **Exhibit 27** is a true and correct copy of a portion of an email chain produced by Plaintiff in this action with Bates numbers P000603–604.


        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 9, 2023                              By:  *s/ Janet B .Linn*
                                                          Janet B. Linn