# EXHIBIT 22

**[EXTERNAL] Presentation information**

From: Camille Hernandez
Sent: 6/25/2021 10:59
To: HOILAND, SARAH
Cc: Shauna Dillon Anstey; Rachel Meister

Message   image001.png (5 KB)   A4- PPT.pdf (597 KB)   A4- handout.pdf (8.1 MB)
filename-1 (26).pdf (448 KB)   Sarah Hoiland.pdf (1.4 MB)

**WARNING:** This email originated outside the Hostos campus. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never provide login credentials, financial or sensitive details in response to an email or by clicking on a link. Report suspicious emails to: reportspam@hostos.cuny.edu

Good Morning Sarah,

It was a pleasure speaking with you this morning. As I mentioned, unfortunately there's not much we can do at this point. We only sent out the presentation once after the 2019 Conference, and there is no recording available. I've taken the liberty and provided you with all of the information you've provided us as well as a copy of the updated presentation where we added Dr. Wilder and Crystal Rodriguez at Dr. Wilder's request. As for the conference webpage, we no longer have access to update a page that's over two years old. I hope this answers all of your questions.

As I mentioned, although I don't believe we would be involved for any reason, I will make our attorney aware that there's litigation involved.

If there are any additional questions, do not hesitate to contact me.

Kindly,

Camille Hernandez, MBA
*Assistant Director,*
*Conferencing & College Events*
407-582-5786
chernandez165@valenciacollege.edu

VALENCIA COLLEGE