# EXHIBIT 25

CONFIDENTIAL

# Re: Scoop

HOILAND, SARAH <SHOILAND@hostos.cuny.edu>

Tue 6/20/2017 7:33 AM

To: ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>

Hi Esther,

I spent quite a bit of time on the teachqr website this winter and spring and never had a problem opening the videos, but I see they are not working now.

The videos that were linked to Units 1 and Unit 2 that are from NICHE both work (I watched them last week) and I just checked all of the assigned reading/ viewing for both Units 1 and 2 an all of the videos still work. I didn't see anything that was assigned from the teachqr website, but when I checked the website itself, I see what Laura found.

I am working very hard to get ahead over the coming days (and the summer courses are over a week from tomorrow) and I will be traveling to a conference tomorrow, which will give me a few days of travel time.

Best,
Sarah


Sarah L. Hoiland, Ph.D.
Assistant Professor of Sociology
500 Grand Concourse, B-346
Bronx, NY 10451
shoiland@hostos.cuny.edu

P000789