# EXHIBIT 27

## RE: Presentation at the Community College Learning Assessment Conference

ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>

Mon 9/21/2020 12:59 PM

To: Rachel Meister <rmeister1@valenciacollege.edu>

Dear Rachel,

Thank you for letting me know.  I do appreciate all the help you provided..   With regard to the presentation, I was also very concerned about attendees who may have seen or downloaded the presentation, even if they decided not to physically attend Sarah's talk (since they were available for viewing/downloading prior to the actual presentation).  I really want to ensure that everyone who saw that presentation knows it was mostly the work of Crystal and myself.

Thanks again.

Kind regards,
Esther
---
Esther Isabelle Wilder
Department of Sociology
Lehman College
The City University of New York (CUNY)
250 Bedford Park Boulevard West
Bronx, NY 10468
718-960-1128
Teach QR: www.teachqr.org
Personal webpage: http://www.lehman.edu/academics/sociology/faculty-wilder.php

_____

From: Rachel Meister [rmeister1@valenciacollege.edu]
Sent: Monday, September 21, 2020 12:53 PM
To: ESTHER.WILDER
Subject: RE: Presentation at the Community College Learning Assessment Conference

Hello Esther,

I hope you are doing well and staying safe. Thanks for reaching out about the 2019 presentation. Unfortunately, we are not able to send out the PowerPoint to all 237 conference attendees. As we mentioned previously, we do not know which attendees attended Sarah's presentation. However, we do have both you and Crystal listed as co-authors on our Learning Assessment Website located here: https://urldefense.com/v3/__https://conferences.valenciacollege.edu/learning-assessment/sessions/a4-assessing-numeracy-in-a-faculty-development-program/__;!!Pp5KzSszWng!Bh8oKy1iIRM5OSQw9bwndCMGbgZaR9xS-9rKaboLZPeuIgAEu_hr_V5SB4nd6UpIhvMn8Ytjyg$

There will be further communication in the near future, however, it has been decided we will not be continuing with the conferences in the foreseeable future. If you have any questions, please do not hesitate to contact us at events@valenciacollege.edu.

CONFIDENTIAL											P000603

I apologize that we are not able to send out the PowerPoint.

Best regards,
Rachel

Rachel Meister
Coordinator, Conferencing & College Events
Valencia College | valenciacollege.edu
1768 Park Center Drive, Orlando, FL 32835
T: (407)582-5683 | MC: DO-21
E: rmeister1@valenciacollege.edu


-----Original Message-----
From: ESTHER.WILDER <ESTHER.WILDER@lehman.cuny.edu>
Sent: Tuesday, September 15, 2020 6:39 AM
To: Rachel Meister <rmeister1@valenciacollege.edu>
Subject: RE: Presentation at the Community College Learning Assessment Conference

EXTERNAL EMAIL: Use caution when clicking links or attachments.


Dear Rachel,

I hope this email finds you well.  As you undoubtedly remember, Sarah Hoiland's 2019 presentation at the community college conference on learning assessment was very problematic, since most of the slides had been written by Crystal Rodriguez and myself.  I know you corrected the website, and we are very grateful for that.

You mentioned that you had no way of telling who came to any particular presentation, but that all attendees were given access to a drive with the PowerPoint slides, which listed Sarah as the sole author -- and of course there is no way of determining how many people may have read or downloaded that version of the presentation.

I feel it is very important that both Crystal and I are properly credited for our work.  Would it be possible to send the corrected version (attached) to all the participants at the 2019 conference with a message indicating that two authors were mistakenly omitted from the file that was distributed on the conference web site?

If you might be able to help with this, I'd be very grateful.

A related thing: Can you let me know how many participants attended the 2019 conference?

Thanks!

Kind regards,
Esther

CONFIDENTIAL                                                                                                                                                                    P000604