# EXHIBIT 21

Case 1:22-cv-01254-PKC  Document 81-1  Filed 05/16/23  Page 2 of 5

**Note:** A new version of this document applies to all proposals submitted or due on or after January 30, 2023. **Learn more about the PAPPG**



National Science Foundation
**WHERE DISCOVERIES BEGIN**

## Proposal & Award Policies & Procedures Guide

NSF 19-1 February 25, 2019
# TABLE OF CONTENTS

**PAPPG - printable version (PDF)**

**Significant Changes and Clarifications to the PAPPG**

**Introduction**

    **A. About the National Science Foundation**

    **B. Foreword**

    **C. Listing of Acronyms**

    **D. Definitions & NSF-Grantee Relationships**

    **E. NSF Organizations**

**Part I - Proposal Preparation and Submission Guidelines**

    I. **Pre-Submission Information**

        A. **NSF Proposal Preparation and Submission**
        B. **NSF Programs and Funding Opportunities**
        C. **Categories of Funding Opportunities**
            1. **Program Descriptions**
            2. **Program Announcements**
            3. **Program Solicitations**
            4. **Dear Colleague Letters**
        D. **Types of Submissions**
            1. **Letters of Intent**
            2. **Preliminary Proposals**
                a. **Invite/Not Invite**
                b. **Encourage/Discourage**
            3. **Full Proposals**
        E. **Who May Submit Proposals**
          **Categories of Proposers**

PRINCIPAL INVESTIGATOR/PROJECT DIRECTOR (PI/PD) means the individual(s) designated by the proposer, and approved by NSF, who will be responsible for the scientific or technical direction of the project. NSF does not infer any distinction in scientific stature among multiple PIs, whether referred to as PI or co-PI. If more than one, the first one listed will serve as the contact PI, with whom all communications between NSF program officials and the project relating to the scientific, technical, and budgetary aspects of the project should take place. The PI and any identified co-PIs, however, will be jointly responsible for submission of the requisite project reports. The term "Principal Investigator" generally is used in research projects, while the term "Project Director" generally is used in centers, large facilities, and other projects. For purposes of this Guide, PI/co-PI is interchangeable with PD/co-PD.

## 2. NSF-Grantee Relationships

## INTELLECTUAL PROPERTY RIGHTS

The National Science Foundation claims no rights to any inventions or writings that might result from its fellowship or traineeship grants. However, fellows and trainees should be aware that the NSF, another Federal agency, or some private party may acquire such rights through other support for particular research. Also, fellows and trainees should note their obligation to include an Acknowledgment and Disclaimer in any publication.

[END OF PROVISION]

Case 1:22-cv-01254-PKC  Document 81-1  Filed 05/16/23  Page 5 of 5

Source: National Science Foundation. 2004. Chapter IV – Grant Administration Highlights. NSF 04-23 September 2004. Source: https://www.nsf.gov/pubs/gpg/nsf04_23/6.jsp

## L. LEGAL RIGHTS TO INTELLECTUAL PROPERTY

NSF normally allows grantees to retain principal legal rights to intellectual property developed under its grants. This policy provides incentive for development and dissemination of inventions, software and publications that can enhance their usefulness, accessibility and upkeep. It does not, however, reduce the responsibility of researchers and organizations to make results, data and collections available to the research community.

[43] Detailed instructions on submission of a grant transfer request are available electronically on the FastLane Website. Back to Text

[44] NSF Grant Conditions are available electronically at https://www.nsf.gov/home/grants/grants_gac.jsp.Back to Text