**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ESTHER WILDER,

                Plaintiff,                22 **CIVIL** 1254 (PKC)

   -against-                      **JUDGMENT**

SARAH HOILAND,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2024, Wilder's motion for summary judgment is DENIED. Hoiland's cross-motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         February 2, 2024

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                              **BY:**
                                                       **Deputy Clerk**