UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Esther Wilder

          Plaintiff,

-against-

Sandra Hoiland

          Defendant.

22 cv 1254 ( PKC)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Matthew Hersh__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Arizona, District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name:    Matthew Hersh

Firm Name:    Mestaz Law

Address:    5090 N. 40th Street, Suite 200

City / State / Zip:    Phoenix, AZ 85004

Telephone / Fax:    602-806-2076

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Esther Wilder__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

*Application provisionally granted subject to furnishing Arizona Certificate of Good Standing within 30 days.*

Dated: 2-27-24

_____
United States District / Magistrate Judge