UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER WILDER,<br><br>                       Plaintiff,<br><br>    -against-<br><br>SARAH HOILAND,<br><br>                       Defendant. | Case No. 1:22-cv-01254-PKC<br><br>**DEFENDANT SARAH HOILAND'S NOTICE OF MOTION FOR ATTORNEYS' FEES <u>AND COSTS</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated March 1, 2024, the Declaration of Guy Cohen, dated March 1, 2024, and the exhibits thereto, and all of the prior pleadings and proceedings in this action, Defendant Sarah Hoiland, by and through her undersigned counsel, hereby moves this Court for an Order, pursuant to the United States Copyright Act, 17 U.S.C. § 505, and Fed. R. Civ. P. 54(d), granting her an award of attorneys' fees and costs as the prevailing party in this action.

Dated: New York, New York
       March 1, 2024

**DAVIS+GILBERT LLP**

By: */s/ Guy Cohen*
     Guy Cohen
     Danielle C. Zolot
     1675 Broadway
     New York, New York 10019
     T: (212) 468-4800
     F: (212) 468-4888
     gcohen@dglaw.com
     dzolot@dglaw.com

     *Attorneys for Defendant*
     *Sarah Hoiland*

1