IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Esther Wilder,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Sarah Hoiland,<br><br>　　　　　Defendant, | Civ. Action No. 1:22-cv-01254-PKC |

**NOTICE OF APPEAL**

Please take notice that Plaintiff Esther Wilder hereby appeals from the Judgment in this case (docketed February 2, 2024), from the Order granting Defendant Sarah Hoiland's Motion for Summary Judgment and denying Wilder's Motion for Summary Judgment (docketed February 1, 2024), from the Order denying Wilder's Motion to Alter or Amend Judgment (docketed April 25, 2024), and from any and all associated orders, judgments, decrees, decisions, rulings, and opinions.

Respectfully submitted this 23rd day of May, 2024.

　　　　　　　　　　　　　　　　　　　/s/ *Matthew Hersh*
　　　　　　　　　　　　　　　　　　　Mestaz Law
　　　　　　　　　　　　　　　　　　　5090 N. 40th Street Suite 200
　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85018
　　　　　　　　　　　　　　　　　　　(602) 806-2076
　　　　　　　　　　　　　　　　　　　matt@mestazlaw.com
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff