UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER WILDER,

                Plaintiff,

   -against-

SARAH HOILAND,

                Defendant.

Case No. 1:22-cv-01254-PKC

**DEFENDANT SARAH HOILAND'S NOTICE OF CROSS-APPEAL**

      **PLEASE TAKE NOTICE** that, Defendant Sarah Hoiland hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the District Court, dated April 24, 2024, to the extent the District Court denied Defendant's Motion for Attorneys' Fees.

Dated: New York, New York
       June 6, 2024

**DAVIS+GILBERT LLP**

By: */s/ Guy Cohen*
    Guy Cohen
    Danielle C. Zolot
    1675 Broadway
    New York, New York 10019
    T: (212) 468-4800
    gcohen@dglaw.com
    dzolot@dglaw.com

    *Attorneys for Defendant Sarah Hoiland*